1  James W. Geriak (State Bar No. 32871)
       jgeriak@orrick.com
2  Robert W. Dickerson (State Bar No. 89367)
       rdickerson@orrick.com
3  Allan W. Jansen (State Bar No. 81992)
       ajansen@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
5  Irvine, CA  92614-2558
   Telephone:     (949) 567-6700
6  Facsimile:     (949) 567-6710                *E-FILED - 4/10/09*

7  Attorneys for Defendant
   SPINAL KINETICS, INC.
8

9                       UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12 SYNTHES USA, LLC (f/k/a SYNTHES           CASE NO. 5:09-CV-01201 RMW
   (U.S.A.)); SYNTHES USA SALES, LLC;
13 and SYNTHES, INC.,                        [] ORDER APPROVING
                                             SUBSTITUTION OF COUNSEL FOR
14                 Plaintiffs,               SPINAL KINETICS, INC.

15         v.

16 SPINAL KINETICS, INC.,

17                 Defendant.

18

19

20

21

22

23

24

25

26

27

28

OHS West:260632209.1                                       **SUBSTITUTION OF COUNSEL**
                                                           (CASE NO. 5:09-CV-01201 RMW)

1  The Court hereby GRANTS defendant Spinal Kinetics, Inc.'s request to substitute James
2  W. Geriak, Robert W. Dickerson, and Allan W. Jansen all of Orrick, Herrington & Sutcliffe LLP
3  ("Orrick") as counsel of record for in this action place and stead of Josy W. Ingersoll and Adam
4  W. Poff of Young Conaway Stargatt & Taylor, LLP.

5  The Clerk is instructed to correct the Court's records to reflect this substitution.

6  IT IS SO ORDERED.

8  DATED:   4/10   , 2009

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
U.S. District Judge