1  James W. Geriak (State Bar No. 32871)
       jgeriak@orrick.com
2  Robert W. Dickerson (State Bar No. 89367)
       rdickerson@orrick.com
3  Allan W. Jansen (State Bar No. 81992)
       ajansen@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
5  Irvine, CA  92614-2558
   Telephone:   (949) 567-6700
6  Facsimile:   (949) 567-6710

*E-FILED - 4/30/09*

7  Attorneys for Defendant
   SPINAL KINETICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SPINAL KINETICS, INC., <br><br> Defendant. | CASE NO. 5:09-CV-01201 RMW <br><br> [PROPOSED] ORDER WITHDRAWING SPINAL KINETICS, INC.'S MOTION TO STRIKE "AMENDED" COMPLAINT AND VACATING HEARING DATE |
|---|---|

OHS West:260648052.1

[PROPOSED] ORDER RE NTC OF WITHDRAWAL
(CASE NO. 5:09-CV-01201 RMW)

1  The Court hereby VACATES the hearing currently set for May 8, 2009 for Spinal
2  Kinetics, Inc.'s ("Spinal Kinetics") Motion to Strike Amended Complaint, filed February 11,
3  2009 before Judge Robinson, and now withdrawn by Spinal Kinetics.
4      The Clerk shall update the Court's Docket and Calendar accordingly.
5      IT IS SO ORDERED.

7  DATED: __4/30__, 2009

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
U.S. District Judge

## CERTIFICATE OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 4 Park Plaza, Suite 1600, Irvine, California 92614-2558.

On April 22, 2009, I served the following document entitled [PROPOSED] ORDER WITHDRAWING SPINAL KINETICS, INC.'S MOTION TO STRIKE "AMENDED" COMPLAINT AND VACATING HEARING DATE on all interested parties to this action in the manner prescribed as follows:

☒ (EMAIL) By transmitting via electronic mail in Adobe PDF format the document(s) listed above to the electronic address(es) set forth below.

> Jeffrey M. Olson  (jolson@sidley.com)
> Paul H. Meier  (pmeier@sidley.com)
> Samuel N. Tiu  (stiu@sidley.com)
> Matthew S. Jorgenson  (mjorgenson@sidley.com)
> SIDLEY AUSTIN LLP
> 555 W. Fifth Street, Suite 4000
> Los Angeles, CA  90013
> Telephone:  (213) 896-6000
> Facsimile:  (213) 896-6600

I am employed in the office of a member of the bar of this court at whose direction such service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 22, 2009, at Irvine, California

_____
Lynne Fulmer