1  SIDLEY AUSTIN LLP
   JEFFREY M. OLSON (SBN 104074) jolson@sidley.com
2  PAUL H. MEIER (SBN 115999) pmeier@sidley.com
   SAMUEL N. TIU (SBN 216291) stiu@sidley.com
3  MATTHEW S. JORGENSON (SBN 229131) mjorgenson@sidley.com
   555 W. Fifth Street, Suite 4000
4  Los Angeles, California  90013
   (213) 896-6000  phone
5  (213) 896-6600  fax

6  Attorneys for Plaintiffs
   SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.));
7  SYNTHES USA SALES, LLC; and SYNTHES, INC.

8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   JAMES W. GERIAK (SBN 32871) jgeriak@orrick.com
9  ROBERT W. DICKERSON (SBN 89367) rdickerson@orrick.com
   ALLAN W. JANSEN (SBN 81992) ajansen@orrick.com
10 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2558
11 (949) 567-6700 phone
   (949) 567-6710 fax           ***E-FILED - 7/16/09***
12
   Attorneys for Defendant
13 SPINAL KINETICS, INC.

14
                   UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                         SAN JOSE DIVISION
17

18 SYNTHES USA, LLC (f/k/a SYNTHES   )  Case No. C-09-01201 RMW
   (U.S.A.)); SYNTHES USA SALES,     )
19 LLC; and SYNTHES, INC.            )  **STIPULATION AND []**
                                     )  **ORDER SELECTING ADR**
20            Plaintiffs,            )  **PROCESS**
                                     )
21       v.                          )
                                     )
22 SPINAL KINETICS, INC.,            )
                                     )
23            Defendant.             )
                                     )
24

LA1 1601534v.1   Case No. C-09-01201 RMW         STIPULATION AND [] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

___ Non-binding Arbitration (ADR L.R. 4)

___ Early Neutral Evaluation (ENE) (ADR L.R. 5)

___ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

 X  Private ADR (please identify process and provider):

Mediation through private mediator

The parties agree to hold the ADR session by:

___ the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

 X  other requested deadline: to be agreed upon and set after the issuance of the Claim Construction Order by the Court

Respectfully submitted,

SIDLEY AUSTIN LLP

Dated: July 2, 2009       By:   /s/ Jeffrey M. Olson
                                 Jeffrey M. Olson
                                 Attorneys for Plaintiffs
                                 SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: July 2, 2009            By:   /s/ James W. Geriak
                                     James W. Geriak
                                     Attorneys for Defendant
                                     SPINAL KINETICS, INC.

     Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James W. Geriak.

SIDLEY AUSTIN LLP

Dated: July 2, 2009            By:   /s/ Jeffrey M. Olson
                                     Jeffrey M. Olson

## [] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    ___ Non-binding Arbitration

    ___ Early Neutral Evaluation (ENE)

    ___ Mediation

     X  Private ADR

Deadline for ADR session

    ___ 90 days from the date of this order.

     X  other:  to be set after the issuance of the Claim Construction Order by the Court

IT IS SO ORDERED.

Dated:  7/16         , 2009      By:  /s/ Ronald M. Whyte
                                      Hon. Ronald M. Whyte
                                      United States District Judge