# EXHIBIT A

# EXHIBIT A

Synthes' Identification of Preliminary Claim Constructions and Supporting Evidence

Except otherwise noted, citations herein to "Col. X:Y" refer to column and line number of U.S. Patent No. 7,429,270 ("'270 patent")

Except otherwise noted, citations herein to "Figure X" refer to the numbered figure of the '270 patent.

Citations herein to "Merriam-Webster" refer to WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY (UNABRIDGED), Merriam-Webster, Inc. (Springfield 1993). Copies of the dictionary pages setting forth definitions cited herein accompany this submission.

Below, subject to Synthes' objections, is information per Patent Local Rule 4-2. This is organized on the basis of the 12 claim terms defendant Spinal Kinetics has proposed for construction. Each claim term starts on a new page.

1.      "… a third [or fourth] plate operatively coupled to the first [or second] bone contacting plate …"

<u>Preliminary Claim Construction</u>

Synthes believes that this claim language is clear on its face, and that no construction is needed.

If the Court concludes that a construction is necessary, Synthes proposes as follows:

1.      [Synthes proposal]  "… a third [or fourth] plate fastened, so as to receive forces, to the first [or second] bone contacting plate …"

<u>Intrinsic Evidence</u>

Principal intrinsic evidence is the claim language itself.  See also the following:

Col. 2:26-39: "The axial compression forces occurring under a load on the spinal column are transmitted to the central part via the two end plates. The compression forces deform the central part situated between the two end plates, in particular an elastic formed body situated therein, in such a manner that the central part radially buckles. This expansion of the central part is restricted by the fibre system surrounding the central part and the radial compression forces arising can be absorbed by the fibre system as a tensile force. Thus a further, disadvantageous buckling of the central part can be limited. By anchoring the fibre system in both cover plates, the intervertebral implant remains stable even under the greatest loads and the fibre system is capable to withstand even considerable tensile forces."

Col. 3:66-4:4: "In a further embodiment of the intervertebral implant according to the invention a closing plate is fastened on each cover plate for placing the adjacent bodies of the vertebra on the base plate or cover plate, each of the said closing plate having an external surface at right angles to the central axis with a macroscopic structure."

Col. 4:32-35: "In yet another further embodiment a closing plate can be fastened on each cover plate, the closing plate having at right angles to the central axis an external surface with a macroscopic structure, preferably in the form of teeth."

Col. 5:35-56: "The closing plates 14, 15 are firmly joined with the cover plates 3, 4 and have axially protruding surfaces 16, 17, which can be brought to rest on the end plates of two adjacent bodies of the vertebra. The fibre system 5 is anchored on the cover plates 3, 4 and is integrated in the sheathing 12 and its purpose is to absorb the forces on the central part 10, said forces acting on the intervertebral implant 1 via the bodies of the vertebra adjacent to the closing plates 14, 15, i.e. torsional forces due to the rotation of the bodies of the vertebra about the central axis 2 relative to one another or bending moments due to lateral bending and/or flexion/extension of the spinal column. For example, a compression force, acting on the intervertebral implant 1 parallel to the central axis 2, is transferred by both closing plates 14, 15 via both cover plates 3,4 to the central part 10, while as the result the elastic formed body 9 will buckle at right angles to the central axis 2. This expansion movement of the elastic formed body 9 is transferred to the sheathing 12 with the fibre system 5 and contained by this. Since the fibre system 5 is anchored on the cover plates 3, 4, the compression force, acting transversely to the central axis 2, generates tensile forces in the fibres of the fibre system 5."

Col. 6:3-8: "The cover plates 3, 4 are made from synthetic material, whereas the closing plates 14, 15, arranged externally, are made from titanium or a titanium alloy. The externally arranged closing plates 14, 15 are joined with the cover plates 3, 4 either by form-locking or frictional locking. In particular they can be adhered or welded to one another."

Figures 3, 4, 7 (including elements 3, 4 (cover plates), 14, 15 (closing plates)).

Extrinsic Evidence

Merriam-Webster: "operative" (e.g., "having the power of acting **:** exerting force or influence").

**2.      "… a third [or fourth] plate including a plurality of openings ..."**

<u>Preliminary Claim Construction</u>

Synthes believes that this claim language is clear on its face, and that no construction is needed.

If the Court concludes that a construction is necessary, Synthes proposes as follows:

2.      [Synthes proposal]  "… a third [or fourth] plate including two or more openings …"

<u>Intrinsic Evidence</u>

Principal intrinsic evidence is the claim language itself.

See intrinsic and extrinsic evidence cited above regarding the claim term "a third [or fourth] plate operatively coupled to the first [or second] bone contacting plate."  See also the following:

Claim 29, col. 8:41-45: "… wherein the fiber system at least partially surrounds the core, and is at least partially received within the plurality of openings formed in the third and fourth plates so that the fiber system is joined to the third and fourth plates …".

Col. 3:22-41: "The anchoring of the fibres on the cover plates can be carried out, for example, in the following manner: … a) Mechanically by guiding the endless fibres through grooves and over the external surfaces of the cover plates from one groove to another one. Thus the fibres surround the central part together with the cover plates. By guiding the fibres in the grooves the fibre system can be so anchored on the cover plates, that in the case of tensile forces acting on the fibres no slipping of the fibres on the lateral sides is possible because the fibres can absorb only tensile forces, … b) Mechanically by a wedge-shaped construction of the grooves, so that the fibres extending from cover plate to cover plate can be firmly clamped in the grooves, and/or … c) By adhering the fibre system on the cover plates. … In yet another embodiment of the intervertebral implant according to the invention each cover plate comprises on its periphery

a lateral surface and grooves distributed on the circumference and radially penetrating into the lateral surfaces. The fibres, part of this fibre system, are guided through these grooves."

Col. 5:3-14: "FIGS. 1 and 2 illustrate an embodiment of the intervertebral implant 1 according to the invention, that comprises a top cover plate 3 and a bottom cover plate 4, each with an external surface 7, 8 extending at right angles to the central axis 2 and having a lateral surface 21, 22 on the periphery. Between the cover plates 3, 4 there is a central part 10 provided with a central cavity 11 and a sheathing 12, that surrounds the fibre system 5. For the purpose of anchoring the fibres 6 of the fibre system 5 on the cover plates 3, 4, each of the peripheral lateral surfaces 21, 22 has grooves 18, distributed on the circumference and radially protruding into the lateral surfaces 21, 22, so that the fibre system 5 can be anchored in these grooves 18."

Figures 2, 4 (including elements 18 (grooves)).

May 13, 2008 Office Action, at 5 ('270 patent file history): "The fiber system [of Casutt, U.S. Patent No. 6,645,248] is adhered to the cover plates in a form locking manner in a groove 9 with a ring 11. The top and bottom cover plates 1, 2 each have a groove, and therefore the top and bottom cover plates hav[e] a plurality of grooves/channels/openings (Figures 6-12)." See also February 19, 2008 Response to Non-Final Office Action, at 2-12 (claims under examination).

Casutt, U.S. Patent No. 6,645,248, Figures 6-12 and associated description.

Extrinsic Evidence

Merriam-Webster: "plurality" (e.g., "the state of being plural").

Merriam-Webster: "opening" (e.g., "something that is open … BREACH, APERTURE … an open width").

**3.      "… a central part …"**

<u>Preliminary Claim Construction</u>

Synthes believes that this claim language is clear on its face, and that no construction is needed.

If the Court concludes that a construction is necessary, Synthes proposes as follows:

3.      [Synthes proposal]  "… a part near the center …"

<u>Intrinsic Evidence</u>

Principal intrinsic evidence is the claim language itself.  See also the following:

Col. 5:3-10: "FIGS. 1 and 2 illustrate an embodiment of the intervertebral implant 1 according to the invention, that comprises a top cover plate 3 and a bottom cover plate 4, each with an external surface 7, 8 extending at right angles to the central axis 2 and having a lateral surface 21, 22 on the periphery. Between the cover plates 3, 4 there is a central part 10 provided with a central cavity 11 and a sheathing 12, that surrounds the fibre system 5."

Col. 5:23-31: "FIGS. 3 and 4 illustrate an embodiment of the intervertebral implant 1 according to the invention, that comprises two cover plates 3, 4, provided at right angles to the central axis 2, and an elastically deformable central part 10 situated between them. The central part 10 comprises a hollow-cylindrical sheathing 12 that is coaxial with the central axis 2 and a central cavity 11. In the central cavity 11 an elastic formed body 9 with an incompressible core is provided, preferably a liquid core 13."

Col. 6:32-38: "FIG. 7 illustrates an embodiment, that differs from the embodiment illustrated in FIGS. 3 and 4 only by that the periphery of the sheathing 12 provided on the central part 10 comprises an elastic sheathing body 25 only partially passed through by the fibre system 5, the thickness of the sheathing body d being smaller than the radial thickness δ of the fibre system."

Figures 1, 3, 4, 7 (including elements 10 (central part)).

<u>Extrinsic Evidence</u>

Merriam-Webster: "central" (e.g., "situated at, in, or near the center").

**4.**     **"… core …"**

<u>Preliminary Claim Construction</u>

Synthes believes that this claim language is clear on its face, and that no construction is needed.

If the Court concludes that a construction is necessary, Synthes proposes as follows:

4.     [Synthes proposal]  "… central portion …"

<u>Intrinsic Evidence</u>

Principal intrinsic evidence is the claim language itself.  See also the following:

Claim 19, col. 7:54-57: "19. The intervertebral implant according to claim 1, wherein the core is selected from the group consisting of a hollow-cylindrical, a hollow-prismatic an ellipsoid, a partial sphere or a barrel-shaped with an axis of rotation that is coaxial with the central axis."

Col. 2:26-39: "The axial compression forces occurring under a load on the spinal column are transmitted to the central part via the two end plates. The compression forces deform the central part situated between the two end plates, in particular an elastic formed body situated therein, in such a manner that the central part radially buckles. This expansion of the central part is restricted by the fibre system surrounding the central part and the radial compression forces arising can be absorbed by the fibre system as a tensile force. Thus a further, disadvantageous buckling of the central part can be limited. By anchoring the fibre system in both cover plates, the intervertebral implant remains stable even under the greatest loads and the fibre system is capable to withstand even considerable tensile forces."

Col. 5:2-22: "FIGS. 1 and 2 illustrate an embodiment of the intervertebral implant 1 according to the invention, that comprises a top cover plate 3 and a bottom cover plate 4, each with an external surface 7, 8 extending at right angles to the central axis 2 and having a lateral surface 21, 22 on the periphery. Between the cover plates 3, 4 there is a central part 10 provided with a central cavity 11 and a sheathing 12, that surrounds the fibre system 5. … In the central cavity 11 there is an elastically deformable formed body 9 with an incompressible core,

preferably a liquid core 13. Due to the incompressibility of the liquid core 13 during a compression of the cover plates 3, 4 parallel to the longitudinal axis 2, for example, the elastic formed body 9 and the sheathing 12 with the fibre system 5 will buckle radially, i.e. at right angles to the longitudinal axis 2, consequently the fibres 6 will be under tension."

May 13, 2008 Office Action, at 3-4 ('270 patent file history): "Casutt discloses an intervertebral implant with a top plate 1, a bottom plate 2, and a central part 4. … The central part 4 has a core 3, and a fiber system 5 located between the internal surfaces of the top and bottom plates (Figure 1).  The fiber system 5, is connected to the top and bottom plates 1, 2 and surrounds the core."  See also February 19, 2008 Response to Non-Final Office Action, at 8-9 (claims under examination).

Casutt, U.S. Patent No. 6,645,248, Figures 1, 2, 4 and associated description (including col. 5:1-20).

<u>Extrinsic Evidence</u>

Merriam-Webster: "core" (e.g., "the central and often foundational part of a body, mass, or construction usu. distinct from the enveloping part by a difference in nature or by being cut out or separated").

**5.      "… flexible core …"**

<u>Preliminary Claim Construction</u>

Synthes believes that this claim language is clear on its face, and that no construction is needed.

If the Court concludes that a construction is necessary, Synthes proposes as follows:

5.      [Synthes proposal]  "… elastic (deformable) core …"

<u>Intrinsic Evidence</u>

Principal intrinsic evidence is the claim language itself.  See also the following:

Col. 2:26-39: "The axial compression forces occurring under a load on the spinal column are transmitted to the central part via the two end plates. The compression forces deform the central part situated between the two end plates, in particular an elastic formed body situated therein, in such a manner that the central part radially buckles. This expansion of the central part is restricted by the fibre system surrounding the central part and the radial compression forces arising can be absorbed by the fibre system as a tensile force. Thus a further, disadvantageous buckling of the central part can be limited. By anchoring the fibre system in both cover plates, the intervertebral implant remains stable even under the greatest loads and the fibre system is capable to withstand even considerable tensile forces."

Col. 3:9-21: "In another embodiment the central part comprises an incompressible liquid core and an elastic formed body provided around it, while the liquid can be accommodated, for example, in a cavity provided in the formed body. This brings with it the advantage, that by virtue of the liquid core a mechanical behaviour of the intervertebral implant is similar to that of a physiological intervertebral disc. The axial deformation of the elastic central part will result in the radial expansion of the incompressible liquid and consequently in the radial expansion of the wall of the central part containing the fibre system. The tensile forces, occurring due to the radial expansion and/or the buckling of the wall of the central part, are basically absorbed by the fibres."

Col. 5:2-22: "FIGS. 1 and 2 illustrate an embodiment of the intervertebral implant 1 according to the invention, that comprises a top cover plate 3 and a bottom cover plate 4, each with an external surface 7, 8 extending at right angles to the central axis 2 and having a lateral surface 21, 22 on the periphery. Between the cover plates 3, 4 there is a central part 10 provided with a central cavity 11 and a sheathing 12, that surrounds the fibre system 5. … In the central cavity 11 there is an elastically deformable formed body 9 with an incompressible core, preferably a liquid core 13. Due to the incompressibility of the liquid core 13 during a compression of the cover plates 3, 4 parallel to the longitudinal axis 2, for example, the elastic formed body 9 and the sheathing 12 with the fibre system 5 will buckle radially, i.e. at right angles to the longitudinal axis 2, consequently the fibres 6 will be under tension."

Col. 5:23-31, 46-56: "FIGS. 3 and 4 illustrate an embodiment of the intervertebral implant 1 according to the invention, that comprises two cover plates 3, 4, provided at right angles to the central axis 2, and an elastically deformable central part 10 situated between them. The central part 10 comprises a hollow-cylindrical sheathing 12 that is coaxial with the central axis 2 and a central cavity 11. In the central cavity 11 an elastic formed body 9 with an incompressible core is provided, preferably a liquid core 13. … For example, a compression force, acting on the intervertebral implant 1 parallel to the central axis 2, is transferred by both closing plates 14, 15 via both cover plates 3, 4 to the central part 10, while as the result the elastic formed body 9 will buckle at right angles to the central axis 2. This expansion movement of the elastic formed body 9 is transferred to the sheathing 12 with the fibre system 5 and contained by this. Since the fibre system 5 is anchored on the cover plates 3, 4, the compression force, acting transversely to the central axis 2, generates tensile forces in the fibres of the fibre system 5."

May 13, 2008 Office Action, at 3-4 ('270 patent file history): "Casutt discloses an intervertebral implant with a top plate 1, a bottom plate 2, and a central part 4. … The central part 4 has a core 3, and a fiber system 5 located between the internal surfaces of the top and bottom plates (Figure 1). The fiber system 5, is connected to the top and bottom plates 1, 2 and

surrounds the core."  See also February 19, 2008 Response to Non-Final Office Action, at 8 (claim 35).

Casutt, U.S. Patent No. 6,645,248, Figures 1, 2, 4 and associated description (including col. 5:1-20).

Extrinsic Evidence

Merriam-Webster: "flexible" (e.g., "capable of being flexed … **syn** ELASTIC … ELASTIC indicates ability to stretch, expand, or take on new shape under pressure, usu. with return to an original shape or position after pressure is withdrawn").

Merriam-Webster: "core" (e.g., "the central and often foundational part of a body, mass, or construction usu. distinct from the enveloping part by a difference in nature or by being cut out or separated").

6.      "… a fiber system …"

<u>Preliminary Claim Construction</u>

Synthes believes that this claim language is clear on its face, and that no construction is needed.

If the Court concludes that a construction is necessary, Synthes proposes as follows:

6.      [Synthes proposal]  "… a fiber system capable of being joined to the third and fourth plates …"

<u>Intrinsic Evidence</u>

Principal intrinsic evidence is the claim language itself, including recitations that qualify the nature of the "fiber system" as follows:

Claim 29, col. 8:41-45: "…wherein the fiber system at least partially surrounds the core, and is at least partially received within the plurality of openings formed in the third and fourth plates so that the fiber system is joined to the third and fourth plates ...".

See also the '270 patent specification, passim (the term "fibre system" is used and discussed repeatedly in the specification).  For example:

Col. 1:22-28: "In the case of the prosthesis disclosed in U.S. Pat. No. 4,911,718 Lee, although the individual fibres are integrated in the laminate that is made from an elastomer or another type of synthetic material, their ends are, however, adhered only to the end plates, so that they do not surround the core and consequently, in the case of a radial expansion of the core, cannot accept any tensile force."

Col. 1:43-48: "The prosthesis disclosed in WO 90/00374 Klaue comprises a system of fibres, the individual fibres of which are not fixed on both ends, as well as there is no deformable core. Therefore in the case of an axial compression of the prosthesis the axial compression forces occurring cannot be transferred as tensile forces to the fibres."

Col. 1:56-60: "This is where the invention wants to provide remedy. The object of the invention is to produce an intervertebral implant, that comprises a fibre system joined with the

cover plates, by virtue of which a sheathing body, surrounding the central part and made from a homogeneous material, will be reinforced."

Col. 2:26-39: "The axial compression forces occurring under a load on the spinal column are transmitted to the central part via the two end plates. The compression forces deform the central part situated between the two end plates, in particular an elastic formed body situated therein, in such a manner that the central part radially buckles. This expansion of the central part is restricted by the fibre system surrounding the central part and the radial compression forces arising can be absorbed by the fibre system as a tensile force. Thus a further, disadvantageous buckling of the central part can be limited.  By anchoring the fibre system in both cover plates, the intervertebral implant remains stable even under the greatest loads and the fibre system is capable to withstand even considerable tensile forces."

Col. 2:44-55: "In a further embodiment the fibre system is only partially embedded in the elastic sheathing body, while the fibre system has a radial thickness $\delta$ relative to the central axis and the elastic sheathing body has a radial thickness d, and the $\delta/d$ 100% ratio is in a range of 80% and 350%. By virtue of this the advantages can be achieved, that the large relative movements in the peripheral region of the cover plates occurring during a flexion/extension movement-or a lateral movement of the adjacent bodies of the vertebra are not subjected to a great resistance by the elastic sheathing body and due to this the danger of a fissure formation in the sheathing body is slighter."

Col. 3:15-21: "The axial deformation of the elastic central part will result in the radial expansion of the incompressible liquid and consequently in the radial expansion of the wall of the central part containing the fibre system. The tensile forces, occurring due to the radial expansion and/or the buckling of the wall of the central part, are basically absorbed by the fibres."

Col. 3:27-31: "By guiding the fibres in the grooves the fibre system can be so anchored on the cover plates, that in the case of tensile forces acting on the fibres no slipping of the fibres on the lateral sides is possible because the fibres can absorb only tensile forces."

Col. 3:48-50: "When using an endless fibre, that covers the entire implant, the stresses preferably are distributed on the entire circumference of this winding."

Col. 3:63-65: "The fibre system can be made, for example, from UHMWPE (ultra high molecular weight polyethylene) or from PET (polyethylene terephthalate)."

Col. 4:11-22: "In yet a further embodiment the woven material is formed from first and second fibres, wherein the first fibres include an angle α with the central axis and the second fibres include an angle β with the central axis. The angles for α or β are preferably between 15° and 60°. … In another embodiment the first and second fibres are interwoven with one another."

Col. 4:27-31: "Furthermore, the fibre system can be wound on the elastic formed body. The winding on the elastic formed body can be in two different directions, preferably rotationally symmetrically."

Col. 5:10-22: "For the purpose of anchoring the fibres 6 of the fibre system 5 on the cover plates 3, 4, each of the peripheral lateral surfaces 21, 22 has grooves 18, distributed on the circumference and radially protruding into the lateral surfaces 21, 22, so that the fibre system 5 can be anchored in these grooves 18. … [D]uring a compression of the cover plates 3, 4 parallel to the longitudinal axis 2, for example, the elastic formed body 9 and the sheathing 12 with the fibre system 5 will buckle radially, i.e. at right angles to the longitudinal axis 2, consequently the fibres 6 will be under tension."

Col. 5:46 col. 6:1: "For example, a compression force, acting on the intervertebral implant 1 parallel to the central axis 2, is transferred by both closing plates 14, 15 via both cover plates 3,4 to the central part 10, while as the result the elastic formed body 9 will buckle at right angles to the central axis 2. This expansion movement of the elastic formed body 9 is transferred to the sheathing 12 with the fibre system 5 and contained by this. Since the fibre system 5 is anchored on the cover plates 3, 4, the compression force, acting transversely to the central axis 2, generates tensile forces in the fibres of the fibre system 5. The fibre system 5 in this case is made from synthetic fibres, preferably from UHMWPE-fibres (ultra high molecular weight polyethylene) or from PET (polyethylene terephthalate) and comprises a mesh from first and

second fibres 6a, 6b, that are interwoven with one another. By doing so, the first fibres 6a include an angle α and the second fibres 6b an angle β with the central axis 2. In the embodiment of the intervertebral implant 1 according to the invention illustrated here, the angles α and β are equal and are between 15° and 60°. The fibres 6a, 6b are anchored on the cover plates 3, 4 by means of grooves 18 that are arranged on the circumference of the cover plates 3, 4 parallel to the central axis 2, so that the fibres 6a, 6b are passed through the grooves 18 …".

Col. 6:19-31: "When compared with the arrangement of the fibres 6 (FIGS. 6a, 6b), the guiding of the fibres 6 as chords (FIGS. 5a, 5b) over the surfaces 7, 8 of the end plates 3, 4 has the following advantages: due to the better distribution of the crossing points of the fibres 6 no concentration will occur, especially between the external surfaces 7, 8 of the cover plates 3, 4 and the closing plates 14, 15 (FIGS. 3 and 4), and with the aid of a winding technique the fibre system 5 can be symmetrically produced relative the central axis 2 while the intervertebral implant 1 can be clamped in at the points of intersection between the central axis 2 and the cover plates 3, 4."

Figures 1-7 (including elements 5 (fiber system)).

May 13, 2008 Office Action, at 3 ('270 patent file history): "Stubstad et al. does not disclose the fiber system of the top and bottom cover plates and the fiber system in the sheathing body to be a single entity."; id. at 3 4: "Casutt discloses an intervertebral implant with a top plate 1, a bottom plate 2, and a central part 4. … The central part 4 has a core 3, and a fiber system 5 located between the internal surfaces of the top and bottom plates (Figure 1). The fiber system 5, is connected to the top and bottom plates 1, 2 and surrounds the core. The fiber system has a plurality of interwoven fibers (Column 5, Lines 40- 45). The fiber system has a cylindrical shape (Figure 1)."; id. at 5: "Casutt discloses an intervertebral implant with top and bottom plates 1, 2, a central part 4 and a fiber system 5. The fiber system 5 is joined to the cover plates 1, 2 and guided over an external surface of both cover plates 1, 2 so that the fiber system 5 at least partially surround the central part 4 as well as both cover plates 1, 2 (Figure 7). The central part 4 has a cavity that is filled with an incompressible medium such as a liquid (Column 5, Lines 5-

20) and is surrounded by the fiber system, which can be considered an elastic body.  The fiber system is adhered to the cover plates in a form locking manner in a groove 9 with a ring 11.  The top and bottom cover plates 1, 2 each have a groove, and therefore the top and bottom cover plates having a plurality of grooves/channels/openings (Figures 6- 12)."  See also February 19, 2008 Response to Non-Final Office Action, at 2-12 (claims under examination).

Stubstad et al., U.S. Patent No. 3,867,728, Figures 1-3 and associated description (including col. 1:33-col. 2:58).

Casutt, U.S. Patent No. 6,645,248, Figures 1-3, 6-12 and associated description.

Extrinsic Evidence

Merriam-Webster: "system" (e.g., "**1 a** : a complex unity formed of many often diverse parts subject to a common plan or serving a common purpose  **b** : an aggregation or assemblage of objects joined in regular interaction or interdependence : a set of units combined by nature or art to form an integral, organic, or organized whole : an orderly working totality : a coherent unification … **syn** SCHEME, NETWORK, COMPLEX …").

**7.      "… wherein the core is substantially cylindrical …"**

<u>Preliminary Claim Construction</u>

Synthes believes that this claim language is clear on its face, and that no construction is needed.

If the Court concludes that a construction is necessary, Synthes proposes as follows:

7.      [Synthes proposal]  "… wherein the core has a generally cylindrical shape …"

<u>Intrinsic Evidence</u>

Principal intrinsic evidence is the claim language itself.

See intrinsic and extrinsic evidence cited above regarding the claim terms "core" and "a flexible core."  See also the following:

Col. 3:55-62: "In yet another embodiment the central part is essentially hollow-cylindrical, hollow-prismatic or is a body of rotation, an ellipsoid, a partial sphere or barrel-shaped with an axis of rotation that is coaxial with the central axis. By virtue of such configurations the advantage, that the positions of the axes of rotation of the adjacent intervertebral discs correspond, as far as possible, to that of the natural intervertebral disc, can be achieved."

Col. 5:23-31: "FIGS. 3 and 4 illustrate an embodiment of the intervertebral implant 1 according to the invention, that comprises two cover plates 3, 4, provided at right angles to the central axis 2, and an elastically deformable central part 10 situated between them. The central part 10 comprises a hollow-cylindrical sheathing 12 that is coaxial with the central axis 2 and a central cavity 11.  In the central cavity 11 an elastic formed body 9 with an incompressible core is provided, preferably a liquid core 13."

May 13, 2008 Office Action, at 3-4 ('270 patent file history): "Casutt discloses an intervertebral implant with a top plate 1, a bottom plate 2, and a central part 4. … The central part 4 has a core 3, and a fiber system 5 located between the internal surfaces of the top and

bottom plates (Figure 1).  The fiber system 5, is connected to the top and bottom plates 1, 2 and surrounds the core.  The fiber system has a plurality of interwoven fibers (Column 5, Lines 40-45).  The fiber system has a cylindrical shape (Figure 1)."  See also February 19, 2008 Response to Non-Final Office Action, at 8-9 (claims under rejection).

Casutt, U.S. Patent No. 6,645,248, Figures 1-3 and associated description.

Extrinsic Evidence

Merriam-Webster: "cylindrical" ("relating to or having the form or properties of a cylinder").

Merriam-Webster: "cylinder" (e.g., "**2 :** a cylindrical body: as **a** (1) : the turning chambered breech of a revolver").

Merriam-Webster: "substantial" (e.g., "**4 a :** being that specified to a large degree or in the main").

WEBSTER'S NINTH NEW COLLEGIATE DICTIONARY, Merriam-Webster, Inc. (Springfield 1984): "substantial" (e.g., "**5** : being largely but not wholly that which is specified").

**8.      "… the top surface of the core being in contact with the third plate and the bottom surface of the core being in contact with the fourth plate …"**

Preliminary Claim Construction

Synthes believes that this claim language is clear on its face, and that no construction is needed.

If the Court concludes that a construction is necessary, Synthes proposes as follows:

8.      [Synthes proposal]   "… the top surface of the core is in contact with the third plate and the bottom surface of the central portion is in contact with the fourth plate …"

Intrinsic Evidence

Principal intrinsic evidence is the claim language itself.

See intrinsic and extrinsic evidence cited above regarding the claim terms "a third [or fourth] plate including a plurality of openings," "core," and "a flexible core."   See also the following:

Col. 4:18-22: "In yet another embodiment the elastic formed body has at right angles to the central axis a cross-sectional surface $F_F$, while the central part has at right angles to the central axis a cross-sectional surface $F_M$ and the $F_F/F_M$ ratio of these two cross-sectional surfaces is between 30% and 65%."

Col. 5:23-31: "FIGS. 3 and 4 illustrate an embodiment of the intervertebral implant 1 according to the invention, that comprises two cover plates 3, 4, provided at right angles to the central axis 2, and an elastically deformable central part 10 situated between them. The central part 10 comprises a hollow-cylindrical sheathing 12 that is coaxial with the central axis 2 and a central cavity 11. In the central cavity 11 an elastic formed body 9 with an incompressible core is provided, preferably a liquid core 13."

Figures 1-4, 7 (including elements 3, 4 (cover plates), 2 (elastic formed body)).

9.      "… wherein the fiber system at least partially surrounds the core …"

Preliminary Claim Construction

Synthes believes that this claim language is clear on its face, and that no construction is needed.

If the Court concludes that a construction is necessary, Synthes proposes as follows:

9.      [Synthes proposal]  "… wherein the fiber system is situated around, about, or in a ring around at least a portion of the core …"

Intrinsic Evidence

Principal intrinsic evidence is the claim language itself.

See intrinsic and extrinsic evidence cited above regarding the claim terms "a fiber system," "core," and "a flexible core."  See also the following:

Col. 2:26-39: "The axial compression forces occurring under a load on the spinal column are transmitted to the central part via the two end plates. The compression forces deform the central part situated between the two end plates, in particular an elastic formed body situated therein, in such a manner that the central part radially buckles. This expansion of the central part is restricted by the fibre system surrounding the central part and the radial compression forces arising can be absorbed by the fibre system as a tensile force. Thus a further, disadvantageous buckling of the central part can be limited. By anchoring the fibre system in both cover plates, the intervertebral implant remains stable even under the greatest loads and the fibre system is capable to withstand even considerable tensile forces."

Col. 3:22-31: "The anchoring of the fibres on the cover plates can be carried out, for example, in the following manner: … a) Mechanically by guiding the endless fibres through grooves and over the external surfaces of the cover plates from one groove to another one. Thus the fibres surround the central part together with the cover plates.  By guiding the fibres in the grooves the fibre system can be so anchored on the cover plates, that in the case of tensile forces

acting on the fibres no slipping of the fibres on the lateral sides is possible because the fibres can absorb only tensile forces …".

Figures 1-7 (including elements 5 (fiber system) and 6 (fibers of fiber system)).

May 13, 2008 Office Action, at 5 ('270 patent file history): "Casutt discloses an intervertebral implant with top and bottom plates 1, 2, a central part 4 and a fiber system 5. The fiber system 5 is joined to the cover plates 1, 2 and guided over an external surface of both cover plates 1, 2 so that the fiber system 5 at least partially surround the central part 4 as well as both cover plates 1, 2 (Figure 7)." See also February 19, 2008 Response to Non-Final Office Action, at 8-9 ('270 patent file history) (claim 35).

Casutt, U.S. Patent No. 6,645,248, Figures 1-4, 6-14 and associated description (including element 5 (fibre ring)).

Extrinsic Evidence

Merriam-Webster: "surround" (e.g., "**2 … :** to be situated or found around, about, or in a ring around").

    **10.**    **"… wherein the fiber system … is at least partially received within the plurality of openings formed in the third and fourth plates …"**

    **11.**    **"… so that the fiber system is joined to the third and fourth plates …"**

<u>Preliminary Claim Construction</u>

Synthes believes that these two items of claim language are clear on their face, and that no construction is needed for any portion of this claim language.

Additionally, if the Court concludes that any construction is necessary, Synthes believes that these two items of claim language, which appear together as part of a single clause in claim 29, should be construed jointly. Synthes objects to Spinal Kinetics' effort to segregate this single clause into two discrete elements for construction in isolation from one another. Thus, if a construction is to be performed, Synthes proposes that the following clause should be considered:

    **10/11.**  **"… wherein the fiber system … is at least partially received within the plurality of openings formed in the third and fourth plates so that the fiber system is joined to the third and fourth plates …"**

If the Court concludes that a construction is necessary, Synthes proposes as follows:

    10/11. [Synthes proposal] "… wherein at least a portion of the fiber system is received or passed through the openings formed on the third and fourth plates so that the fiber system is anchored to the third and fourth plates …"

<u>Intrinsic Evidence</u>

Principal intrinsic evidence is the claim language itself.

See intrinsic and extrinsic evidence cited above regarding the claim terms "a third [or fourth] plate including a plurality of openings" and "a fiber system." See also the following:

Col. 1:56-60: "The object of the invention is to produce an intervertebral implant, that comprises a fibre system joined with the cover plates, by virtue of which a sheathing body, surrounding the central part and made from a homogeneous material, will be reinforced."

Col. 2:26-39: "The axial compression forces occurring under a load on the spinal column are transmitted to the central part via the two end plates. The compression forces deform the central part situated between the two end plates, in particular an elastic formed body situated therein, in such a manner that the central part radially buckles. This expansion of the central part is restricted by the fibre system surrounding the central part and the radial compression forces arising can be absorbed by the fibre system as a tensile force. Thus a further, disadvantageous buckling of the central part can be limited.  By anchoring the fibre system in both cover plates, the intervertebral implant remains stable even under the greatest loads and the fibre system is capable to withstand even considerable tensile forces."

Col. 3:22-31: "The anchoring of the fibres on the cover plates can be carried out, for example, in the following manner: … a) Mechanically by guiding the endless fibres through grooves and over the external surfaces of the cover plates from one groove to another one. Thus the fibres surround the central part together with the cover plates.  By guiding the fibres in the grooves the fibre system can be so anchored on the cover plates, that in the case of tensile forces acting on the fibres no slipping of the fibres on the lateral sides is possible because the fibres can absorb only tensile forces …".

Col. 3:36-41: "In yet another embodiment of the intervertebral implant according to the invention each cover plate comprises on its periphery a lateral surface and grooves distributed on the circumference and radially penetrating into the lateral surfaces. The fibres, part of this fibre system, are guided through these grooves."

Col. 4:27-31: "Furthermore, the fibre system can be wound on the elastic formed body. The winding on the elastic formed body can be in two different directions, preferably rotationally symmetrically."

Col. 5:3-22: "FIGS. 1 and 2 illustrate an embodiment of the intervertebral implant 1 according to the invention, that comprises a top cover plate 3 and a bottom cover plate 4, each with an external surface 7, 8 extending at right angles to the central axis 2 and having a lateral surface 21, 22 on the periphery. Between the cover plates 3, 4 there is a central part 10 provided

with a central cavity 11 and a sheathing 12, that surrounds the fibre system 5. For the purpose of anchoring the fibres 6 of the fibre system 5 on the cover plates 3, 4, each of the peripheral lateral surfaces 21, 22 has grooves 18, distributed on the circumference and radially protruding into the lateral surfaces 21, 22, so that the fibre system 5 can be anchored in these grooves 18. In the central cavity 11 there is an elastically deformable formed body 9 with an incompressible core, preferably a liquid core 13. Due to the incompressibility of the liquid core 13 during a compression of the cover plates 3, 4 parallel to the longitudinal axis 2, for example, the elastic formed body 9 and the sheathing 12 with the fibre system 5 will buckle radially, i.e. at right angles to the longitudinal axis 2, consequently the fibres 6 will be under tension."

Col. 5:38-col. 6:1: "The fibre system 5 is anchored on the cover plates 3, 4 and is integrated in the sheathing 12 and its purpose is to absorb the forces on the central part 10, said forces acting on the intervertebral implant 1 via the bodies of the vertebra adjacent to the closing plates 14, 15, i.e. torsional forces due to the rotation of the bodies of the vertebra about the central axis 2 relative to one another or bending moments due to lateral bending and/or flexion/extension of the spinal column.  For example, a compression force, acting on the intervertebral implant 1 parallel to the central axis 2, is transferred by both closing plates 14, 15 via both cover plates 3, 4 to the central part 10, while as the result the elastic formed body 9 will buckle at right angles to the central axis 2.  This expansion movement of the elastic formed body 9 is transferred to the sheathing 12 with the fibre system 5 and contained by this.  Since the fibre system 5 is anchored on the cover plates 3, 4, the compression force, acting transversely to the central axis 2, generates tensile forces in the fibres of the fibre system 5. The fibre system 5 in this case is made from synthetic fibres, preferably from UHMWPE-fibres (ultra high molecular weight polyethylene) or from PET (polyethylene terephthalate) and comprises a mesh from first and second fibres 6a, 6b, that are interwoven with one another. By doing so, the first fibres 6a include an angle α and the second fibres 6b an angle β with the central axis 2. In the embodiment of the intervertebral implant 1 according to the invention illustrated here, the angles α and β are equal and are between 15° and 60°. The fibres 6a, 6b are anchored on the cover plates 3, 4 by

means of grooves 18 that are arranged on the circumference of the cover plates 3, 4 parallel to the central axis 2, so that the fibres 6a, 6b are passed through the grooves 18 …".

Col. 6:9-31: "In FIGS. 5a and 5b a fibre system 5 is illustrated according to an embodiment of the intervertebral implant 1 according to the invention, wherein the fibres 6 extending over the end plates 3, 4 form chords on the circular surfaces 7, 8 of the cover plates 3, 4. … In FIGS. 6a and 6b a fibre system 5 is illustrated according to an embodiment of the intervertebral implant 1 according to the invention, wherein the fibres 6 extending over the end plates 3, 4 cross at the point of intersection of the central axis 2 and the end plates 3, 4. … When compared with the arrangement of the fibres 6 (FIGS. 6a, 6b), the guiding of the fibres 6 as chords (FIGS. 5a, 5b) over the surfaces 7, 8 of the end plates 3, 4 has the following advantages: due to the better distribution of the crossing points of the fibres 6 no concentration will occur, especially between the external surfaces 7, 8 of the cover plates 3, 4 and the closing plates 14, 15 (FIGS. 3 and 4), and with the aid of a winding technique the fibre system 5 can be symmetrically produced relative the central axis 2 while the intervertebral implant 1 can be clamped in at the points of intersection between the central axis 2 and the cover plates 3, 4."

May 13, 2008 Office Action, at 3 ('270 patent file history): "Stubstad et al. does not disclose the fiber system of the top and bottom cover plates and the fiber system in the sheathing body to be a single entity."

Stubstad et al., U.S. Patent No. 3,867,728, Figures 1-3 and associated description (including col. 1:33-col. 2:58).

Extrinsic Evidence

Merriam-Webster: "receive" (e.g., "**2 a :** to take in : act as a receptacle or container for").

Merriam-Webster: "join" (e.g., "**1 a :** to put or bring together and fasten, connect, or relate so as to form a single unit, a whole, or a continuity").

**12.    "… an elastic sheathing body at least partially surrounding the fiber system …" and the core**

<u>Preliminary Claim Construction</u>

Synthes believes that this claim language is clear on its face, and that no construction is needed.

If the Court concludes that a construction is necessary, Synthes proposes as follows:

12.    [Synthes proposal]  "… an elastic cover situated around, about, or in a ring around at least a portion of the fiber system and the core …"

<u>Intrinsic Evidence</u>

Principal intrinsic evidence is the claim language itself.

See intrinsic and extrinsic evidence cited above regarding the claim terms "a fiber system," "core," and "a flexible core."  See also the following:

Col. 1:56-60: "The object of the invention is to produce an intervertebral implant, that comprises a fibre system joined with the cover plates, by virtue of which a sheathing body, surrounding the central part and made from a homogeneous material, will be reinforced."

Col. 2:40-43: "In a preferred embodiment the entire fibre system is embedded in the elastic sheathing body, so that the fibre system does not necessarily need to be made from a biocompatible material."

Col. 3:1-6: "In another embodiment the sheathing body, accommodating the fibre system, is made from an elastic, biocompatible material, preferably an elastomer, produced in particular based on polyurethane (PUR). However, silicone rubber, polyethylene, polycarbonate urethane (PCU) or polyethylene terephthalate (PET) may also be used."

Claim 2, col. 2:3 4: "2. The intervertebral implant according to claim 1, wherein the fiber system is embedded in the elastic sheathing body."

February 19, 2008 Response to Non-Final Office Action, at 1-12 (claim amendments), 13 ('270 patent file history) (e.g., "… Applicants have deleted the limitation, and the accompanying Remarks distinguishing the prior art based on, inter alia … that the fibre system is at least

partially embedded within the elastic sheathing body.  As such, these limitations, either alone or in combination, no longer exist and should not be relied upon, as creating an estoppel or otherwise limiting the scope of these claims.").

May 13, 2008 Office Action, at 4 ('270 patent file history): "Casutt fails to disclose an elastic sheathing body that at least partially surrounds the fiber system.  Eldridge et al. [U.S. Patent No. 6,120,539] teaches surrounding a mesh structure with and elastic sheathing body 16 at least partially in order to prevent unwanted tissue ingrowth (Column 3, Lines 65-67).  It would have been obvious to one skilled in the art at the time the invention was made to construct the device of Casutt with a fiber system surrounded at least partially by an elastic sheathing body in view of Eldridge et al. in order to prevent tissue adhesion.  It is noted that such a modification would also provide for the elastic sheathing body to be attached to the top and bottom plates."

Casutt, U.S. Patent No. 6,645,248, Figures 1-4, 6-14 and associated description.

Eldridge et al., U.S. Patent No. 6,120,539, Figures 1, 3 and associated description (including knit sheet 12, 14 and barrier sheet 16, and col. 3:7-col. 5:9.

Extrinsic Evidence

Merriam-Webster: "elastic" (e.g., "**1 a** of a solid **:** capable of recovering size and shape after deformation)").

Merriam-Webster: "sheath n" (e.g., "**1 :** a case for the blade of a sword, hunting knife, or other instrument to which it fits closely … **3 :** any of various covering or supporting structures that are applied like or are felt to resemble the sheath of a blade: as … **b** SHEATHING 2").

Merriam-Webster: "sheathing n" (e.g., "**2 :** material used to sheathe something … : a protective or ornamental cover < ~ of copper >  <waterproof ~ >").

Merriam-Webster: "sheathing adj" ("enclosing or investing as or with a sheath").

Merriam-Webster: "sheathe vt" (e.g., "**1 :** to put into a sheath : enclose or cover with or as with a sheath … **3 :** to fit or furnish with or as with a sheath **4 :** to case or cover with something (as thin boards or sheets of metal) that protects : cover with a sheathing < ~ a ship's bottom with copper >  < ~ in the frame of a house > **5 :** to make less noticeable").

Merriam-Webster: "body" (e.g., "**4 a :** a mass or portion of matter esp. distinct in its totality from other masses < a ~ of cold air > < a ~ of water >").

Merriam-Webster: "surround" (e.g., "**2** … **:** to be situated or found around, about, or in a ring around").

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

### UNABRIDGED

*A Merriam-Webster*

REG. U. S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph. D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock
Gove and the Merriam-Webster editorial staff.
    p.    cm.
  ISBN 0-87779-201-1

    1. English language—Dictionaries.    I. Gove, Philip Babcock,
1902–1972.    II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20                                        93-10630
                                                  CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

5051QP/H01



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock
Gove and the Merriam-Webster editorial staff.
    p.     cm.
ISBN 0-87779-201-1

    1. English language—Dictionaries.    I. Gove, Philip Babcock,
1902–1972.   II. Merriam-Webster, Inc.
PE1625.W36 1993
423—dc20                                          93-10630
                                                  CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

5051QP/H01

**bodkin**     246     **boggle**


bodkin 1b

centesimate · 363 · centriole



centipede

**con·ju·ga·ble** \'känjəgəbəl\ *adj* [*conjugate* + *-able*] : that is capable of conjugation

**con·ju·ga·cy** \-gəsē\ *n* -ES [*conjugate* + *-cy*] : conjugate state : relation of conjugates

**con·ju·gal** \'känjəgəl, -jēg-; kən'jüg-\ *adj* [MF or L; MF, fr. L *conjugalis*, fr. *conjug-*, *conjux* husband, wife, consort, fr. *conjungere* to join together, unite in marriage] **1** : of or relating to marriage, the married state, or married persons in their mutual relations : MATRIMONIAL, CONNUBIAL ⟨~ worries⟩ ⟨~ politeness⟩ **2** : consisting of or based on the husband, wife, and their offspring as constituting the functional familial unit in a society ⟨the modern American family is of the ~ type⟩ — contrasted with *consanguine;* compare FAMILY — **con·ju·gal·i·ty** \,känjə'galəd·ē, -jē'-\ *n* -ES — **con·ju·gal·ly** *pronunc at* CONJUGAL + ē *or* i\ *adv*

**con·ju·ga·les** \,känjə'gā(,)lēz\ *n pl, cap* [NL, fr. L, pl. of *conjugalis* of marriage] *in some classifications* : an order equivalent to Zygnematales

**conjugal rights** *n pl* : the sexual rights or privileges implied by and involved in the marriage relationship : the right of coitus between husband and wife

**con·ju·gant** \'känjəgənt\ *n* -S [L *conjugant-*, *conjugans*, pres. part. of *conjugare* to unite] : one of a pair of conjugating gametes or organisms

**con·ju·gase** \-,gās, -āz\ *n* -S [ISV *conjug-* (fr. *conjugate*, n.) + *-ase*] : any of a group of enzymes found in blood or in certain organs (as kidney and pancreas) and in some vegetables (as potatoes) that bring about the breakdown of conjugates of pteroylglutamic acid (as pteroyl-hepta-glutamic acid)

**con·ju·ga·ta** \,känjə'gād·ə\ *n, pl* **conjuga·tae** \-ā,tē\ [NL, fr. L, fem. of *conjugatus*] : the dorsoventral diameter of the human pelvis measured from the sacral promontory to the pubic symphysis

**con·ju·ga·tae** \-ā,tē\ *n pl, cap* [NL, fr. L, nom. pl. fem. of *conjugatus*] *in some classifications* : a subclass equivalent to the order Zygnematales

1**con·ju·gate** \'känjəgət, -jēg-, -jə,gāt; *usu* -d.+V\ *adj* [ME *conjugat*, fr. L *conjugatus*, past part. of *conjugare* to unite, fr *com-* + *jugare* to join, marry, fr. *jugum* yoke — more at YOKE] **1** : yoked or joined together esp. in pairs : MATED, COUPLED ⟨~ relationship⟩ : acting or operating as if joined ⟨~ foci⟩ : SIMULTANEOUS ⟨~ deviation of the eyes⟩ ⟨~ effect of two forces⟩ **2** : bearing to each other a relation characterized by having certain features in common but by being opposite or inverse in some particular ⟨~ complex numbers⟩ ⟨~ axes of a pendulum⟩ ⟨~ foci of a lens⟩ **3 a** : BIJUGATE **b** : of or relating to algae that reproduce sexually by conjugation **4** *of words in the same language* : having the same derivation and therefore usu. some likeness in meaning ⟨*just, justice, justly* are ~⟩ **5 a** : CONJUGATED 2 **b** *of acids and bases in pairs* : related by the difference of a proton ⟨the acid $NH_4^+$ and the base $NH_3$ are ~ to each other⟩ **c** : relating to layers of immiscible solutions that can exist side by side at equilibrium **6** *of two leaves of a book* : forming a single piece **7** : so formed that one gear will drive the other with constant relative angular speed — used of a pair of gear teeth or of gear teeth profiles; *also* : relating to such gear teeth or profiles — **con·ju·gate·ly** *adv* — **con·ju·gate·ness** *n* -ES

2**con·ju·gate** \-jə,gāt, *usu* -ād·+V\ *vb* -ED/-ING/-S [L *conjugatus*] *vt* **1** : to give in some prescribed order the various inflectional forms of : INFLECT — used esp. of a verb, rarely of a preposition ⟨~ the Latin verb *amare*⟩ **2** : to join together : YOKE, COUPLE **3** *of a chemical compound* : to unite (as with the elimination of water) so that the product is easily broken down (as by hydrolysis) into the original compounds ⟨benzoic acid is *conjugated* with glycine to hippuric acid in the body⟩ ~ *vi* **1** : to join together; *specif* : to unite in marriage **2** *biol* : to unite in pairs: **a** : to fuse esp. in conjugation **b** : to pair in synapsis

3**conjugate** *like* 1CONJUGATE\ *n* -S [in sense 1, fr. L *conjugatus* etymologically related, past part. of *conjugare* to unite; in senses 2 & 4, fr. 1*conjugate*; in sense 3, fr. NL *Conjugatae*] **1** : a word that has the same derivation as another in the same language and that therefore usu. resembles it in meaning **2 a** : CONJUGATE AXIS **b** : CONJUGATE DIAMETER **3** : an alga of the order Zygnematales **4** *chem* : a substance that is conjugated (sense 2a)

**conjugate alphabet** *n* : one of a pair of alphabets in cryptography consisting of an enciphering alphabet and its equivalent deciphering alphabet

**conjugate axis** *n* : the line through the center of an ellipse or a hyperbola and perpendicular to the line through the two foci

**conjugate complex number** *n* : one of two complex numbers differing only in the sign of the imaginary part (as $a+bi$ and $a-bi$)

**conjugate conductor** *n* : either of two branches of an electrical network such that a change in the impressed electromotive force of one does not produce a change in the current of the other

**conjugated** *adj* [fr. past part. of *conjugate*] **1** : CONJUGATE 1 **2** *chem* **a** : formed by the union of two compounds or united with another compound ⟨some enzymes are ~⟩ ⟨~ bile acids⟩ **b** (1) : having or characterized by a special mutual influence due to proximity in the molecule — used of certain groups or bonds or of compounds or systems containing them (2) *organic chem* : relating to or containing a system of two double bonds separated by a single bond (as in $CH_2=CH-CH=CH_2$ or $CH_2=CH-CH=O$) — often distinguished from *allenic* and *isolated* ⟨~ double bonds⟩ ⟨~ drying oils⟩ ⟨~ fatty acids⟩ ⟨a ~ system of alternating single and double bonds⟩

**conjugate diameter** *n* **1** : CONJUGATA **2 a** : one of two diameters of a central conic section each of which bisects all chords parallel to the other **b** : one of three diameters of a central quadric having as its conjugate diametral plane the plane of the other two

AB, CD conjugate diameters 2a

**conjugate division** *n* : division of dikaryotic cells in certain fungi in which the two nuclei divide independently, one product of each nuclear division going to each daughter cell — see DIKARYON

**conjugated protein** *also* **conjugate protein** *n* : a compound (as hemoglobin) of a protein (as globin) with a nonprotein substance (as heme) — distinguished from *simple protein;* compare CHROMOPROTEIN, GLYCOPROTEIN, LIPOPROTEIN, NUCLEOPROTEIN, PHOSPHOPROTEIN

**conjugate hyperbola** *n* : either of two hyperbolas having the same asymptotes, the conjugate axis of each being the transverse axis of the other

**conjugate lines** *n pl* **1** *of a conic section* : two lines each of which passes through the pole of the other **2** *of a quadric* : two lines so arranged that each intersects the polar line of the other

**conjugate planes** *n pl, of a quadric* : two planes so arranged that each contains the pole of the other with respect to the quadric

**conjugate point** *n* **1** : either of two points lying with respect to a conic each on the polar of the other **2 a** : one of two points in reference to a rigid body such that if an impulse is applied at either the body will start to rotate about an instantaneous axis through the other, one point becoming the center of suspension of the body considered as a pendulum and the other becoming the center of oscillation **b** : one of two points in an optical system either of which is the real or virtual focus of the other

**conjugate roots** *n pl* : roots of an algebraic equation that are conjugate complex numbers

**conjugate triangles** *n pl* : two triangles in which the vertices of each are the poles with respect to a given curve of the sides of the other

**conjugating tube** *n* [*conjugating* fr. gerund of *conjugate*] : a tube in various algae (as members of the genus *Spirogyra*) formed by the fusion of a process of one cell with a like process of another sexually opposite cell into a canal and used by one or both gametes in coming together for conjugation

**con·ju·ga·tion** \,känjə'gāshən\ *n* -S [LL & L; LL *conjugation-*, *conjugatio* class of verbs having same type of inflectional forms, fr. L, combining, mixture, fr. *conjugatus* (past part. of *conjugare* to unite) + *-ion-*, *-io* -ion — more at CONJUGATE] **1** : the act of joining together, uniting, or combining : the state of being joined together : UNION ⟨~ of the sexes⟩ **2** *obs* : something joined together or combined **3 a** : a presentation in some prescribed order of the inflectional forms of a verb **b** : verb inflection **c** : a class of verbs having the same type of inflectional forms ⟨the strong and the weak ~⟩ ⟨the Latin second ~ with its infinitive ending in *-ēre*⟩ **d** : any of several sets of inflectional forms belonging to a verb esp. in Sanskrit and the Semitic languages including the forms of the simple verb and various derivative sets of forms that typically add to the meaning of the simple verb a passive, reflexive, causative, intensive, frequentative, or desiderative meaning **4 a** : fusion of two gametes with ultimate union of their nuclei which is the common sexual process among the lower thallophytes resulting typically in formation of a thick-walled zygote, being comparable to fertilization in higher forms though male and female are not usu. recognizable, and similarly producing a genetically distinct new generation **b** : temporary cytoplasmic union in pairs of ciliated protozoa accompanied by complex nuclear phenomena comparable to meiosis and fertilization and resulting in two individuals with new genetic constitutions **5** *chem* : the state of being conjugated (sense 2b)

**con·ju·ga·tion·al** \¦känjə¦gāshənᵊl, -shnəl\ *adj* : of or relating to conjugation — **con·ju·ga·tion·al·ly** \-ᵊl¦ē,-əl¦ē, ¦i\ *adv*

**conjugation canal** *n* : CONJUGATING TUBE

**conjugation cell** *n* : GAMETE

**con·ju·ga·tive** \'känjə,gād·iv\ *adj* : relating to, tending to, or characterized by conjugation

**con·ju·gi·al** \kən'jügēəl\ *adj* [L *conjugialis*, fr. *conjugium* marriage (fr. *conjug-*, *conjux* husband, wife) + *-ialis* -ial — more at CONJUGAL] : MATRIMONIAL — used to distinguish the Swedenborgian conception of marriage as a spiritual union

1**con·junct** \kən'jəŋ(k)t, (')kän¦j-\ *adj* [ME, fr. L *conjunctus*, past part. of *conjungere* to join together — more at CONJOIN] **1** : JOINED, UNITED : bound together ⟨folk tunes and texts independent or ~⟩ ⟨man … feels himself to be ~ with a social group —Rufus Jones⟩ **2** : belonging to, made up of, or effected by combined elements or persons : JOINT ⟨Sicily was reduced in … 1806 by a brilliant ~ operation —P.G. Mackesy⟩ **3** : being so related to a person (as an insolvent) as to be legally incompetent to act as witness or judge in matters affecting him **4** *in Irish and Welsh verb inflection* : belonging to or characteristic of a verb that is preceded by any of several particles or compounded with a preverb ⟨the ~ form⟩ ⟨a ~ ending⟩ — opposed to *absolute* **5** *music* : relating to diatonic motion — contrasted with *disjunct*

2**con·junct** \'kän,j-\ *n* -S **1** : a person or thing joined or associated with another **2 a** : CONJUNCTURE 2 **b** *logic* (1) : a component of a conjunction (2) : CONJUNCTION 7

**conjunct degrees** *n pl* : adjacent successive tones of the musical scale

**con·junc·tion** \kən'jəŋ(k)shən\ *n* -S [ME *conjunctioun*, fr. MF *conjonction*, fr. L *conjunction-*, *conjunctio*, fr. *conjunctus* + *-ion-*, *-io* -ion] **1** : the act of conjoining or state of being conjoined : UNION, ASSOCIATION, COMBINATION ⟨things not normally seen in ~⟩ ⟨the view that cause is constant ~ —E.H. Madden⟩ **2** : an instance of conjoining or coming together : UNION, ASSOCIATION ⟨quartering … was the normal way of indicting a ~ of lordships —A.R.Wagner⟩ **3** : occurrence together : concurrence esp. of events or routes ⟨from the state line route 17 proceeds in ~ with route 6 for a few miles⟩ **4** *obs* : sexual union : union in wedlock **5 a** : the apparent meeting or passing of two or more celestial bodies in the same degree of the zodiac **b** : a configuration in which two celestial bodies have their least apparent separation ⟨a ~ of Mars and Jupiter⟩ — compare OPPOSITION; see CONFIGURATION illustration **6** : a linguistic form (as an uninflected word) that joins together words or word groups such as sentences (as *but* in "He tried. But he failed"), clauses (as *if* in "I'll go if you will"), phrases (as *and* in "over the river and through the woods"), words (as *or* in "first or last"), or a word and a phrase (as *and* in "my brother and I") **7** *logic* **a** : a statement that is true only if both its components are true — called also *joint assertion* **b** : the binary connective used in logic **c** : the logical operation of forming a conjunction

**con·junc·tion·al** \-shənᵊl,-shnəl\ *adj* : of or relating to or of the nature of conjunction or a conjunction — **con·junc·tion·al·ly** \-ᵊl¦ē,-əl¦ē, ¦i\ *adv*

**con·junc·ti·va** \,kän,jəŋk'tīvə, -tēvə; kən'jəŋ(k)tə̇və\ *n, pl* **conjunctivas** \-vəz\ *or* **conjuncti·vae** \-ī,vē, -ē,vī, -ə̇,vē, -ə̇,vī\ [NL, fr. LL, fem. of *conjunctivus*] **1** : the mucous membrane that lines the inner surface of the eyelids and is continued over the forepart of the eyeball covering part of the sclerotic coat and forming epithelium over the cornea — see EYE illustration **2** : the flexible usu. infolded and membranous suture between adjoining segments of an insect's body or appendages — **con·junc·ti·val** \¦kän,jəŋk¦tīvəl, -tēv-; kən'jəŋ(k)tə̇v-\ *adj*

1**con·junc·tive** \kən'jəŋ(k)tiv, -tēv *also* -təv\ *adj* [LL *conjunctivus*, fr. L *conjunctus* + *-ivus* -ive — more at CONJUNCT] **1** : CONJOINING, CONNECTING, CONNECTIVE ⟨~ forces in society⟩ **2** : CONJOINED, CONJUNCT : done or existing in conjunction ⟨the ~ operation of several independent factors⟩ **3 a** : being a conjunction (sense 6) ⟨a ~ particle⟩ **b** : functioning like a conjunction; *specif* : connecting the sentence or main clause in which it occurs with the preceding one and qualifying the whole sentence or clause in which it occurs rather than any single word or phrase in it ⟨~ adverbs such as *hence, yet, so, consequently, however*⟩ **4** *of the mood of a verb* : SUBJUNCTIVE **5** *of a conjunction* : COPULATIVE 1a **6** *of a pronoun form* : unstressed and closely attached to the verb as an enclitic or proclitic ⟨French *me, le, te, se* are ~⟩ — contrasted with *disjunctive* — **con·junc·tive·ly** \-tə̇vlē, -li\ *adv*

2**conjunctive** \"\ *n* -S : something conjunctive: as **a** (1) : CONJUNCTION 7 (2) : the connective in a conjunction **b** (1) : CONJUNCTION 6 : a word (as *moreover* in "I don't know, moreover I don't care") or word group (as the phrase *in case* in "take your umbrella in case it should rain") functioning like a conjunction (2) : a copulative conjunction (3) : the conjunctive mood of a language or a form in it

**conjunctive legacy** *n* : a legacy awarding under Roman law the same thing to two or more persons in one dispositive clause and giving each colegatee the right of increasing his share proportionately to his interest if the share of any other colegatee lapses or becomes vacant before it vests — distinguished from *disjunctive legacy*

**conjunctive tissue** *n* : sometimes lignified parenchymatous ground tissue in which the vascular bundles are embedded in certain dicotyledons (as the beet) and in those monocotyledons in which secondary thickening occurs

**con·junc·ti·vi·tis** \kən,jəŋ(k)tə'vīd·ə̇s, -ītə̇s\ *n* -ES [NL, fr. *conjunctiva* + *-itis*] : inflammation of the conjunctiva

**conjunct motion** *or* **conjunct progression** *n* : melodic movement by scale intervals

**conjuncts** *pl of* CONJUNCT

**conjunct system** *n* : a diatonic series of tones in Greek music comprising three conjunct tetrachords

**conjunct tetrachords** *n pl* : two adjacent tetrachords in which the highest note of one is the same as the lowest note of the other

**con·junc·ture** \kən'jəŋ(k)chə(r), -)sh-\ *n* -S [F *conjoncture*, fr. ML *conjunctura*, fr. L *conjunctus* + *-ura* -ure] **1** : CONJUNCTION, UNION, COMBINATION ⟨the ~ of realism with idealism —Frank Swinnerton⟩ **2** : a combination or complication (as of circumstances or events) esp. producing a crisis or critical point : JUNCTURE ⟨~*s* that arise out of the circumstances of the industrial system at large —Thorstein Veblen⟩

**con·ju·ra·tion** \,känjə'rāshən\ *n* -S [ME *conjuracioun*, fr. MF & L; MF *conjuration* constraining of spirits or devils, fr. L *conjuration-*, *conjuratio* conspiracy, fr. *conjuratus* (past part. of *conjurare*) + *-ion-*, *-io* -ion] **1** *archaic* **a** : a swearing together : a league by a common oath (as for a criminal purpose) **b** : CONSPIRACY **2** : a constraining of spirits or devils by invocation of a sacred name or by a spell : INCANTATION **3 a** : a magic expression used in conjuring : CHARM, SPELL **b** : a conjuring trick **4** : the act of charging or calling upon in a sacred name or in a solemn manner usu. by appealing to something binding (as an oath) : a solemn appeal : ADJURATION

1**con·jure** *in senses vt 2 & vi 2* 'känjə(r) *also* 'kən-; *in other senses* kən'jü(ə)r *or* -üə\ *vb* **conjured; conjured; conjuring** \'känj(ə)riŋ, 'kən-; kən'jür-\ **conjures** [ME *conjuren*, fr. OF *conjurer*, fr. L *conjurare* to swear together, conspire, fr. *com-* + *jurare* to swear — more at JURY] *vt* **1 a** *obs* : to call on or charge in a solemn manner (as by invoking a sacred name) **b** : to entreat earnestly or solemnly : IMPLORE, BESEECH ⟨I ~ you … to weigh my case well —Sheridan Le Fanu⟩ **2 a** : to summon or constrain (as a spirit or a devil) to appear or to obey one by invoking a spell or a sacred name **b** (1) : to affect or effect by or as if by magic : call forth or send away by magic arts : excite, bring about, get, or convey as if by magic : create in reality or to the imagination as if by magic — often used with *up* ⟨~ up an image⟩ (2) : INVENT, CONTRIVE ⟨you've *conjured* up some scheme to get us safely away —T.B.Costain⟩ ~ *vi* **1** *obs* : to swear together : CONSPIRE ⟨when those gainst states and kingdoms do ~ —Edmund Spenser⟩ **2 a** : to summon a devil or spirit to appear or obey one by invoking a sacred name or by some spell **b** : to practice magical arts : CHARM ⟨prayed and *conjured*, but all was useless —Herman Melville⟩ **c** : to use a conjurer's tricks : JUGGLE

2**con·jure** \'känjə(r) *also* 'kən-\ *adj* **1** *of a person* : practicing magic, esp. voodoo **2** *of a thing* : used in the practice of magic, esp. voodoo ⟨~ ball⟩ ⟨~ bag⟩

**con·jur·er** *or* **con·ju·ror** \'känjərə(r), -j(ə)rə *also* 'kən-\ *n* -S [*conjurer* fr. ME *conjurere*, fr. *conjuren* to conjure + *-ere* -er; *conjuror* fr. ME *conjerour*, fr. *conjeren*, *conjuren* + *-our* -or] **1** : one that practices magic arts : one that pretends to act by the aid of supernatural power : WIZARD **2** : one that performs feats of legerdemain and illusion : MAGICIAN, JUGGLER

**con·jury** \'känj(ə)rē, -ri *also* 'kən-\ *n* -ES [*conjure* + *-y*] : the practice of magic : CONJURING

1**conk** \'käŋk, 'kȯŋk\ *n* -S [prob. alter. of *conch*] **1** *slang* : NOSE **2** *slang* : HEAD

2**conk** \"\ *vt* -ED/-ING/-S *slang* : to hit esp. on the head : knock out

3**conk** \"\ *n* -S [by alter.] : CONCH 3

4**conk** \"\ *n* -S [prob. alter. of *conch*] **1** : the visible fruiting body of a tree fungus : BRACKET 3c **2** : the decay in the wood of living trees caused by a fungus — **conky** \-kē,-ki\ *adj*

5**conk** \"\ *vi* -ED/-ING/-S [prob. imit.] **1** : to break down : STALL, FAIL — used esp. of an engine or motor and usu. with *out* **2 a** : to lose consciousness : FAINT — usu. used with *out* ⟨~*ed* out from hunger and lack of sleep⟩ **b** : to go to sleep — usu. used with *off* or *out* ⟨go upstairs and ~ off⟩ **c** : DIE — often used with *out* ⟨caught pneumonia and almost ~*ed* out⟩

**conk·a·nee hemp** \'käŋkənē-\ *n* [prob. irreg. fr. *Konkan*, coast region of Bombay state, India] : SUNN

1**conk·er** \'käŋkə(r), 'kȯŋ-\ *n* -S [*conch* + *-er* (influenced by *conquer*)] **1 conkers** *pl* : a game popular in England in which each player swings a horse chestnut or orig. a snail shell threaded on a string to try to break one held by his opponent **2** : a horse chestnut or snail shell esp. when used in conkers

2**conker** *var of* KUNKUR

**conky** \-kē\ *n* -ES [1*conk* + *-y*] *slang* : a person having a large or prominent nose

**con mae·stà** \,k¦än,mī'stä, ¦k¦än,mä,e'stä, ¦ōn-\ *adv* [It] : with majesty — used as a direction in music

**con man** \'kän,man, -maa(ə)n\ *n* [by shortening] : a confidence man

**con mo·to** \kän'mō,tō, kōn-\ *adv* [It, with movement] : with movement : SPIRITEDLY — used as a direction in music

1**conn** *also* **con** \'kän\ *vt* -ED/-ING/-S [alter. of *cond*, prob. taken as past tense] : to conduct or superintend the steering of (a ship or airplane) : watch the course of (a ship) and direct the helmsman how to steer

2**conn** \"\ *n* -S : the control exercised by one who guides or directs the movements of a ship

**conn** *abbr* **1** connected; connection **2** connotation; connotative

**con·nach** \'känək\ *vt* -ED/-ING/-S [ScGael *conach* murrain; akin to IrGael, murrain, rabies, rage] *Scot* : SPOIL, WASTE

**con·nacht** *also* **con·naught** \'kä(,)nȯt\ *adj, usu cap* [fr. *Connacht* or *Connaught*, Ireland] : of or from the province of Connacht, Ireland : of the kind or style prevalent in Connacht

**con·na·ra·ce·ae** \,känə'rāsē,ē\ *n pl, cap* [NL, fr. *Connarus*, type genus + *-aceae*] : a family of mostly tropical climbing shrubs or small trees (order Rosales) closely related to the Leguminosae but lacking stipules — **con·na·ra·ceous** \¦••¦rāshəs\ *adj*

**con·na·rite** *also* **con·a·rite** \'känə,rīt\ *n* -S [ISV *connar-*, *conar-* (fr. Gk *konnaros*) + *-ite;* orig. formed as G *konarit*] : a mineral consisting of hydrous nickel silicate occurring as small green crystals or grains

**con·na·rus** \'känərəs\ *n, cap* [NL, fr. Gk *konnaros*, a kind of prickly evergreen (perh. the Christ's-thorn *Paliurus spina-christi*)] : a large genus (the type of the family Connaraceae) of tropical shrubs or trees bearing indehiscent one-seeded pods — see ZEBRAWOOD

**con·na·tal** \(')kä¦nād·ᵊl, kə'n-, -ātᵊl\ *adj* [*connate* + *-al*] : CONGENITAL — **con·na·tal·ly** \-ād·ᵊlē, -ātᵊlē\ *adv*

**con·nate** \(')kä¦nāt, kə'nāt, *usu* -ād·+V\ *adj* [LL *connatus*, past part. of *connasci* to be born together, fr. L *com-* + *nasci* to be born — more at NATION] **1** : CONGENITAL, INNATE, INBORN ⟨~ ideas⟩ **2** : agreeing in nature : AKIN, ALLIED, COGNATE, CONGENIAL ⟨~ spirits⟩ **3** : born, produced, or originated together ⟨~ qualities⟩ **4** *biol* **a** : congenitally united ⟨~ leaves⟩ **b** : firmly united : FUSED ⟨~ bones⟩ — distinguished from *connivent;* compare ADNATE **5** *geol* : entrapped in sediments at the time of their deposition : originating at the same time as adjacent or intermingled materials ⟨~ water⟩ — **con·nate·ly** *adv*

**con·na·tion** \(')kä¦nāshən, kə'n-\ *n* -S : congenital union

**con·na·tive** \(')kä¦nād·iv, kə'n-, -ātiv\ *adj, obs* : CONNATE 1

**con·natural** \(')kä, kə+\ *adj* [ML *connaturalis*, fr. L *com-* + *naturalis* natural — more at NATURAL] **1** : connected by nature : INBORN, INHERENT, NATURAL ⟨man's ~ sense of the good⟩ **2** : of the same nature : ALLIED, COGNATE ⟨and mix with our ~ dust —John Milton⟩ **3** *obs* : SUITABLE, CONGENIAL — **con·naturality** \"+\ *n* -ES — **con·naturally** \"+\ *adv*

**con·nect** \kə'nekt\ *vb* -ED/-ING/-S [L *connectere*, *conectere*, fr. *com-*, *co-* + *nectere* to bind — more at ANNEX] *vt* **1** : to join, fasten, or link together usu. by means of something intervening ⟨a bus line ~*s* the two towns⟩ ⟨~ a garden hose to the faucet⟩ ⟨the ties that ~*ed* new Europe to old —Stringfellow Barr⟩ **2** : to place or establish in any of various intangible relationships (as association in thought or logic, the relationship of follower, official, or employee, or a relationship of things similar in purpose, motivation, configuration, or substance) ⟨~ his success with hard work and study⟩ ⟨~ himself with a radical school of painters⟩ ⟨she could not ~ her mother's meanness with the magnitude of what had happened —Louis Auchincloss⟩ ⟨the emphasis on the subjective expression of the art of the mentally ill which ~*s* it with certain tendencies of modern art —H.S.Langfeld⟩ ⟨the marriage of the children ~*ed* the two families⟩ ~ *vi* **1 a** : JOIN, UNITE ⟨one room ~*s* with the other by means of a hallway⟩; *also* : ADJOIN **b** : to have a relationship ⟨his character seems at first not to ~ with his painting —A.M.Daintrey⟩ **2 a** *of a means of transportation* : to meet for the transference of passengers ⟨the New York and Boston trains ~ at Albany⟩ **b** *of a passenger* : to transfer esp. from one train or bus to another that covers a different part of one's route — used with *with* ⟨to ~ with the Chicago train in St. Louis⟩ **3** : to hit solidly or successfully ⟨~ for a double⟩ ⟨~ with a knockout punch⟩; *esp* : to hit a home run **syn** see JOIN

**connected** *adj* **1** : joined or linked together ⟨a ~ series⟩ **2** : having the parts or elements logically related ⟨a ~ view of the problem⟩ or continuous ⟨~ reading from the great authors⟩ **3** : related by blood or marriage ⟨a well-*connected* Edinburgh family —Rosemary Benét⟩ ⟨a well-*connected* Marylander — it was supposed that his grandfather was the younger brother of the Earl of Wemyss —Van Wyck Brooks⟩ **4** *chess* **a** *of pawns* : on adjacent squares **b** *of rooks* : mutually supported (as on an empty rank) — **con·nect·ed·ly** *adv* — **con·nect·ed·ness** *n* -ES

**connected load** *n* : the total electric power-consuming rating of all devices (as lamps or motors) connected to a distribution system

connected n. *math* : a surface from any point of which a continuous path can be drawn to any other point of it without crossing its boundary

connecter *var of* CONNECTOR

con-nec-ti-cut \kə-ˈned-ə-kət, -nat-, usu -kət-+ Vt, *adj, usu cap* [fr. *Connecticut* (r. *Connecticut*, state in the northeastern U.S., fr. *Connecticut* river, prob. fr. Mohican *quinnituqu-et* at the long tidal river] : of or from the state of Connecticut (*Connecticut* farm) : of the kind or style prevalent in Connecticut

connecticut chest *n. usu cap* [fr. Connecticut] : an early American frame chest with the front panels decorated usu. with split spindles and tulip and sunflower patterns carved in flat relief — called also *sunflower chest*

con-nec-i-cul-er \-,kəd-ə(r), -,kut-, -,kəd-ə-\ *n, usu cap* : a native or resident of the state of Connecticut

connecticut warbler *n. usu cap* : a large wood warbler (*Oporornis agilis*) gray to greenish above and yellow below that breeds in north-central No. America and winters in Brazil

connecting filament *n.* : CORBULA

connecting note *or* connecting tone *n.* : a note common to two successive chords

connecting rod *n.* : a rigid rod that transmits power from one rotating part of a machine to another in reciprocating motion (as from a crankpin to a piston) — see CROSSHEAD illustration

con-nec-tion \kə-ˈnekshən\ *n* 1 *a* (1): the act of connecting : JUNCTION 2: the state of being connected (in *connexion* (as past part, or connecti..) b: the relation of a word or phrase to another in sense or construction: ALLIANCE, UNION (Canada's connection with ... England) (~ between church and state) 3 *a* : relationship or association in thought (as of cause and effect, logical sequence, mutual dependence or involvement) (the ~ of intelligence and success) b: CONTEXT, REFERENCE, OCCASION (in this ~ the word has a different meaning) c: COHERENCE, CONTINUITY (a confused multitude without order or ~—John Locke) 4 : CONNECTIVE 6, 5 a: something that connects : LINK, COUPLING, TIE (something [one who] grasps with) b: a means of communication (telephone ~) or transport (the train makes ~s with the steamer) (to miss a ~) 6: a person connected with others by marriage, remote blood relationship, or such a tie c: a common interest (he has powerful ~s in high places) 7: a social, professional, or commercial relationship in a practical or active way: as 1: POSITION, JOB 5: a permanent or continuing arrangement to execute orders or advance interests esp. at a distance (a firm's foreign ~) c: slang: a source of contraband (as a narcotic drug) b: a set or group of persons connected or associated together in a common interest: as 1: DENOMINATION, SECT b: a political faction c: a large family: CLAN of a racehorse and his associates d: a large family: CLAN e: a clientele esp. of a doctor or lawyer f: a religious association practicing connexionalism — con-nec-tion-al \-shnəl, -shnᵊl, -ᵊl\

con-nec-tion-ism \-sha,nizəm\ *n* <: a theory that learning takes place through the formation of connections or associations... [continued text]

con-nec-tive \kə-ˈnek-tiv\ *adj* : serving or tending to connect — con-nec-tive-ly *adv*

connective \"\ *n* : something that connects: a 1: the tissue connecting the pollen sacs of an anther b: a linguistic form that connects words or word groups; esp 1: a relative pronoun 2: CONJUNCTION, PREPOSITION 3 *c*: a nerve that connects two ganglia esp. of the same side of the body d: logic : a constant (as *or*, *if-then*, *and, not*) linking two statements or attaching to a single statement so that the truth-value of the compound is determined by the truth-value of the constituents

connective tissue *n* 1: any of various tissues of mesodermal origin having abundant intercellular substance or interlacing processes and showing little tendency for the constituent cells to aggregate in sheets or masses — compare EPITHELIUM 2 : connective tissue made up of stellate or spindle-shaped cells with interlacing processes that hold together, support, and binds together other tissues and organs and forms ligaments, tendons, and aponeuroses — compare ADIPOSE TISSUE, AREOLAR TISSUE, ELASTIC TISSUE, WHITE FIBROUS TISSUE

con-nec-tiv-i-ty \kə-ˌnek-ˈtivə-d-ē, -ˌtē\ *n, -es* : the quality or state of being connective

con-nec-tor *also* con-nec-ter \kə-ˈnektə(r)\ *n* <: 1: one who connects: a 1: a worker who couples railroad coaches b: a construction worker who guides and bolts structural steel members as they are hoisted into position in the framework of a building or bridge 2: something that connects: as a 1: a flexible tube for connecting the tubes of tubes b: a railroad coupling c (1): a device for detachably connecting flexible electrical conductors together (2): a fitting for joining wires without soldering d: the part of the firing mechanism of small arms that transmits the motion of the trigger to the sear 2: a metallic fitting for joining timbers

connector person *n* : an innervated neuron

connel *pair of* COIN or of CONN

con-nell-ite \kə-ˈnel-ˌīt\ *n* [Arthur *Connell* fl1857 Brit. chemist + E -ite] : a mineral Cu₁₉Cl₄(SO₄)₂(OH)₃₂·3H₂O(?) consisting of hydrous copper sulfate chloride commonly in slender prisms

con-ne-ma-ra pony \ˌkänə(ə)ma-r-ə-, usu usa cap C [fr. *Connemara*, district in Connaught province, Ireland] : a small hardy horse of an Irish breed of uncertain origin noted for its intelligence and stamina

con-ner \ˈkän(ə)r\ *n* [ME, fr. OE *cunnere* examiner, tempter, fr. *cunnian* to examine: akin to OE *cunnan* to be able — more at CAN] *archaic* : one that tests or examines (defender of four ale ~s for the City of London —*Scotsman*)

conner *var of* CUNNER

connex \"\ *n* obs [MF *connexe* connected property, fr. *connexe, adj. connected, related, fr. L *connexus* past part. of *connectere* — more at CONNECT] 1 obs *a* 1: BOND, TIE b: a connected incident or property 2 obs *a* : conditional proposition b: logic

con-nex \ˈkä-neks\, *vb -ED/-ING/-ES* [MF *connexer*, fr. *connexe*]

connext \"\ *vt* [*connext* connexed property, fr. *connexe* connected] 1: CONNECT 2: link 3: BOND, TIE b: a connected incident or property 2: a conditional proposition : relation (as *that* or *if* that) b: belonging to or constituting one syntactical unit (in *the dog barked*, the complete sentence or either or both of its constituents are ~)

con-nex-ion \kə-ˈnekshən\ *chiefly Brit var of* CONNECTION

con-nex-ion-al \-ᵊl \kə-ˈnekshnəl, -shnᵊl\ *chiefly Brit var of* CONNECTIONAL

con-nex-ion-al-ism \kə-ˈneksha,nizəm\ *n -s* : a form of church organization esp. in mission areas where scattered churches are held together by itinerant evangelists

con-nex-i-ty \kə-ˈneksəd-ē, -ᵊt-ē, -ᵊt-ē\ *n, -es* [MF *connexité*, fr. *connexus*] 1: the state of being connected (the connexity thing that connects 3: the state of being syntactically connected

connexive *adj* [L *connexivus*, fr. *connexus* (past part. of *connectere*) + *-ivus*] — more at CONNECT] 1: CONNECTING, CONNECTIVE 2 obs : CONJUNCTIVE, CONTINUATIVE

con-nie \ˈkän-ē\ *n -s* [by shortening & alter.] DICONNU

conning *pres part of* CON

conning \"\ *n* [fr. gerund of *conn*] : the giving of directions (as of course and speed) for steering or guiding a ship or aircraft

conning tower *n* 1: an armored pilothouse (as on a submarine) usu. having narrow horizontal slits for observation and housing the means of communication with parts of the ship con-nip-tion \kə-ˈnipshən\ *n*: conniption fit *n* —called also *conniption* [perh. alter. of CORRUPTION] 2: a feeling of rage, hysteria, or alarm (to throw a ~)

con-niv-ance \kə-ˈnīvᵊn(t)s, -ᵊn-ᵊn(t)s\ *n -s* [F *or* L; F *connivence*, fr. L *conniventia*, fr. *conniventi-, connivens* (pres.

part. of *connivēre*) + *-ia* ] 1: the act of conniving: intentional failure to notice or discover a wrongdoing : passive consent or cooperation 2: corrupt or guilty assent to wrongdoing that involves knowledge of and failure to prevent or oppose it but no actual participation in it — compare ACCOMPLICE

con-niv-an-cy \-ᵊn(t)-sē\ *n, -es* : CONNIVANCE

con-nive \kə-ˈnīv\ *vb -ED/-ING/-S* [F *or* L; F *conniver*, fr. L *connivere, conniver* to close the eyes, wink, be indulgent, connive, fr. *com-* + *-nivēre* (akin to *nictare* to wink): akin to OE & OHG *knapen* to bow, bend, Goth *hneiwan* to bow, ON *hniga* to bow, L *nicere* to beckon, and perh. to Lith *knibti* to break by bending] *vi* 1: to pretend ignorance or unawareness of something : to wink at a wrongdoing or malfeasance : to take action against a known wrongdoing or malfeasance : to pretend ignorance of (winking) ~ *vt*: to use unfair means to bring about (a situation at law) 2 a: to be indulgent, tolerant, or secretly in sympathy : wink — usu. used with *at* (~ at youthful follies) b: to cooperate secretly (have a secret understanding — usu. used with *with* (officials ~ who were not above conniving with him in imposing goods —J.A.Krout) 3 : CONSPIRE, INTRIGUE (who conniving with her friends in their amours —Helen Howe) (he had learned that no candidate was ever chosen without conniving —*Time*) ~ *vt, obs* [ to shut the eyes so ] wink at

con-niv-ent \kə-ˈnīv-ᵊnt\ *adj* [L *conniven-, conniveni*, pres. part. of *connivēre*] 1 obs : CONNIVING 2: converging but not touching or organically connected (~ membranes) (~ petals) : leaned into a single part (as insect with ~ wings) (~ stamens) — distinguished from *connate*

con-niv-er \-ə-v(ə)r\ *n, -s* : one that connives

con-niv-er-y \-ᵊn(t)-rē, -ᵊn-ᵊn-rē\ *n -es* [*connive* + *-ery*] : the practice of conniving

con-no-chae-tes \ˌkänə-ˈkēd-ēz\ *n, cap* [NL, fr. Gk *konnos* beard + NL *-chaetes*] : the genus of ruminants (family *Bovidae*) comprising the gnus

con-nois-sent \kə-ˈnäsᵊnt, -sᵊn(t)s-ᵊnt, -äsə-sᵊn(t)s-ᵊnt\, *vb, -s* (obs, fr. (pres. or connaissant) ... *prob connaitre*), fr. OF *connoisseur*, fr. L *cognoscere* + *-ōs + -sor connaître* + *connais- (stem of* connaître*)*

con-nois-seur \ˌkänə-ˈsər, -ˌsu(ə)r, also sometimes -ᵊsyu-\ *n -s* [obs. F (now *connaisseur*), fr. OF *connoisseor*, fr. *connoistre* (stem of *connaître*) to know, fr. L *cognoscere*] 1: one who is expert in a subject; *esp* 1: one who understands the details, technique, or principles of an art as a critical judge 2 1 a discriminating judge or critic of something (one who enjoys with discrimination and appreciation of subtleties (a ~ of his own responses) (a ~ of rare tobaccos)

con-nois-seur-ship \-,ship\ *n -s* : expertness in a matter or taste or discrimination : knowledgeability esp. in aesthetic recondite matters (none of that primadonna affectation of ~ which recondite readers pour their strikes —Irvin Stock) (esthetic ~ has generally displaced a creative conception of art —Walter Cropius)

con-no-ta-tion \ˌkänə-ˈtāshən, -ᵊnō-\, *n -s* [ML *connotation-, connotatio*, fr. *connotatus* (past part. of *connotare* to connote) + *-ion-, -io*] 1 a: the conveying or suggesting a meaning by a word along with or apart from the thing it explicitly names or describes (the value of *n* in poetry) (it was quite a call in mind, the ~ of was false —Willa Cather) — compare DENOTATION 2 b: something implied or suggested by a word or sometimes by a thing 2 IMPLICATION (using a feature language in which the ~s of words tend to overwhelm their proper significance —Walter Lippmann) (stayed in one place long enough for it to assume familiar ~) 2: the act of putting a word (as a word representing an emotion, a feeling, quality, a moral idea) : SIGNIFICATION (that abuse of logic which consists in moving counters about as if they were words —W.R.Inge) 3: the property or group of properties connoted by a term in logic and signified by comprehended in a concept or essential to the thing named : COMPREHENSION, SIGNIFICATION — contrasted with *denotation*

con-no-ta-tion-al \-shnᵊl, -shnᵊl, -ᵊl\ *adj* — con-no-ta-tion-al-ly *adv*

con-no-ta-tive \ˈkänə-ˌtād-iv, ᵊn-, kə-ˈnōd-ᵊt-iv; *also sometimes* kə-ˈnōd-ᵊt-iv\ *adj* [ML *connotativus*, fr. *connotatus*] 1: relating to connote : tending to connote (relating to connotative meaning. 2 logic : having connotation (denoting a subject and implying an attribute — con-no-ta-tive-ly \ˌkänə-ˌtād-iv-lē, -ᵊtᵊt-iv-\ *adv*

con-note \kə-ˈnōt, kä-\ *vb -ED/-ING/-S* [ML *connotatus* (past part. of *connotare*), fr. L *com-* + *notare* to mark, note — more at NOTE] 1 *of a word or phrase* a: to signify in addition to its exact explicit meaning (the soul heard spelling ~ a sense of security) b: to have as the sum of meanings : IMPLY, SIGNIFY (the con-note *Bohemia* ~ a slovenly crank) (*snobbism* is a word used to ~ building up or assimilative processes —C.H.Best & N.B.Taylor) 2 a: to arouse an inseparably associated idea or feeling (*menace*, *ominous* (have a few a desiccated potted palm) — the Orient —Truman Capote) b: to be associated with or inseparable from as a consequence or concomitant (guilt usu. ~ suffering) 3 *logic* : to imply, indicate, or involve as an attribute (bear as connotation (a contented) ~ with denote (life word *white* denotes all white things, as snow, paper, the foam of the sea, etc., and implies, or, as is termed by the schoolmen, ~s, the attribute *whiteness* —J.S.Mill)

con-nu-bi-al \kə-ˈn(y)übēᵊl, -b(y)ᵊl\ *adj* [L *connubialis*, fr. *connubium*, con- marriage (fr. *com-* + *-nubium*, fr. *nubere* to marry) + *-al*] *obs* a: MATRIMONIAL 2 : of or relating to the marriage state : CONJUGAL (~ vows) (*connubial* joys — bliss till after tea —W.S.Maugham) — con-nu-bi-al-ly \ˌkä-n(y)ü-bē-ᵊ-lē\ *adv*

con-nu-bi-al-i-ty \kə-ˌn(y)ü-bē-ˈal-əd-ē, -ᵊtᵊt-ē, -ᵊtᵊt-ē\ *n, -es*: the married state; *also* 1: something characteristic of it

con-nu-bi-um \kə-ˈn(y)übēᵊm, -b(y)ᵊm\ *n -s* [L, fr. *com-* + *nubere* to marry] 1 : the right to intermarry — called also *jus connubii*

con-ny \ˈkän-ē\ *n, dial Eng var of* CUNNY

con-oy \ˈkän-ō(y)\ or \kä-ˈnō(y)\ *n -s* [ISV *kon-* + *-odont*] ... [text fragment]

con-oid \ˈkō-ˌnoid\ *adj* [Gk *kōnoeidēs*, fr. *kōnos* cone + *-oeidēs* -oid] 1: shaped like or nearly like a cone : CONOIDAL

con-oid-al \kō-ˈnoid-ᵊl, kə-\ *adj* [Gk *kōnoeidēs* + E -al] 1: like a conoid : resembling or approaching a cone in shape — con-oid-dal-ly \-ᵊl-ē, -ᵊli\ *adv*

co-no-dont \ˈkō-nə-ˌdänt, ˈkä-\ *n -s* [ISV] : a minute toothlike or conelike fossil of uncertain affinities that occurs most abundantly in Paleozoic strata

co-noidont \"\ *adj* : characteristic of a conodont

con-quas-sate \ˈkäŋ-kwə-ˌsāt, -ᵊkwä-\ *vb -ED/-ING/-ES* *obs* : to shake violently (as in a mortar) : SHATTER

co-nure \ˈkän-(ˌ)yu̇r, -y(ə)r\ *n -s* [NL *Conurus*, genus name] : any of numerous small brightly colored long-tailed parrots (genus *Aratinga* and related genera)

con-quer \ˈkäŋ-k(ə)r\ *vb -ED/-ING/-S* [ME *conqueren*, fr. OF *conquerre*, fr. (assumed) VL *conquaerere*, alter. (influenced by L *quaerere* to ask, search) of L *conquirere* to search for, bring together, fr. *com-* + *quaerere* (fr. *quaerere*)] *vt* 1.obs : to procure by effort; ACQUIRE, GET, GAIN 2: to gain or acquire by force of arms : take possession of by violent means : gain dominion over : SUBJUGATE 3 : to overcome by force of arms : VANQUISH (if he be conquered let ten men ~ us —Shak.) 4: to gain or win by overcoming obstacles or opposition : gain mastery over (as by exploration, penetration, or surmounting) (the mountain was ~ed) 5: to subdue or overcome by mental or moral power : SURMOUNT (~ difficulties) (~ her fear) ~ *vi* 1 : to gain the victory : make conquests : be victorious (resolved to ~ or die) (hail the ~ring hero)

**syn** DEFEAT, VANQUISH, OVERCOME, SURMOUNT, SUBDUE, SUBJUGATE, REDUCE, OVERTHROW, ROUT, BEAT, LICK: these verbs are all of a kind in signifying to get the better of or bring to subjection. CONQUER and DEFEAT are perhaps the most general. DEFEAT signifies merely the fact of getting the better of or winning against (the enemy were successfully *defeated*) (he *defeated* the older man in the tennis tournament) (a distortion of the news ... which *defeats* the whole purpose to which our system is committed —F.L.Mott) CONQUER, however, usu. implies a large and decisive action as at a large force in war or an action involving an all-inclusive effort and a more or less permanent result (Caesar conquered most of Gaul) (whatever conquers more surely than the sword —A.M.Young) (science has conquered yellow fever —*Amer. Guide Series: La.*) (the 21-year-old Englishman who conquered the most dangerous river in the world —*N.Y. Times Book Rev.*) VANQUISH suggests a significant action of a certain dignity usu. in the defeat of a person rather than a thing, and usu. carrying the suggestion of complete defeat (to overthrow the enemy solely by its own strength—to vanquish him solely by its own effort—Lafcadio Hearn) (to vanquish an opponent in a championship match at tennis) OVERCOME usu. implies an opponent or something obstacle to be dealt with (to overcome the enemy's shore fortifications) (overcoming difficult legal obstacles —*Americana Annual*) (using the airlift to overcome the blockade —*Collier's Yr. Bk.*) (to overcome a physical disability) SURMOUNT, like OVERCOME, implies an opposing, more or less fixed obstacle but carries the idea of surpassing or excelling rather than overcoming in face-to-face conflict (the technical problems to be surmounted —K.F.Mather) (many petty obstacles which he is surmounted and which he surmounted day by day) SUBDUE signifies to bring into control by or subjection (the recklessness of feeling has been finally *subdued* —Willa Cather) (the wilderness had been almost completely *subdued* by cutting down the forests and building roads and cities) SUBJUGATE signifies to bring into and keep in subjection, often as a slave in subjection (authoritarian reaction which overwhelmed Italy and *subjugated* it for two centuries —R.A.Hall b.1911) Often heart and imagination subjugated the senses and understanding (Matthew Arnold) REDUCE signifies surrender and submission but usu. of a town or fortress under attack or siege (the town finally the province were *reduced* by the enemy) OVERTHROW is much like OVERCOME but carries the strong connotation of destroying the overthrown government or the established government by violence) (to get swiftly through the field of fire and pierce and overthrow the enemy line —Tom Wintringham) (a huge body of evidence ... completely overthrows the older view of—Meanjin) ROUT always suggests a defeat so complete as to cause flight or the complete dispersion of the opposing force (hundred French and a large force of Indians ... were intercepted ... and utterly routed, only 200 of the French escaping —*Americana Annual*) (the withering fire of our small arms routed them with a loss of 40 —J.H.Bohnseler) BEAT and LICK are nearly identical in basic meaning and are in general much less formal than the other verbs in the group: BEAT means the more general, LICK the more colloquial and both are often used interchangeably (let him try to beat us—*H.H.Richardson*) (in the strain (she sets herself) to LICK the difficult task —*Meanjin*) (Paul Blanshard) (all violence or recklessness of feeling has been finally *subdued* —Willa Cather) (the wilderness had been almost completely subdued) ...

**con·quer·a·ble** \ˈkäŋ-k(ə)rə-bᵊl, ᵊk(ə)r(ᵊ)bᵊl\ *adj* : capable of being conquered

con-quer-er *var of* CONQUEROR

con-quer-ess \ˈkäŋ-k(ə)rᵊs, -,res\ *n, fem* : a female conqueror

con-quer-or \ˈkäŋ-k(ə)r-ᵊr, ᵊkᵊr(ᵊ)r\ *n -s* : one that conquers

con-quest \ˈkäŋ-ˌkwest, ᵊkän-ᵊ\ *n -s* [ME *conquest*, fr. MF *conqueste, conquest*, fr. (assumed) VL *conquaesita*, fr. fem. of *conquaesitus*, alter. of L *conquisitus*, past part. of *conquirere*] 1: the act of conquering: as a : the acquisition (as by war) of something by force: SUBJUGATION (~ of the country) b: the overcoming of an obstacle or opposition, subdue, or defeat (~ of a disease) 2 a: something that is conquered; *esp* 1 : territory acquired in war (an army bent on ~) b: one who is won over (as by love or influence): a person brought into a love affair by another (she came dressed for ~) (am army bent on ~) 3 a: something that is conquered; *esp* 1 : territory acquired 4 : an act or instance of acquisition (the Norman Conquest) (a possession gained by physical or moral force; *esp* 1 : territory brought into subjection b: a person whose heart, or hand has been won (what ~ brings he home —Shak.)

**the Conquest** *n* : the acquisition of England by William the Conqueror; *also* 1 : the property so acquired

con·quest \"\ *vt* -ED/-ING/-S *archaic* : CONQUER, VANQUISH

con·quest state *n* : a land formed by or based upon the subjugation of the original inhabitants

con·qui-an \ˈkäŋ-kēᵊn, ˈkän-\ *n -s* [MexSp *con quién*, fr. Sp *con quién* with whom?] : a card game for two played with 40 cards

con ri-po-si-do \ˈkōn-ˌrē-pə-ˈsē-(ˌ)dō, ˌkän-\ *adj* [NL, *Conopidae*] : of or relating to the Conopidae

**co·no·pid** \ˈkän-ə-ˌpid, ˈkän-ᵊ-\ *adj* [NL *Conopidae*] : of or relating to the family Conopidae

co·no·pi·d-i-ae \-ᵊdē-ˌī\ *n pl, cap* [NL, fr. *Conops*, type genus (fr. Gk *kōnōps* gnat, mosquito) + *-idae*] : a family of broadleaf flies (order Diptera) comprising the thick-headed flies or wasp flies

co·no·po·pha·gi·dae \ˌkänə-pə-ˈfajə-ˌdē, -ˌkän-ᵊ-, *pl, cap* [NL, fr. *Conopophaga*, type genus (fr. Gk *kōnōps* gnat, mosquito + *-phagos* eater (fr. Gk *-phagos*) Gk *phagein* to eat) + *-idae*] : a family of South American birds (order Passeriformes) that are related to the ovenbirds and have a large head and in some cases a very short tail

co·no·rhi·nus \ˌkänə-ˈrī-nəs\ *n, cap* [NL, fr. Gk *kōnos* cone + *rhin-, rhis* nose] : a genus of bloodsucking American weevils (family Curculionidae) the larvae of which develop in fruits and seeds — see PLUM CURCULIO

con·ot·la·via \ˌkō-nə-ˈtlä-və-, (ᵊ)kōn-ᵊ\ *adv* (*or adj*) [1t] : COL' OTTAVA

co·noy \ˈkän-ō(y), *or* ponoy *or* conoys *usu cap* [perh. fr. Algonquian *Kanawha*] : an Indian people that dwelt between the Potomac river and Chesapeake Bay, Maryland b: a member of such people 2 : a dialect of Nanticoke

con·quas·sa·tion *n -s* [L *conquassation-, conquassatio*, fr. *conquassatus* (past. part. of *conquassare* to shake severely, fr. *com-* + *quassare* to shake) + *-ion-, -io* con- + *quassare* to shake) + *QUASH*] *obs* : a severe shattering

Case5:09-cv-01201-RMW   Document59-1   Filed11/09/09   Page38 of 54



Corinthian order: Greek Corinthian order, A; Roman Corinthian order, B

cy·clo·spo·ri·nae \ˌ···· *at* CYCLO- + spəˈrī(ˌ)nē\ [NL, fr. *cycl-* + *spor-* + *-inae*] *syn of* CYCLOSPORAE

**cy·clo·stage** \ˈ···ˌ··\ *n* [*cycl-* + *stage*] : a stage in a bacterial life cycle

**cy·clo·to·ma** \ˌsīˈklästəmə\ *n, cap* [NL, fr. *cycl-* + *stoma*] : a large genus of percostate pulmonate land snails widely distributed chiefly in tropical areas

**cy·clo·stoma** \ˈsī···\ [L, fr. *cycl-* + *stoma*] *syn of* CYCLOSTO-MATA

**cy·clo·stoma** \ˈ···\ [NL, fr. *cycl-* + *stoma*] *syn of* CYCLOMA

**cy·clo·sto·ma·ta** \ˌsī··· *at* CYCLO- + ˈstōmədə, -ˈstäm-\ [NL, fr. *cycl-* + *stomata*] *syn of* CYCLOSTOMI

**cy·clo·sto·mate** \ˈ···ˌmāt\ *n, cap* [NL, fr. *cycl-* + *stomata*] : an order of bryozoans (class Gymnolaemata) comprising colonial forms with tubular calcareous zooecia having circular apertures without opercula and lacking both avicularia and vibracula

**cy·clo·sto·ma·ta** \ˌsīˈklästəmə\ *also* cy·clo·stom·a·tous \ˌ··· *at* CYCLO- + ˈstäməd-əs, -ˈōm-\ *adj* [*in* sense 1, *fr. cycl-* + *-stomate or -stomatous*; in sense 2, *cyclostomate* fr. NL *Cyclostomata*] 1 : having a circular mouth 2 : of or relating to the Cyclostomata *or* Cyclostomi

**cy·clo·stome** \ˈ··· *at* CYCLO- + ˌstōm\ [NL, *Cyclostomi* or *Cyclostomata*] 1 : of or relating to the Cyclostomi or Cyclostomata 2 : being a cyclostome

**cy·clo·stome** \ˈ···\ *n* : a cyclostome fish

**cy·clo·stome** \ˈsīˈklästəˌmōm\ [NL, fr. *cycl-* + *stomes*: fr. class of lowly vertebrates formerly an order or suborder of Pisces but now segregated with certain extinct related forms in a superclass Agnatha that are elongated creatures resembling eels with a large jawless sucking mouth, no limbs or paired fins, a wholly cartilaginous skeleton with persistent notochord, and 6 to 14 pairs of gill pouches supported by a system of cartilaginous rods rudimentary in the hagfishes and that include the lampreys and the hagfishes

**cy·clos·to·mous** \(ˌ)sīˈklästəməs\ *adj* [*cycl-* + *-stomous*] [CYCLOSTOMA]

**cy·clo·sty·lar** \ˈsīˈklästəˌlär\ *adj* [*cycl-* + *-stylar*] : of or relating to a cyclostyle

**cy·clo·style** \ˈsīkləˌstīl\ *n* : a graver whose tip is a small curved

**cy·clo·style** \ˈ···\ *vt -styl/ING/1* : to manifold by cyclostyle

**cy·clo·style** \ˈ···\ *n* [*cycl-* + *-style (as in peristyle)*] : a struc-ture composed of a circular row of columns about an open court — compare PERISTYLE

**cy·clo·system** \ˈ···ˌ··\ *n* [*cycl-* + *system*] : a gastropore of a hydrocoral surrounded by a circle of dactylozooids

**cy·clo·tel·la** \ˌsīˈklästə\ *n, cap* [NL, irreg. fr. *cycl-* + L, *-tella* (dim. suffix)] : a genus of disk-shaped solitary free-floating diatoms (family Coscinodiscaceae) often causing aromatic odors in water

**cy·clo·them** \ˈsīˌklästem\ *n -s* [NL, fr. Gk *thema* something laid down — more at THEME] : a stratigraphic unit consisting of a series of beds deposited during a single sedimentary cycle

**cy·clo·thu·ria** \ˌsīˈk(ə)yūr(ə)s\ [NL, irreg. fr. Gk *kyklos* rounded + NL *-uria*] *syn of* CYCLOPIA

**cy·clo·thy·mia** \ˈsīˈklōˈthīmēə\ *also* cy·clo·thym \ˈsīˌthīm\ *n, -s* [back-formation fr. NL *cyclothymia*] : a cyclothymic indi-vidual

**cy·clo·thy·mia** \ˌ···ˈthīmēə\ *n -s* [NL, fr. G *zyklothymie*, fr. *zyklo-cycl-* + *-thyme* thymia] : a temperament characterized by alternation of lively and depressed moods believed to pre-dispose the individual toward manic-depressive insanity — op-posed to *schizophrenia*; compare SCHIZOTHYMIA

**cy·clo·thy·mic** \ˌ···ˈthīmik\ *adj* [NL *cyclothymia* + E *-ic*] 1 : of, relating to, or marked by cyclothymia — compare SYNTONIC

**cy·clo·thy·mic** \ˈ···\ *n -s* : CYCLOTHYME

**cy·clo·thy·mic** \ˈ···\ *n* [NL, cyclosis, after such pairs as NL *neurosis*: E *neurotic*] : exhibiting or being cyclosis (*-movement*)

**cy·clo·tom·ic** \ˌsī··· *at* CYCLO- + ˈtämik\ *adj* : of or relating to cyclotomy

**cy·clot·o·my** \ˌsīˈklätəˌmē\ *n -ES* [*cycl-* + *-tomy*] 1 : the mathematical theory of the division of the circle into equal parts or of the construction of regular polygons or analytically of the extraction of the *n*th roots of 1 2 : incision or division of the ciliary body

**cy·clo·to·san·rus** \ˌsīˈk( də)zˌtōrnˌ·s\ *n, cap* [NL, fr. Gk *kyklos* rounded (fr. *kyklos* circle, ring) + NL *-saurus* — more at WHEEL] : a genus of labyrinthodonts from the Trias of Germany

**cy·clo·tron** \ˈsīklᵊˌträn\ *n -s* [*cycl-* + *-tron*; fr. the characteristic movement of the particles] : an accelerator in which particles (as protons, deuterons, or ions) are propelled by means of an alternating electric field between electrodes in a constant magnetic field

**cy·clu·ra** \sīˈkl(y)ūrə\ *n, cap* [NL] [LL — more at CYCLE] 1 CYCLE

**cy·der** \ˈsīd(ə)r\ *chiefly Brit var of* CIDER

**cy·dip·pe** \sīˈdipē\ [NL, fr. L, a mythological girl tricked into marriage by a suitor, fr. Gk *Kydippe*] *syn of* PLEURONACTHA

**cy·dip·pea** \-əs\ *n, pl -s* [NL, fr. *Cydippe*] *syn of* CYTIPPIDA

**cy·dip·pid** \ˈsipəd\ *n -s* [NL, *Cydippida*] : a larval ctenophore resembling an adult of the Cydippida

**cy·dip·pi·da** \ˌsīˈdipədə\ *n pl, cap* [NL, fr. *Cydippe* + *-ida*] : an order of Ctenophora comprising forms having two long slender tentacles and unbranched meridional and stomodaeal vessels

**cy·tip·pid·ea** \ˌsīd(ə)pdēə\ [NL, fr. *Cydippe* + *-idea*] *syn of* CYDIPPIDA

**cyd·nid** \ˈsīdnəd\ *adj or n* [NL, *Cydnidae*] 1 : of or relating to the family Cydnidae (*see* bugs)

**cyd·ni·dae** \-nəˌdē\ *n pl, cap* [NL, fr. *Cydnus*, type genus (fr. Gk *kydnos* glorious, renowned, fr. *kydos* glory, renown) + *-idae*; fr. their bright colors — more at KUDOS] : a widely dis-tributed family of chiefly tropical bugs that are related to the stinkbugs and include a number of burrowing bugs with the first two pairs of legs modified for digging in soil

**cy·do·nia** \sīˈdōnēə\ *n, cap* [NL, fr. L, *quince* — more at QUINCE] 1 : monotypic genus of small Asiatic trees (family Rosaceae) having crooked branches, blackish bark, large solitary white or pink flowers, and a fragrant yellow fuzzy fruit somewhat resembling a small apple — see QUINCE; com-pare CHAENOMELES

**cy·do·nian** \(ˈ)sī(ˌ)dōnēən, -ˈōnyən\ *adj, usu cap* [*Cydonia*, city of ancient Crete + E -an] 1 : of, relating to, or characteristic of ancient Cydonia 2 : of, relating to, or characteristic of Cydonia

**cy·do·nian** \ˈ··\ *n -s cap* : a native or inhabitant of ancient Cydonia

**cy·do·ni·um** \sīˈdōnēəm, -nyəm\ *n -s* [NL, fr. L *cydoneum (malum)*, quince — more at QUINCE] *pharmacy* : quince seed

**cye·tein** \ˈsīˌtē(ˌ)in\ *adj or n* [Gk *kyein*, fr. Gk *kyēsis*, fr. Gk *kyetos*, fr. *kyein* to be pregnant + *-stein*: akin to Gk *kyein* to be pregnant + *-sto* — more at CAVE] 1 PREGNANCY (two cases of full-term ab-dominal ~ are described — *Jour. Amer. Med. Assoc.*)

**cy·ge·nus** \sīˈjēnəs\ *n, pl -i* [NL] 2 CYGNET, CYGNUS, fr. *cygnus*, fr. L cygnus swan] 1 : a young swan

**cyg·net** \ˈsignət\ *n -s* [ME *cygnett*, fr. MF *cygne* swan (fr. L *cygnus*, *cycnus*, fr. Gk *kyknos*) + ME *-et*: forth. akin to Skt *śuci* white, shining, Av *sauchei-* burning] : a young swan

**cyg·nus** \ˈsignəs\ *n, cap* [NL, fr. L, swan] : a genus of birds comprising the typical swans

**cyke** \ˈsīk\ *n -s* [by shortening & alter.] *slang* : CYCLORAMA 2

**cyl·in·der** \ˈsiləndər\ *n, pl* cylinders *often cap* [NL] : a genus of chiefly tropical weevils including the sweet-potato weevil

**cy·to· plasm** *var of* CYTOL

**cyl·i·co·phor·a** \ˌsi(ˈ)k·ˈkäf(ə)rə\ *n -s* [NL, fr. Gk *kylix* chalice, goblet + *-phora*] *bot, as a genus*: ingest in the small nematode worms (family Strongylidae) infesting the digestive tract of horses and other equines — called *also* small *strongyle*; compare STRONGYLE



cylinder

**cyl·in·der** \ˈsiləndər\ *n -s often attrib* [MF or L; MF *cylindre*, fr. L *cylindrus*, fr. Gk *kylindros*, fr. *kylindein* to roll; akin to OE *scealu* shell, OHG *scala*, Gk *skolyx* rind, Lith *skelti* to split] *geom*: 1 : a surface traced by any straight line moving parallel to a fixed straight line and inter-secting a fixed curve b : the space bounded by any such surface and two parallel planes cuting all the elements — see VOLUME table 2 : a cylindrical body as a : 1 : the turning chambered breech of a revolver — compare CHOKE 2 : one type of choke boring — see CHOKE 3 b (1) : a cylindrical chamber in an engine in which a piston is impelled by the pressure or expansive force of the working fluid (2) : the analogous though not cylindrical part in certain abnormal types of engine c : a clamber in a pump from which the piston expels the fluid d : the rapidly rotating spiked drum of a threshing machine e (1) : PLATE CYLINDER (2) : IMPRESSION CYLINDER (3) : PRINTING CYLINDER, or INDEX BRASS, g : 1 a cylindrical clay object inscribed with cuneiform inscriptions h : a typewriter platen 4 : a cylindrical record of a phonograph or dictating machine 1 : the portion of a cylinder lock that contains the tumblers and keyhole 3 : a pivoted hollow steel shell upon which the balance of a watch is mounted and which is cut away to permit the passage of the rim of the escape wheel 4 : the square prism carrying the cards so the needles in a jacquard loom

**cylinder block** *n* : BLOCK 11

**cyl·in·der·ol** \ˈə(d)rōl\ *adj* : having a cylinder or cylinders (*a 6-cylindered engine*)

**cylinder front** *n* : a desk front having a one-piece lid or cover resembling a longitudinal section of a cylinder

**cylinder glass** *n* : glass blown in the shape of a cylinder then split and flattened into a sheet

**cylinder head** *n* : the closed end of an engine or pump cylinder

**cylinder lock** *n* : a lock with both keyhole and tumbler mechanism in a cylinder separate from the case

**cylinder machine** *n* : a paper machine in which the sheet is formed on a wire-covered cylinder revolving in a vat of stock; *esp* 1 : such a machine having several vats and used for making boards each of which is built up by combining as many layers as there are vats

**cylinder man** *n* 1 : a worker who cures bricks and cinder blocks in steam pressure cylinders to hasten hardening 2 : an optical glass worker who grinds cylinder-shaped lens blanks

**cylinder number** *n* : the serial number of the cylindrical print-ing plate on a sheet of rotary-printed bank notes

**cylinder oil** *n* 1 : a heavy grade of mineral lubricating oil; *esp* 1 such an oil used for steam-engine cylinders and valves

**cylinder planer** *n* 1 a wood surfacer having 1 or 2 rotating cutter cylinders and can. from 2 to 8 feed rolls for guiding the wood

**cylinder press** *n* : a printing press in which a flat surface holding type and paper carrying a printing surface lying on a flat horizontal reciprocating bed — compare ROTARY PRESS

**cylinder saw** *n* : CROWN SAW

**cylinder scale** *n* : an automatic indicating scale in which the graduations are on a rotatable cylindrical chart — called *also* barrel scale, drum scale

**cylinder seal** *n* : a cylinder of stone or other hard material engraved in intaglio upon the curved surface and used esp. in ancient Mesopotamia to roll an identifying impression on wet clay (as in sealing a jar or writing tablet)

**cylinder snake** *n* : any of several Asiatic burrowing snakes constituting a genus (*Cylindrophis*) of the family Anilidae

**cyl·in·dr-** or **cyl·indro-** *comb form* [NL, fr. Gk *kylin-dros*, fr. *kylindros* — more at CYLINDER ] : cylindrical : cylin-drical and : cylinder (*cylindraxile*) (*cylindrocephalic*)

**cyl·in·dra·ceous** \ˌsiˌlən·drəˈshəs\ *adj* [*cylindr-* + *-aceous*] : somewhat like a cylinder

**cyl·in·drax·ile** \ˌsiˌlənˈdraksˌīl, -ˌsəl\ *n, pl -iles* [*cylindr-* + *-axile*] : a nerve fiber consisting of an axon

**cyl·in·dra·rthro·sis** \ˌsiˌlinˌdräˈthrō-ˌses, -sēz\ *n, pl -ses* [NL, fr. *cylindr-* + *-arthrosis*] : a joint in which the articular surfaces are arranged in a cylinder

**cyl·in·dric** *adj* : CYLINDRICAL

**cyl·in·dri·cal** \səˈlindrikəl, -rēk-\ *also* cy·lin·dric \-drik\ *adj* [L or F; F *cylindrique* (fr. Gk *kylindrikos*, fr. *kylindros*) or L *cylindricus*, fr. Gk *kylindrikos* — more at CYLINDER] 1 F: *cylindrique* or Gk *kylindrikos* — more at CYLINDER] 1 : relating to or having the form or properties of a cylinder (a ~ *cyl-in·dri·cal·i·ty* \ˌsiˌlin·drəˈkalədē, -ti\ *n* — **cy·lin·dri·cal-ness** \ˈkalnəs\ *n -ES*

**cylindrical coordinate** *n, math* : any of the coordinates in space obtained by constructing in a plane a polar coordinate system and on a line perpendicular to the plane at the pole a linear coordinate system

**cylindrical epithelium** *n* : COLUMNAR EPITHELIUM

**cylindrical harmonic** *n* : BESSEL FUNCTION

**cylindrical projection** *n* : a projection (as of a sphere or a spheroid) on the surface of a cylinder; *speci*: 1 any of numerous map projections of the terrestrial sphere on the surface of a cylinder that is then unrolled as a plane, the parallels and meridians appearing as straight lines perpendicular to each other if the cylinder is tangent over the sphere at the equator and all parallels as well as the protraction of the poles if shown appearing as the same length as the equator

**cylindrical vault** *n* : BARREL VAULT

**cyl·in·dri·ci·ty** \ˌsiˌlinˈdrisədē\ *n -ES* [prob. fr. F *cylindricité*, fr. *cylindrique* cylindrical + *-ité -ity*] : the quality or state of being cylindrical

**cyl·in·dri·tis** \ˌsiˌlənˈdrītəs\ *n -ES* [ISV *cylindr-* + *-itis*: orig. or cuttin(ad) kylindri(ˌ)] : a mineral P(ˌ)Sn₂Sb₂S₆ consist-ing of sulfur, lead, antimony, and tin and being dark gray with metallic luster

**cyl·in·dro·cin·ea** \ˌsiˌlindrōˈkapsə\ *n, cap* [NL, fr. *cylindr-* + L *capsa* box — more at CASE] : a genus (the type of the family Cylindrocapsaceae) of fresh-water green algae with filaments in which the cells have stratified walls

**cyl·in·dro·cap·sa·ce·ae** \-kapˈsāˌsē(ˌ)ē\ *n pl, cap* [NL, fr. Cylindrocapsa, type genus + *-aceae*] : a family of algae (order Ulotrichales) having unbranched filaments and oogamous sexual reproduction

**cyl·in·dro·cel·lu·lar** \(ˈ)···\ *adj* [*cylindr-* + *cellular*] : made up of cylindrical cells

**cyl·in·dro·con·ic** \ˌ···\ *also* cyl·in·dro·con·i·cal \-ikəl\ *adj* [ *cylindr-* + *conic* or *conical*] : cylindrical with one end tapering to a point

**cyl·in·droid** \ˈsiˌlənˌdroid\ *n -s* [ISV *cylindr-* + *-oid*]: some-thing (as a cylindrical muscle) resembling a cylinder

**cyl·in·droid** \ˈ···\ *also* cyl·in·droi·dal \ˌsiˌlinˈdroid'l\ *adj* 1 : cylinder with elliptic right sections

**cyl·in·droid** \ˈ···\ *also* cyl·in·droi·dal \ˌsiˈlinˈdroid'l\ *adj* 1 CYLINDRACEOUS

**cyl·in·dro·ma** \ˌsiˌlinˈdrōmə\ *n -s, pl* -mas *or* -mata [NL, fr. *cylindr-* + *-oma*] : a tumor (as of skin or salivary glands) characterized by cylinders or islands of cells surrounded by hyaline tissue

**cyl·in·dru·ria** \ˌsiˌlinˈd(y)ū·rēə\ *n -s* [NL, fr. ISV *cylindr-* + *-uria*] : the presence of casts in the urine

**cylix** *var of* KYLIX

**cym-** or **cymo-** *also* **kym-** or **kymo-** *comb form* [F *cym-*, *cymo-*, fr. Gk *kyma*, *kymo-*, fr. Gk *kyma* — more at CYME] : wave : waves (*cymograph*)

**cy·ma** *also* cy·ma or sie·ma \ˈsī(ˌ)mə\ *n -s* [It *cima*, fr. LL *cyma* sprout of a cabbage, young sprout, foliage, anything waved molding — more at CYME] : in architecture a molding whose profile is a double curve: a or cyma rec·ta \ˈrektə\ [NL, lit., straight cyma] : such a molding with the upper part concave b or cyma re·ver·sa \ri'vərsə\ [NL, lit., reversed cyma] : such a molding with the upper part convex 2 : a double curve formed by the union of a concave line and a convex line

**cymagraph** *var of* CYMOGRAPH

**cy·mar** *var of* SIMAR

**cy·ma·ri·a** \sīˈma(ə)r\ *n -s* [*It. Cymaria*, a trademark] : a cardiac glycoside C₃₀H₄₄O₉ occurring esp. in plants of the genus *Apocynum*

**cy·ma·rose** \ˈsī(ˈ)dō(ˈ)zē ·rōs\, *n -s* [ISV *cymarin* + *-ose*] 1 : a sugar C₇H₁₄O₄ occurring as a constituent of certain cardiac glycosides (as cymarin); the 3-methyl ether of digitoxose

**cy·ma·ti·idae** \ˌsiˌmäˈtīˌdē, -ˌsīˈ··\ *n pl, cap* [NL, fr. *Cyma-tium*, type genus (fr. Gk *kymation*) + *-idae*] : a family of large-mouthed marine gastropod mollusks (suborder Taenioglossa) that includes the typical tritons

**cy·ma·ti·um** \sīˈmāˌsh(ē)əm, -ēəm\ *n, pl* -tia \-ə\ : a crowning molding in classic architecture; *esp* 1 : CYMA

**cy·ma·ba** \ˈsimbə\, *n, pl* cym·bae \ˈsimbē\ [NL, fr. L boat, fr. Gk *kymbē* boat, bowl; cap] 1 : the upper part of the con-cha of the ear 2 : a woody durable boat-shaped spathe or bract of a plant that forms and incloses clusters of certain palms

**cym·bal** \ˈsimbəl\ *n -s* [ME, fr. OE *cymbal* and MF *cymbale*, both fr. L *cymbalum*, fr. Gk *kymbalon*, fr. *kymbē* boat, bowl — more at *cymbae*] 1 a : a large concave brass plate produced a brilliant clashing tone of indefinite pitch and used esp. to accompany the bass drum either in pairs rubbed or struck glancingly together or suspended or mounted singly and struck by drumsticks b : a high-pitched bell shape of organ 2 1 : CYM-BALINE b a small tunable cup-shaped in-strument used in pairs — called *also* ancient *cymbals* 2 : TRIANGLE 3c; *esp* 1 : a small tin instrument with attached rings of an-chaic : DOUGHNUT



cymbals 1a

**cym·bal·ist** \ˈbəlist\ *n -s* : a performer on cymbals

**cymbalom** *or* cymbalon *var of* CIMBALOM

**cym·bid** \ˈsimbəd\ *n -s* [NL, *Cymbidium*] : CYMBIDIUM 2

**cym·bid·i·um** \simˈbidēəm\ *n -s, pl* -ums *or* -dia [NL, fr. Gk *kymbē* boat, bowl, cup) + NL *-idium* — more at CYMBAE] : a genus of tropical Old World orchids that are frequently cultivated for their boat-shaped flowers and have narrow leaves and a drooping inflorescence

**cym·bi·form** \ˈsimbəˌfȯrm\ *adj* [NL *cymbiformis*, fr. L *cymba* boat + *-iformis -iform*] 1 BOAT-SHAPED : CONVEX and keeled (a ~ leaf)

**cym·bi·um** \ˈsimbēəm\ *n, cap* [NL, fr. L *cymbium* small cup, fr. Gk *kymbion*, dim. of *kymbē* boat, bowl — more at HUMP] 1 : a genus of marine snails (family Volutidae) comprising the melon shells

**cym·bling** *also* **cymlin** *var of* CYMLING

**cy·mene** \ˈsī(ˌ)mēn\ *n -s* [ISV *cym-* + *-ene*] : any of three isomeric hydrocarbons C₆H₄(CH₃)(C₃H₇); *esp* 1 : PARA-CYMENE

**cym·i·dine** \ˈsimə·dēn\ *n -s* [ISV *cym-* + *-idine*] : an aminoderiv. of cymene

**cy·mo·gene** \ˈsīməˌjēn\ *n -s* [*cym-* + *-gene*] : a highly volatile inflammable mixture of hydrocarbons ...

**cy·mo·graph** *var of* KYMOGRAPH

**cy·moid** \ˈsīˌmoid\ *adj* [*cym-* + *-oid*] : like a cyme

**cy·mo·phane** \ˈsīməˌfān\ *n -s* [F, fr. *cym-* + *-phane*] : CHRYSO-BERYL; *esp* 1 : an opalescent chrysoberyl

**cy·mose** \ˈsīˌmōs, sīˈmōs\ *adj* [L *cymosus* full of cabbage sprouts, fr. *cyma*] 1 : having, bearing the form of, or derived from a cyme (~ branchings) 2 : of, relating to, or bearing a cyme (~ inflorescence) — **cy·mose·ly** *adv*

**cy·mo·tri·chous** \sīˈmätrikəs\ *adj* [*cym-* + *-trichous*] : having the hair wavy (a ~ race) — **cy·mot·ri·chy** \-kē\ *n*

**cym·ric** \ˈkimrik, ˈkum-\ *sometimes* ˈsim-\ *also* kym·ric \ˈkim-, ˈkum-\ *adj, usu cap* [W *Cymry* + E *-ic*] : of, relating to, or characteristic of the non-Gaelic branch of Britain; *specif*: WELSH, fr. *Cymry* 2 1 of, relating to, or characteristic of the language of the Cymric people; *specif* 1 WELSH 2

**cym·ric** *also* kym·ric \ˈ···\ *n -s cap* 1 : BRYTHONIC; *specif*: the Welsh language

**cym·rite** \ˈkimˌrīt, ˈkum-, *also* ˈsim-\ *n -s* [W *Cymru* Wales + E -ite] : a rare mineral BaAl₂Si₂O₈·H₂O consisting of a hydrous barium aluminum silicate

**cym·ry** *also* kym·ry \ˈkimrē, ˈkum-, *also* ˈsim-\ *n pl, cap* [W *Cymry*, pl. of *Cymro* Welshman, prob. fr. *com-* with + *brogi* country, region] 1 : the people of Wales : the Welsh people

**cy·mule** \ˈsī(ˌ)myūl\ *n -s* [NL *cymula*, dim. of L *cyma*] : a small cyme or one of very few flowers forming part of a compound cyme

**cym·o·** *or* **cymo-** *comb form* [NL *cymo-*, fr. Gk *kyma*, *kymo-*, fr. *kyein*, *kyde* dog — more at HOUND] 1 : dog (*cynophobia*)

**cyn·a·dro·cya·nite** \sīnanˈrosēaˌnīt\ *n* [Gk *kymarchos* dogbane (fr. *kyon* dog + *-archos* — anchos fr. *anchein* to choke) — more at ANGER] 1 : any mineral having the composition and structure of cyanite

**cy·na·ra** \siˈnärə, -ˈnar-\ *n, cap* [NL, fr. Gk *kynara*, *kinara*, a kind of artichoke] 1 : a genus of herbs (family Compositae) having pinnately cleft leaves and large flower heads with the receptacles — see ARTICHOKE, CARDOON — **cyn·a·ra·ce·ous** \ˌsinərˈāshəs\ *adj*

**cy·nar·e·ous** \sīˈnar·ēəs\ or cy·nar·e·ous \sīˈna(ə)rēəs\ *adj* — cyna-

**elasmobranchii** — 730 — **eleatic**

---

**elasmobranchii** \...\ *n pl* [NL, fr. *elasm-* + *-branchii*] *syn of* CHONDRICHTHYES

**elasmobranchii** \"\ *n* [NL, fr. *elasm-* + *-branchii*] *syn of* EUSELACHII

**elas-mo-saur** \i-ˈlaz-mə-ˌso(ə)r\ *n, cap* [NL, fr. *elasm-* + *-saurus*] : a genus of gigantic long-necked marine reptiles (order Sauropterygia) from the Cretaceous of Kansas related to *Plesiosaurus*

**elas-mo-there** \i-ˈlaz-mə-ˌthi(ə)r\ *n* [NL *Elasmotherium*] : a rhinoceros of the genus *Elasmotherium*

**elas-mo-the-ri-um** \...\ *n, cap* [NL, fr. *elasm-* + *-therium*; fr. the enamel plates of the molars] : a genus of rhinoceroses of the Pleistocene of Russia

**elast-** *or* **elasto-** *comb form* [NL, *elast-*, fr. LGk *elastos* ductile] 1 : elasticity ⟨*elastin*⟩ 2 : elastic and ⟨*elastoviscous*⟩

**elas-tase** \i-ˈla-ˌstās, -ˌstāz, -ˌstaz, -ˈstaz\ *n* : an enzyme that decomposes elastin and collagen and has been obtained in crystalline form from the pancreas

**elas-tic** \i-ˈlas-tik, ē'-\ *adj* [NL *elasticus*, fr. LGk *elastos* ductile, *adj*] 1 : capable of recovering size and shape after deformation ⟨~ *rubber*⟩ : capable of being stretched, expanded, or compressed

**elas-tin** \i-ˈlas-tən\ *n* : a protein that is the chief constituent of elastic fibers

**elas-tic-i-ty** \i-ˌlas-ˈtis-ət-ē, ē-, ˌē-ˌlas-\ *n* 1 : the quality or state of being elastic

**elasmobranchii** *and so on*

---

**730** (column 2)

**elastic scattering** *n* : a scattering of material particles or photons as the result of elastic collision

**elastic stocking** *n* : STOCKING 2a

**elastic tissue** *n* : tissue consisting chiefly of elastic fibers that is found esp. in certain ligaments and tendons

**elastic wave** *n* : a wave in which the propagated disturbance is an elastic deformation of the medium

**elas-tin** \i-ˈlas-tən\ *n* : a narrow fabric woven of various textile fibers and typically rubber threads and used esp. for garters and suspenders

**elas-tiv-i-ty** \...\ *n* [ISV *elast-* + *-ivity*; orig. formed in G] 1 : a protein that is similar to collagen and forms the chief constituent of elastic fibers

**elas-tique** \i-ˈla-ˈstēk\ *n* [F] *fastique* elastic (adj. and n.), fr. NL *elasticus* expansive, impulsive — more at ELASTIC] 1 : a firm fabric resembling cavalry twill that is usu. made of wool or worsted and is used for uniforms and sportswear

**elast-o-** — see ELAST-

**elas-to-mer** \i-ˈlas-tə-mər\ *n* : any of various elastic substances (as a synthetic rubber or a plastic having some of the physical properties of natural rubber)

**elas-to-mer-ic** \i-ˌlas-tə-ˈmer-ik\ *adj*

---

**eleatic** (column 3)

strangers in bars — *Wall Street Jour.* — **out at elbows** 1 : shabbily dressed : RAGGED, SHABBY ⟨he wrenched little *out at elbows* youngster with ink smudges on his face—Mary S. Watts⟩ 2 : in financial straits

**el-bow-room** \ˈel-(ˌ)bō-ˌrüm, -ˌrüm\ *n* 1 : room or space for moving the elbows freely 2 : adequate scope : LEEWAY

**elbow** *see* ELBOW entries

**eld** \ˈeld\ *n, archaic* 1 : old age 2 : former ages : antiquity

**el-der** \ˈel-dər\ *adj* [ME *elder*, *ellern*, fr. OE *ellern*, *ellern*; akin to OE *alor* alder] : any of a genus (*Sambucus*) of shrubs or trees

**el-der** \"\ *adj* [ME *elder*, fr. OE *eldra*, compar. of *eald* old] 1 : of earlier birth (much the ~ of the two) 2 : prior in order or rank : SENIOR

**eleatic** \...\ *adj, often cap* : of, relating to, or being a school of Greek philosophers founded by Zeno who propounded the unity and the unreality of motion or change — compare PARMENIDES

**flemish bond** *n*, *often cap F* **:** a masonry bond in which each course consists of headers and stretchers alternately so laid as to always break joints

**flemish coil** *n*, *sometimes cap F* **:** a flat coil of rope with the end in the center and the turns lying against each other used esp. on shipboard

**flemish eye** *n*, *often cap F* **:** an eye formed at the end of a rope without splicing by dividing the strands and laying them over each other

**flemish knot** *n*, *often cap F* **:** furniture foot with a C-shaped or S-shaped scroll

**flemish garden wall bond** *n*, *often cap F* **:** a masonry bond in which all courses consist of one header to three or four stretchers, the courses breaking joints in a variety of patterns

**flemish plant** *n*, *usu cap F* **:** a rabbit of a breed prob. of Belgian origin that is characterized by large size, vigor, and solid coat color in black, white, or various grays

**flemish horn** *n*, *usu cap F* **:** a short footrope at the outer end of a yard on a ship — see SAIL illustration

**flemish knot** *n*, *usu cap F* **:** FIGURE EIGHT 8

**flemish scroll** *n*, *often cap F* **:** a double scroll on furniture formed of two C-scrolls in opposite directions joined by an angle

**flem-ming's** flask or **flemming's solution** \'flem{ng}z-, -min{g}z\ *n*, *usu cap F* [after Walther *Flemming* †1905 Ger. anatomist and cytologist] **:** a fixing fluid composed of osmium tetroxide, chromic anhydride, and acetic acid in aqueous solution and used in microscopy chiefly for preserving details of cells

**flens-burg** \'flenz,barg, -sti\(a)rk\s\(a)rk\v *adj*, *usu cap [n. Flensburg, Germany] **:** of or from the city of Flensburg, Germany **:** of the kind or style prevalent in Flensburg

**flense** \'flen(t)s\ also **flench** \-nch\ or **flinch** \-linch\ vt **flensed** also **flenched** or **flinched**, **flensed** also **flenched** or **flinched**; **flensing** also **flenching** or **flinching**; **flenses** also **flenches** or **flinches** [D *flensen* fr. & Norw *flense*; akin to MHG *vlans* large mouth, mouth of an animal, Norw *flans* horse's prickle, Icel *flanni* penis] **1 :** to strip (as a whale or seal) of blubber or skin — *flens-er* \'flen(t)sa(r)\, *n* **3 :** one that flenses animals; *esp* **:** one that cuts flesh whale blubber as an occupation — compare LEMMER

**flesh** \'flesh\ *n* *-es also cattered* [ME, fr. OE *flæsc*; akin to OHG *fleisk* flesh, meat, ON *flesk* bacon, ham, fry slice, splinter, and prob. to ON *fall* to flay — more at FLAY] **1 a :** the soft parts of the body of a man or a vertebrate animal, esp. including the integument **b :** the body parts composed chiefly of skeletal muscle with accompanying fat and connective tissues as distinguished from visceral structures and bone — called also *meat* **c :** sleek well-fatted condition of body (*FAT* (the steer was in excellent ~ when shown)) (lost ~ during his illness) **d :** the surface or external appearance of the body — used esp. with reference to color (sun-tanned ~) **2 a :** food of animal origin comprising edible parts of any animal and esp. the flesh of mammals **b :** a food of plant origin including both the pulpy parts of fruits and vegetables and the fleshy parts of leaves and stems (*flesh-eating*) **3 a :** the physical being of man — distinguished from *soul* **b :** the physical nature of man (2) (carnal weakness) (tendency to transient or physical pleasure) (desire for sensual gratification)

**flesh-ly** \'flesh-lē\ *adj* **1 :** corporeal, bodily **2 :** CARNAL, SENSUAL

**flesh-y** \'flesh-ē\ *adj* **:** PLUMP

This dictionary page contains numerous densely-packed entries that continue through **flexuous** in the third column. Entries include **flet**, **fletch**, **fletcher**, **Fletcherism**, **fleur-de-lis**, **fleury**, **flew**, **flews**, **flex**, **flexible**, **flexile**, **flexion**, **flexor**, and **flexuous**, among others.

**jocundity**                    **1218**                    **join**



jodhpur 2



johnboat

johbot

**join**     **1219**     **joint stock land bank**




*joints used in masonry*

jointer b(3)

K

L

M

**opener**     1580     **operate**

**ers** *pl* : cards of sufficient value for a player to open the betting in a poker game  **d** : the first item on a multiple bill (as of vaudeville acts) or of a series (as of professional baseball games)

**opener** *comparative of* OPEN

**openest** *superlative of* OPEN

**open-eyed** \,···\·\, *adj* 1 : having the eyes open (as in surprise or amazement) (watching in *open-eyed* wonder)  2 *also* **open-eye** : characterized by alert vigilance and attention : WATCHFUL, DISCERNING (a policy of *open-eyed* awareness)

**open-faced** *or* **open-face** \,··\, *adj* : having an open face; as **a** *of a watch* : having the face or dial covered only with as **b** : being without case 1 : having a frank, ingenuous, or undisguised face 2 : lacking a top covering — used of a made dish (as a pie or sandwich) 2 : BAREFACED

**open-field** \,··\, *adj* 1 : of, relating to, or constituting a system of agriculture widely practiced in medieval Europe and based upon dividing the arable land into unenclosed strips one, subject to a 3-year rotation and upon distributing it among different cultivators  2 *of a football player* : notably capable of gaining yardage in a broken field (an *open-field* runner)

**open field** *n* 1 : BROKEN FIELD 2 : an unhampered chance (given an *open field* to experiment)

**open file** *n* : a chess file void of pawns; *also* : a file with neither pieces nor pawns on it

**open-file** \,··\, *vt* : to make not restricted as to circulation or possession (*open-file* reports)

**open fire** *n* 1 : a fire (as in a fireplace) that is not wholly enclosed by a stove or furnace  2 : a fire in a forge in which combustion takes place on the top of the fuel

**open-fire** \,··\, *adj, ceramics* : exposed to direct contact with the fire as opposed to muffled firing

**open flash** *n* : a method of taking flashlight pictures by leaving the camera shutter open while the lamp is flashed and then closing it

**open flow** *n* : the total flow produced by an oil or gas well in a given time with the main valve wide open

**open form** *n* 2 : a crystal form (as a prism) whose faces do not completely enclose a space

**open frame** *n* : a frame in which a bowler scores neither a strike nor a spare

**open furrow** *n* : a furrow not filled by a furrow slice

**open lease** *n* : a fuse not enclosed in a cartridge

**open gait** *n* : the gait of a trotting horse that places his hind feet outside the forward ones in striking

**open gate** *n* 1 : a shutter obstacle placed at right angles to the vertical descent of a ski slope — compare CLOSED GATE

**open-grained** *or* **open grain** \,··\, *adj* 1 : having a coarse texture; *esp* : having large pores (*open-grained* woods)

**openhanded** \,···\·\, *adj* 1 : generous in giving : LIBERAL, MUNIFICENT  2 *obs* : ready to accept bounty 3 : OBVIOUS, BRAZEN (~ extortion) **syn** *see* LIBERAL

**open-hand·ed·ly** *adv* : in an openhanded manner : GENEROUSLY

**open-hand·ed·ness** *n* : GENEROSITY, MUNIFICENCE

**open-handed** \,··\, *adj* : OPEN 7b

**open harmony** *n* : an arrangement of the note or tones of a musical chord in which the three upper parts encompass an octave or more — called also *open position*; compare CLOSE HARMONY

**open haven** *n* : an arrangement of starboard and port anchor cables in which the cables run directly to the anchors — compare FOUL HAWSE

**open-headed** \,··\, *adj* : trained and pruned without a central leader and with the center open in order to facilitate spraying and other operations and provide superior exposure to sunlight (*open-headed* apple trees)

**openhearted** \,···\·\, *adj* 1 : candidly straightforward : freely communicative : FRANK  2 : responsive to emotional appeal : generously kind — **open-heart·ed·ly** *adv* — **open-heart·ed·ness** *n*

**open hearth** *n* 1 : the shallow hearth of a reverberatory



cross section of an open hearth 2: / molten steel, 3 lining, 3 air, 4 gas, 5 checker

melting furnace heated by hot gases above it  2 : an open-hearth furnace

**open-hearth** \,··\, *adj* [*open hearth* ] of, relating to, involving, or produced by an open-hearth furnace (*open-hearth* steel) (an *open-hearth* ladle)

**open-hearth process** *n* : a process of making steel in a furnace of the regenerative reverberatory type from pig iron usu. charged molten by adding to it with lime and other slag-forming constituents either steel scrap or iron ore or both

**open hole** *n* : an oil well or portion of an oil well that has not been cased

**open house** *n* 1 : ready and usu. informal hospitality or entertainment (kept open house for the young people of the neighborhood)  2 : an occasion when a person or institution (as a club) entertains a large number of guests often to general rather than specific invitation **b** : an occasion or period during which an organization puts its special features (as products) on public display

**open ice** *n* : ice on navigable waters sufficiently broken up to permit passage of a ship

**open·ing** \'ōpəniŋ, -pniŋ\ *n* -s [ME, fr. gerund of *open* to open ]  1 : an act or instance of making or becoming open (the slow ~ of the door) (the ~ of distant markets)  **b** : an act or instance of beginning : a first step toward starting or activating (as of an enterprise) (the ~ of two new stores helped the neighborhood); *esp* : a formal and usu. public event by which something new is put officially into operation (the mayor spoke at the ~ of the new bridge)  2 : something for the doors and windows)  (2) : an open width 3 SPREAD, SPAN  **b** : an indentation of water into land : STRAIT, BAY, GULF (a ship enters two of with scattered usu. mature trees that occurs as a break in a forest — compare OAK OPENING  **d** : two pages that face one another in a book  **e** : the early beginning of trading on an exchange; *also* : the prices of the initial transaction in a particular stock or commodity futures contract on an exchange  3 : something that constitutes a beginning : an initial stage, instance, part, or event (the ~ of his speech); as **a** : a lawyer's statement of his case prior to adducing evidence **b** : the first phase of a game (as of chess or cards); *specif* : a planned series of moves made at the beginning of a game of chess or checkers — compare END GAME, MIDDLE GAME  **c** : the introductory and often burlesque part of a pantomime — compare HARLEQUINADE  **d** : a first performance (as of a play or an artist)  4 : something (as a circumstance) that constitutes an opportunity or occasion (waiting for an ~ to tell his story)  **b** : a professional or business vacancy : an opportunity for employment (there are always ~s for qualified engineers)  **c** : a leading opportunity in a sports competition esp. as a result of a mistake or lapse by the opponent

**opening bid** *n* : OPENING BID

**opening bet** *n* : BROACH, REAMER

**opening day** *n* : the first of a sequence of days related to some common factor (the *opening day* of deer season) (a baseball park filled on *opening day*)

**opening die** *n* : a screw-cutting die head that automatically opens to clear the cut thread at the end of each run

shipped COD — contrasted with *prepaid station*

**opening string** *n* : a string in stairs having its upper edge cut to fit underneath the steps, and its ends overlapping the edge

**open syllable** *n* : a syllable ended by a vowel or diphthong

**open·work** \,··\, *adj* : of, relating to, or constituting a non-pressure process of treating wood with chemicals (as creosote and oil) to guard against decay

**open-timbered** *or* **open-timber** \,··\·\, *adj* [ having the timbers exposed (an *open-timbered* gable)

**open-timbered roof** *n* : a timber roof of which the construction parts together with the under side of the covering or its lining are treated ornamentally and left to form the ceiling of an apartment below

**open-to-buy** \,····\, *n* [fr. the phrase *open to buy* ] : the portion of a budget allotment remaining available for additional purchases at any given moment of a budgetary period (an *open-to-buy* is an amount which is budgeted for the placement of purchase orders —H.D.Broehm)

**open tone** *n* : OPEN NOTE 2

**open traverse** *n* : a surveying traverse that fails to terminate where it began and therefore does not completely enclose a polygon — compare ERROR OF CLOSURE 2

**open tunnel** *n* : a square dance figure with a space between the outstretched arms of joined couples for the passage of other couples

**open turn** *n* : a turn in dancing made with the partners in open position

**open up** *vi* 1 : to commence firing  2 **a** : to become communicative  **b** *of a hound* : to give tongue  2 : to spread out in or come into view (the road opens up ahead)  4 : to turn toward an audience or camera  5 : to launch an offensive esp. in competitive sport (*open up* with forward passes) (*open up* with a series of quick punches)  ~ *vt* 1 : to cut into; *esp* : to open surgically  2 **a** : to make plain or visible : position (her account *opened up* a whole new line of investigation)  **b** : to bring into view (means to place his drive so as to *open up* the green for his approach —Paul Gallico)  3 : to make available (new opportunities were *opened up* as the population grew)  4 : to force (a defense) to spread itself thin (split the line to *open up* this defense —Jim Tatum)

**open valve** *n* : a roofing valley laid with a broad open gutter with the slates, tiles, or shingles lapping over the edges of the metal

**open verdict** *n* : a verdict on a preliminary investigation finding the fact of a crime but not stating the criminal or finding the fact of a violent death without disclosing the cause of death — contrasted with a verdict at which is covered with floating ice

**open-well stair** *n* : OPEN-NEWEL STAIR

**open·work** \,··,·\, *n, often attrib* : work so constructed or manufactured as to show openings through its substance : work that is perforated or pierced (an ~ sweater) (balconies decked with wrought-iron ~) — **open-worked** \,·,··\, *adj*

**ope·ra** \'ōp(ə)rə\ *n* -s [Yoruba ópere] : a large African forest tree (*Sarcocephalus diderrichii*) that yields a strong hard durable yellow to golden brown lumber

**ope·ra** \'ōprə, 'äp-\ *pl of* OPUS

**op·er·a** \'āp(ə)rə\, *n* -s 1 : a musical form or work, drama ; an act in which music is the essential factor comprising songs with orchestral accompaniment (as recitative, aria, chorus) and orchestral preludes and interludes — compare MUSIC DRAMA  2 : the score of a musical drama  3 **a** : the performance of an opera or a house where operas are performed (a season of ~) (heard it at the ~)  **b** : an organization that produces and performs operas 4 : musical drama as a form of art (the origin of ~) (French ~)  5 [by shortening ] : a form of stage entertainment (COMIC OPERA, SPACE OPERA, SPACE OPERA)

**op·er·a** \'äp·rə, 'ōp-\, *pl of* OPUS

**op·e·ra bal·let** \'äp(ə)rə+ *pronunc at* BALLET; *or* bal(ə)bäld+\, *n* : an opera in which ballet dancing constitutes a principal feature

**op·er·a·bil·i·ty** \,āp(ə)rə'biləd-ē\ *n* : the quality or state of being operable — compare RESECTABILITY

**op·er·a·ble** \'āp(ə)rəbəl, *adj* LLL : operably working, effacious; It. s. *operari* to work = -abili>-able] 1 : fit, possible, or practicable to use 1 : PRACTICABLE (a highly ~ machine)  2 : suitable for surgical treatment (an ~ cancer) — compare RESECTABLE — **op·er·a·bly** \-blē\ *adv*

**ope·ra bouffe** \,āp(ə)rə'büf, *also* bu'fäld\, *n* [F, fr. It. opera *buffa*] : a light comic opera having a high degree of sentimental subject and characterized by parody or burlesque

**ope·ra-bouffe** \'·\, *adj* [*opera bouffe* ] : fit for comic opera : being a parody of the thing specified (*opera-bouffe* revolutions)

**ope·ra bur·fa** \,āp(ə)rə'büfə, -'büf(ä\, *n* [It] : an Italian comic opera particularly of the 18th century of farcical character with dialogue in recitative

**op·e·ra co·mique** \,āp(ə)rɛ,kō'mēk, ōpɛ'räkomēk+\ *n* [F] : an opera characterized by spoken dialogue interspersed between the set arias and ensemble numbers — compare GRAND OPERA

**opera glass** \'·(,··)\, *n* : a small binocular optical instrument similar to the field glass and adapted for use in the opera or theater — often used in pl.



opera glasses

**op·e·ra hat** *n* 1 : a man's hat worn with evening dress having a narrow brim and a high cylindrical crown with slightly concave sides and consisting usu. of a dull satiny fabric stretched over a steel frame that may be collapsed by a spring device

**op·e·ra house** *n* : a theater devoted principally to performance of operas; *broadly* : THEATER

**op·er·ance** \'āp(ə)rən(t)s\ *n* [*operant*, after such pairs as Ex. *expectant : expectancy* ] : the act of operating or working : something : OPERATION

**op·er·an·cy** \-rən(t)s-ē, (,s\ n [*operant* + -cy ] : the quality or state of being operable : OPERATION

**op·er·and** \'āp(ə)rānd, n -s [L *operandum*, n. ] : a quantity upon which a mathematical operation is performed or which upon which a mathematical expression 2 logic : something that acts or is acted upon 2 logic : a term in a proposition considered as an operator

**op·er·ant** \'āp(ə)rənt\ *adj* [L *operant-, operans*, pres. part. of *operari* ] 1 : functioning or tending to produce effects 2 : of, relating to, or being a behavioral operant (~ conditioning)

**op·er·ant** \·\ *n* -s 1 : one that operates : OPERATIVE, OPERATOR 2 : behavior or responses that operate on the environment to produce rewarding and reinforcing effects

**op·er·a o·mi·nia** \,āp(ə)rə'ōmnəə, 'äp-\ *n pl* [L, lit., all works ] : the complete works of a writer

**op·e·ra pink** *n* : a light yellowish pink that is redder and less strong than light apricot and darker than petal pink

**op·e·ra pump** *n* 1 : a woman's low-cut, high-heeled shoe usu. cut from a single piece of leather or fabric and untrimmed

**op·e·ra se·ria** \'āp(ə)rə'sir(ē)ə\, n [It] : an 18th century opera with a heroic, legendary subject chiefly characterized musically by the highly stylized treatment and predominant use of the aria and recitative

**op·er·a slip·per** *n* 1 : OPERA PUMP 2 : a man's house slipper



opera slipper 2

**op·e·ra·ta·ble** \'āp(ə),tābəl, ,···\, *adj* : possible to operate or to operate on : OPERABLE

**op·er·ate** \'āp(ə)rāt\ *vb -ed/-ing/-s* [L *operatus*, past part. of *operari* to work, fr. *oper-, opus* work; akin to Skt *apas* work, Av *hapta-* to be occupied, prob. akin to OE *efnan* to perform, OHG *uoben* to put to work, be active, OE *ōban* to perform 1 *vi* 1 : to exert power or influence : produce an effect or influence (a factor operating against our success) (this remark

**operated** to close the meeting in disorder⟩ **2 :** to produce or take an appropriate effect : issue in the result designed ⟨the drug *operated* quickly⟩ **3 a :** to perform an operation or series of operations ⟨a mill for *operating* on the crude ore⟩ **b :** to perform surgery ⟨the doctor ~s from 8 to 10⟩ **c :** to carry on a military or naval action or mission **d :** to function through the use of a specified agent ⟨the tractor ~s on diesel oil⟩ **4 :** to trade or speculate in securities or commodities : act as a dealer or broker in the markets (*operated* largely in cotton futures). **5 :** to follow a course of conduct or way of life, esp. one that is irregular or antisocial ⟨*operated* as a life, salesman⟩ (crooked gamblers *operating* on the Atlantic liners) ~ *vt* **1 :** to cause to occur : bring about by or as if by the exertion of positive effort or influence *;* INITIATE ⟨such influences may ~ remarkable changes⟩ **2 a :** to cause to function unu. by direct personal effort : WORK ⟨~ a car⟩ (*operating* a drill press) **b :** to manage and put to use or keep in operation whether with personal effort or not (*operated* a grocery store) **3 :** to perform surgery on (not all surgeons will ~ malignant growths) (the *operated* limb regained strength slowly). **syn** see ACT

**op-er-at-ic** \,äpə(r)'ad-ik, -'rat-\ *adj* [*ir.* *opera*, after such a. a. the performance or production of *opera* or. *opera* b : characteristic of or resembling *opera* or. music *;* esp : marked by romantically heightened emotion or feeling — **op-er-at-i-cal-ly** \-i-k(ə-)lē\ *adv*

**operating** *adj* [*fr.* *prees. part.* of *operate*] **1 :** engaged in some form of operation **2 :** FUNCTIONAL ⟨an ~ motor⟩*;* esp : engaged in active business ⟨as manufacture, transportation, merchandising⟩ **2 a :** arising out of or concerned with the current operations of a concern engaged in transportation or manufacturing as distinct from its financial transactions and its permanent improvements ⟨~ expense⟩ ⟨~ personnel⟩ **b :** of or dealing with profit and loss or income and expenses ⟨an ~ statement⟩ **2 :** used for or in operations ⟨the ~ room in a hospital⟩

**op-er-a-tion** \,äpə(r)'rāshən\ *n* **-s** [ME *operacioun*, fr. MF *operation*, fr. L *operation-, operatio*, fr. *operatus* (past part. of *operari* to work) — more at OPERATE] **1 a :** doing or performing esp. of action : WORK, DEED **b :** a doing or performing of a practical work or of something involving practical application of principles or processes often experimentally or as part of a series of actions ⟨the mechanical ~ involved in sculpture⟩ (practice until you can go through the whole ~ without hesitation or thinking) **2 a :** an exertion of power or influence : INFLUENCE depending on the ~s of the intelligence) (the ~ of a drug) **b :** the quality or state of being functional or operative : use, used with *in* or *into* (the plant has been in ~ for several weeks) (the new line will be put into ~ soon) **c :** method or manner of functioning (a machine of very simple ~) (the ~ of the circulation) **3 a :** capacity for action or functioning *;* EFFICACY, POTENCY — archaic except in legal usage **b :** result of the action or existence ⟨as of a disease, an activity⟩ *;* INFLUENCE **4 obs 3 :** PRODUCTION, CREATION **b :** a product of creative activity **5 :** actual energy or activity viewed as expressing the agent's nature or natures (the ~ of the Holy Spirit) **6 :** a procedure carried out on a living body for the purpose of altering an existing esp. abnormal state or. condition by means of instruments (as in surgery) or the hands of a surgeon (as by manipulation of joints) — compare BLOOD-LESS SURGERY, ELECTROSURGERY **7 a :** a process whereby one quantity or expression is derived from another or others **b** *logic* (1) **:** TRANSFORMATION (2) **:** a function or correlation when conceived as a process of proceeding from one or more entities to another according to a definite rule **c :** the checking of the applicability of a given term or concept to a concrete situation by means of observation and use, manipulation (determining the quality of a liquid by indicators constitutes an ~) **8 a :** a military or naval action, mission, or maneuver, including its planning and execution — often used in combination with a designating code word **b operations** *pl* **:** the office on the flight line of an airfield where pilots file flight plans for flights and which controls flying from the field ⟨two sorts of ~ **c operations** *pl* **:** the staff agency (as in a U.S. air headquarters) for transacting the principal planning and operating functions of a headquarters and its subordinate units **9 :** a business transaction esp. when speculative (continued his ~s in cotton futures) **b :** the whole process of planning and operating a business or other organized unit (the ~ of a large household) (the ~ of a steel mill) **c :** a phase of a business or of business activity (the saw large shop has proved a valuable addition to our ~ ) **10 :** the operating of or putting and maintaining in action of something (as a machine or an industry) (careful ~ of a motor car) (problems in the ~ of a railroad)

**op-er-a-tion-al** \,äpə(r)'rāshnəl, -shnal\ *adj* **1 :** of or relating to operation or an operation **2 :** concerned with, involving, or based on operations ⟨~ symbols⟩ ⟨an ~ definition⟩ — see OPERATIONAL CALCULUS **3 :** of, engaged in, or connected with execution of military or naval operations in campaign and battle as distinguished from training, testing, observation ⟨an ~ naval⟩ ⟨~ patrols⟩ **b :** ready for or in condition to undertake a destined function (the new pool should be ~ in a few weeks); *esp* ! serviced in readiness for action (the fleet is fully manned and ~)

**operational calculus** *n* : a branch of mathematics that subjects to algebraic operations symbols of operation as well as of magnitude

**operational fatigue** *n* : COMBAT FATIGUE

**op-er-a-tion-al-ism** \,äpə(r)'rāshnəl,izəm, -shnəl,iz-\ *n* **-s** : the view that the concepts or terms used in nonanalytic scientific statements must be definable in terms of identifiable and repeatable operations — **op-er-a-tion-al-ist** \-'ləst, -əl-\ *n* **-s** : an advocate or adherent of operationism — **op-er-a-tion-al-is-tic** \,äpə(r)'rāshnəl,is-tik, ,-əl-\ *adj* **1 :** an advocate of operationism

**op-er-a-tion-al-i-ty** \,äpə(r)'rāsh(ə)'nal-əd-ē, -ti\ *n* **-es** : the condition or manner : so as to be observed in actual use or function (reported the machine ~ satisfactory) (a well-trained staff that is ~ adequate)

**operational research** *n, chiefly Brit* : OPERATIONS RESEARCH

**op-er-a-tion-ism** \,äpə(r)'rāsh,niz-əm, -shən,iz-\ *n* **-s** [OPERATION(AL) + *-ism*] **1 :** OPERATIONALISM **b :** OPERATIONISM **2 :** OPERATIONAL

**operations analysis** *n* : the systematic examination of a tactic-or other military procedure unu. by mathematical and statistical methods to determine its efficiency and to devise or indicate possible improvements

**operations research** *n* : the application of scientific and esp. mathematical methods to the study and analysis of complex problems (as of industrial, governmental, or military activity) that are not traditionally considered to fall within the field of profitable scientific inquiry

**op-er-a-tive** \'äp(ə)rəd-iv, 'äpə,rāt-, iv\ , [*Ev also* (av), *adj* [MF *operatif*, fr. L *operativus* (past part. of *operari* to work) + MF *-if* ⟨*ive*⟩ — more at OPERATE ] **1 :** producing an appropriate or designed effect *;* EFFICACIOUS ⟨an ~ dose⟩ ⟨an ~ word⟩ **2 :** having the power of acting *;* exerting force or influence ! OPERATING ⟨an ~ motive⟩ ⟨an ~ force⟩ **3 a :** involving or having to do with physical operations ⟨as of the hands or of machines⟩ ⟨~ arts⟩ ⟨~ skills⟩ **b :** engaged in or doing work ! occupied in productive labor ! WORKING ⟨an ~ craftsman⟩ ⟨~ freemasons working at their craft⟩ **4 :** based upon or consisting of an operation or operations ⟨~ surgery⟩ (~ dentistry) — **op-er-a-tive-ly** \-iv-, -lē⟩ *adv* — **op-er-a-tive-ness** \ivnēs, -tiv-\ *n* **-es**

**op-er-a-tive** \'äp(ə)rəd-iv\ *n* **-s 1** : one that operates: as **a :** a skilled person *;* OPERATOR; esp : ARTISAN, MECHANIC (machine ~s) (mill ~s) **b :** a person doing work in an occupation or profession; *esp* **2 :** a skilled or termkilled employee in industry (as in a mill or factory) **1 :** ARTISAN, MECHANIC (machine ~s) (mill ~s) **3 :** a secret agent ! PRIVATE DETECTIVE

**op-er-a-tize** \'äpə(r)rə,tīz\ , *vt* **-ED/-ING/-S** [*ir. opera*, after such pairs as E *drama : dramatize*] **1 :** to convert (as a drama) into opera

**op-er-a-tor** \'äpə,rād-ə(r), -,ātə- *sometimes* 'äprə,t- *n* **-s** [LL, worker, fr. L *operatus* + *-or*] **1 :** one that produces a physical effect or engages himself in the mechanical aspect of any

process or activity: as **a :** one (as an operative surgeon or dentist) that performs surgical operations **b** (1) **:** a worker who operates a usu. unspilled machine or device as his regular trade (loom ~s); *broadly* : one that uses or operates a machine or device professionally or otherwise — sometimes used to distinguish the user of fixed devices from the driver of auto-motive devices (2) **:** DRIVER **1b** (~s of motor vehicles) **c** (1) **:** a person in charge of a telephone switchboard, connecting and disconnecting the lines and routing calls; *also* (1 a super- (2) **:** a person who has transmits or receives telegraphic or radio messages or who operates electrical communications equipment (as radar or computer installation) **2 :** one that operates a business or enterprise **a b :** MAKER, CREATOR **3** (1) **:** a shrewd and skillful person who knows how to evade or circumvent restrictions, controls, or difficulty ( one that is smooth and highly expert in some line **3 a** (1) **:** a dealer or speculator in stocks or commodities (2) **:** a person who regularly or professionally engages in some usu. financial activity esp. on a large scale (an important ~ around the gambling houses) **b :** a person that habitually operates a business (as a mine, a farm, or a store) whether an owner, lessor, or employer **4 :** a mathematical symbol denoting an operation to be performed ⟨⊆ is the differential-ing ~⟩ **b :** something that performs a logical operation or function: as **a :** a quantifier (as a quantifier or a sentential connective) ! c FUNCTOR WORD (a preposition, auxiliary, or conjunction is an ~) — op-er-a-to-ry \'äp(ə)rə,tōrē *adj* [*operate* + *-ory*] : OPERATIVE

**op-er-a-to-ry** \'äp-ə-tōrē, *adj* [L *operatorium*, fr. *operatus*] **1 :** a working space (as of a dentist or engineer)

**L** LABORATORY, SURGERY

**oper-cle** \(')pərkəl, 'ōpər-\ *n* **-s** [L *operculum* cover — more at *operculum* ] : OPERCULUM; *specif* ! the upper posterior and usu. the largest bone of the operculum of a fish

**oper-cled** \-kəld\ *adj* [*opercle* + *-ed* ] : OPERCULATE

**oper-cu-lar** \,\"(')ō-pərkyələr\ *adj* [operculum + -ar] : of, relating to, or resembling an operculum

**oper-cula** \,\", *n* : an opercular part; *esp* : the opercle of a fish

**opercular bones** *n pl* : the bony plates developed in and supporting the gill cover in most fishes and being usu. the opercle, preopercle, subopercle, and interopercle

**oper-cu-late** \-ləd-, -lāt\, *also* oper-cu-lated \-lād-əd, -lāt-\ *adj* : having an operculum

**oper-cu-late** \"\, *n* **-s** : an operculate gastropod

**oper-cu-lum** *comb form* [NL *operculum*] : operculum ⟨*operculifer-ous*⟩ ⟨*operculiform*⟩

**oper-cu-lum** \ō-'pərkyələm\ *n*, *pl* **opercu-la** \-lə\; *also* oper-cu-lums [NL, fr. L, cover, lid, fr. *operire* to cover, shut (fr. *op-, ob*- to, before + *verire* to cover) + *-ulum* — more at op-, weir, WORRY] **1 :** a lid or covering flap: as **a :** an anatomical part (as a process, membrane, or fold) that serves as a lid or cover **b :** a process or cover of the pitcher in some pitcher plants **c** (1) **:** part of the cerebrum bordering the lateral fissure and concealing the island of Reil **2 :** a body process or part that is movable (as the valvular cover of a gill) **b :** the horny or shelly plate with which many gastropods close the aperture of the shell when the animal is retracted **3 :** the hind part of an abdominal appendages of a king crab which are united and cover the other pairs **4 :** one of the small plates covering the orifices of a trachea or lung ice in a spider **5 :** the fold of integument usu. supported by bony plates that protects the gills in certain fishes and some amphibians ⟨ GILL COVER — see these illustration ⟩ **6 :** the principal bony plate of the gill cover of a fish that covers the mouth of the bony or shelly OPERCLE ⟨ operculum 2 ⟩ the flap that covers the mouth of some bryozoans ⟨ a glenular lid at one end of the egg of various invertebrates ⟩ **op-er-cu-late**

**op-er-cu-lat-ed** \,\"(')ō-pər,kə,lād-ə(r), -,\"tād-ed\ *n* **-s** [*operatose* having usu. a romantic plot and containing spoken dialogue and dancing scenes; *also* : the musical score of such a work **op-er-et-tist** \,äpə'red-əst, *'*prē-\ *n* **-s** : one that composes operettas

**op-er-ose** \'äpə,rōs\, *adj* [L *operosus*, fr. *oper-, opus* work + *-osus* — more at PROPER ] **1 :** wrought with labor ! re-quiring or involving effort (an ~ affair) **2 :** DILIGENT, BUSY, INDUSTRIOUS — **op-er-ose-ly** *adv* — op-er-ose-ness **n -es** **op-er-os-i-ty** \,äpə'rosəd-ē\ *n* **-es** [L *operositas, operosus* + *-itas* (*-itas*)] : ONEROUSNESS

**operos** *adj* [L *operosus*] *obs* : OPEROSE

**opes** *pl of* OPE

**opg** *obs var of* OPENING

**lophe-lia** \(')ōˌfēlyə, ə,\ , -lē-ə\ , *n, cap* [NL, prob. fr. Gk *ophis* serpent + *helos* marsh + NL *-ia* — more at HELODES] : a genus of small littoral burrowing polychaete worms with rudi-mentary parapodia of which the dorsal cirri are modified into gills

**Ophelia** \,\", *n* **-s** *often cap* [prob. fr. *Ophelia*, feminine proper name] ! a greyish reddish purple to purplish red **ophel-i-o-ty** \,ōfē'lī-mad-ē, -ti\ , *n* **-es** [L *ofelimità*, fr. Gk *ōphelim os* useful, helpful, fr. *ōphelein* to help, fr. *ophelos* ad-vantage, help + *-ity*, alter. by infl. of L *utilitas* useful (L + *-ia*) ! *ophel-imos* useful — more at ACHARYA] : economic satis-faction (the seller's ~)

**ophi-** — see OPHIO-

**ophio-** or **ophi-** *comb form* [Gk, fr. *ophis* snake — more at ANGUIS] **1 :** snake ⟨ *ophidian* ⟩ ⟨ *ophidiophobia* (ophidiarous) **2** a (thing suggesting a snake (opistho). **3** : of or relating to snakes ⟨ *ophid*-⟩ ⟨ *ophidarium* ⟩ **b :** like a snake in form ⟨ *ophiuroid* ⟩ ⟨ *ophiobolus* ⟩

**ophid-** — see OPHI-

**ophi-an** \'ōfē-ən\ *adj* [L *ophis* + E *-an* ] : of or relating to snakes (~ worship)

**ophi-asis** \ō-'fī-əsəs\ , *n* **-es** [NL, fr. Gk *ophiasis*, fr. *ophis* snake] : baldness in patches arranged usu. in waving lines and following the outline of the hair

**ophic-ale-ite** \,äfə'kal,sīt, äˌfī-\ *n* **-s** [ISV *ophi-* + *calc-* + *-ite*] : crystalline limestone or marble tinted with greenish serpentine : verd antique — also ophicalcite

**ophi-cleide** \'äfə,klīd\ *n* **-s** [F *ophicléide*, fr. Gk *ophis* snake + *kleid-, kleis* key — more at CLEID- ] ! a bass musical wind instrument — called also *serpent* **ophid-io-ph** \ō-fid-ē-ō'hīlə\ *n, cap* [NL *Ophidia* + E *-phila* ] : a family of slender-bodied nocturnal tropical eels comprising the snubfaced eels

**ophi-cleide** \'äfə,klīd\ *n pl* [NL, irreg. fr. Gk *ophis* snake + NL *-ia* — more at ANGUIS] *syn* of OPHIDIA ! *pl* SUBORDER OPHIDIA

**ophidi-i-an** \ō-'fidē-ən\ *adj* [NL *Ophidia* + E *-an* ] ! of, relating to, or resembling that of snakes ! SNAKELIKE — **ophidian** *n* **-s** a slender tropical eels comprising the large

**ophic-i-tide** \'ōfə,sīd\, -s-\ *n* **-s** [L *ophi-* + E *-cide* ] : a fish of the family Ophidiidae

**ophidi-o-i-dae** \ō,fid-ē'ī,dē, -,ī,dī-\ *n pl* [NL, fr. *Ophidion*, type genus (fr. L *ophidion*, fish resembling a small snake, fr. Gk, dim. of *ophis* snake) + NL *-idae* ] : a family of soft-rayed fishes related to the cods and including the cusk-eels

**ophiobolus** \ō-fī'ōbələs\ *n, cap* [NL *ophi-* + *-bolus*] **1 :** a genus of stichomatous ascomycetous fungi (order SPHAERIALES) with a cylindrical neck and several asci **2 :** a branch of heterotology concerned with the study of snakes

**ophio-mor-pha** \,ō-fē-ə'morfə\ , *n, cap* — more at *morpha*] *syn* of GYMNOPHIONA **ophio-morphic** \,\"(fik\ *adj* [*ophi-* + *-morphic*] **:** snake-like in form **b** [NL *Ophiomorpha* + E *-ic* ] : of or relating to the Gymnophiona

**ophi-on** \'ōfē,än, 'äfē-\ , *n, cap* [NL, fr. Gk *ophis* a fabulous animal of Sanskrit ] ! a wide distributed genus of ichneumon flies that have a compressed abdomen and that parasitoid on the caterpillars of various moths in which they lay a single egg **2** <1 any insect of the genus *Ophion* — **ophi-o-mine** \ō-'fī-ə,nīn\ *adj*, *cap* [*Ophion* + *-ine*] : of, relating to, or resembling a genus of ichneumon flies

**ophi-o-pho-gon** \,äfē'äfə,gän\ *n, cap* [NL, fr. Gk *ophis* + *-phagon* ] **1 a :** snake-leaved herbs (family Liliaceae) having racemes or spikes of white, blue, violet, or lilac flowers with the ovary inferior — see LILYTURF **2 :** any plant of the genus *Ophiopogon*

**ophi-o-pho-lis** \ō-fī'äfələs\ *n, cap* [NL *ophi-* + *-pholis* ] **1 :** a genus of brittle stars (family Ophiopholidae) having a central disk with small tubercles and scale-like spines **2 :** any brittle star of the genus *Ophiopholis* — **ophi-o-pho-lid** \-ləd\ *adj or n*

**ophi-o-sau-rus** \,ō-fē-ə'sȯrəs\ *n, cap* [NL, fr. *ophis* + *-saurus* ] : a genus of lizards comprising the glass snakes

**ophi-sm** \'ō-fiz-əm\, *n* **-s** [*ophis* + *-ism*] ! the doctrines and rites of the Ophites **2 :** serpent worship or the use of serpents in magical agencies ⟨ *ophiolatry* ⟩ — compare SNAKE DANCE

**ophite** \'ō-fīt\ *n* **-s** [L *ophites* (*lithos*), lit., serpentine (stone), fr. *ophites* like a snake, fr. *ophis* ] ! any of various usu. green and often mottled or blotched rocks (as a serpentine or serpentine marble)

**Ophite** \,\", *n* **-s** *also cap* [LL *Ophitae*, pl., fr. LGk *Ophitai*, pl., fr. Gk *ophis* snake + *-tai* ] ! a member of a Gnostic sect or group of sects including the Naassenes and the Barbeloites reverencing the serpent, and partly regarding the serpent of Eden by others as the chief means of man's enlightenment and the serpent of the fall as identified with the Messiah — **Ophitic** \ō-'fid-ik, ä-\ *also cap adj* [*Ophite* + *-ic*] ! of or relating to the Ophites

**ophit-ic** \ō-'fid-ik\, *adj* [ISV *ophi-* + *-itic*] **:** having the texture characteristic of many plutonic rocks in which lath-shaped feldspar crystals are enclosed wholly or in part in later formed augite (diabase has an ~ structure)

**ophiu-ra** \,ō-fē'yu̇rə, -,ō-fyu̇-\ , *n, cap* [NL, fr. *ophi-* + *-ura* ] ! a very large and widely distributed genus of brittle stars

**ophi-ur-an** \,ō-fē'yu̇rən, -,ō-fyu̇-\ *n* **-s** [NL *Ophiura* + E *-an*] **:** OPHIUROIDEA

**ophi-u-ra** \,\" , *n, cap* [NL] **:** a member of a group to which brittle stars belong; *broadly* **:** OPHIUROID

**Ophiuri-da** \,ō-fē'yu̇rədə, -,ō-fyu̇-\ *n pl* [NL] ! a member of a class of echinoderm that includes the brittle stars

**ophi-uri-dae** \ō-fē'yu̇rə,dē, -,dī\ *n pl* [NL, fr. *Ophiura* + *-idae*] ! a subclass or class of Echinodermata comprising the brittle stars and basket stars and being distinguished from Asteroidea by the slender flexible arms that are sharply marked off from the central disk, contain no true intestinal ceca nor prolongations of the gonads, and lack ambulacral grooves and by the location of the madreporite on the ventral surface adja-cent to the mouth — see EURYALIDA, OPHIURIDA **ophiry-on** \'ō-fē-ran, 'ä-fē-\ *n* [NL, fr. Gk *ophrys* brow, eye-brow — more at BROW] ! a craniometric point in the median line of the forehead and immediately above the orbits — **ophry-on-ic** \,ō-fē'ränik, ,ä-\ *adj* [*ophryon* + *-ic*] ! of the glab-ellum or point just above the root of the nose (as of an animal)

**ophry-o-co-ma** \,ä-fē-ō'ni-tē, -ti\ , *n* [Gk *ophrys* + Gk *koma*] ! inflammation of the eyelids (in the median line of the forehead and immediately above the orbits — see CRANIOMETRY

**oph-thal-**, *comb form* [L *ophthalm-, ophthalmo-*, fr. Gk] ! of or relating to the eye ⟨ *ophthalmia* ⟩ ⟨ *ophthalmoscope* ⟩ ! typical brittle star; *broadly* ! OPHIUROID

**oph-thal-**, *comb form* [Gk] ! a member of the subclass Ophiuroidea comprising that stars and endocommensals in the stomach of starfishes where they share food searches and probably cellulose and presumably contribute protein to their hosts **oph-** — *comb form* — see OPHI-

**oph-thal-mia** *comb form* [Gk, fr. *ophthalmos eye* — more at INTERNECINE ] **1 :** eye ⟨ eyeball *ophthalmologist* ⟩ ⟨ *ophthal-mometer* ⟩ **2 :** of or affecting the eyeball ⟨ *ophthalmo-*carcinoma⟩ ⟨ *ophthalmo-* + -,lă'plē-ə⟩, or **oph-thal-mia** \,\"sΧ *n pl comb form* — more at CLEID- ] **1 :** a deep-seated brain or muscular musculature of the key bugle class, consisting of a large bugle with keys ⟨ *ophthalmo-* ⟩ **oph-thal-mia** \äf'thalmēə\ *n* **-s** [NL *ophthalmo-* + NL *-ia*, alter. fr. Gk *ophthalmia*, fr. *ophthalmos* ] ! inflammation of the eye, *esp* : of the conjunctiva

**oph-thal-mia** \af'thalmīə\ *n* **-s** [ME *obtalmia*, fr. ML *ophthalmia*, fr. Gk, fr. *ophthalmos* eye, fr. *ops* eye + *-thalmos* (akin to Gk *optos* seen) ] ! of or affecting the region of the eyeball ⟨ *ophthalmo-* + -,lă'plē-ə⟩, or **ophthalmia** \,\"sΧ *n pl comb form*



**ophthalmia neo-na-to-rum** \,nē'änə'törəm, *-'t-\ *n* [NL] ! acute inflammation of the eyes in the newborn from infectious passage through the birth canal

**oph-thal-mic** \äf'thalmik\ *adj* [L *ophthalmicus*, fr. Gk *ophthalmikos*, fr. *ophthalm- + -ikos* -ic ] , \-tip'thăl-, *also* \-'tha̅l-\ , *adj* : of or relating to, or situated near the eye

Case5:09-cv-01201-RMW   Document59-1   Filed11/09/09   Page46 of 54

**plunge** ... vb ... : to descend or dip suddenly in hazardous enterprises

**plunge** \'\ *n* ... 1 : a person that plunges: as *a* : DIVER *b* : a reckless gambler or speculator *c* : an operator of a pusher for moving iron and steel billets into and out of a furnace — called also *pusher*

**plunger** ... *n*

**plunge bath** ...

**plunge bed** ...

**plunge pole** ...

**plunger** ... *n* : HYDRAULIC ELEVATOR

**plunge rod** ... : a leveling rod or a pointed steel rod used in plunging a grade

**plunger piston** *n* : PLUNGER 2b(1)

**plunger pump** *n* : FORCE PUMP

**plunges** *pres 3d sing of* PLUNGE, *pl of* PLUNGE

**plunging** *pres part of* PLUNGE

**plunging fire** *n* : direct fire from a superior elevation

**plung-ing-ly** *adv* 1 in a plunging manner



plunger 2e

**plunk** \'plənk\ *vb*

**plunk** \'\ *n*

**plunk-er** *n*

**plunk** ... *adv* 1

**plunk** ... *adv*

**plunther** \'plən(t)thər\ *n* 1

**plup-er-fect** \(')plü'pər-fikt, 'plü-, -fek\ *adj* [modif. of LL. *plusquamperfectus*, fr. L. *plus* more + *quam* than + LL. *perfectus* perfect (of a tense)] 1 : PERFECT 2

**plus** \'pləs\ *prep* 1 : increased by

**plus** \'\ *adj* 1

**plus** \'\ *n, pl* **plus-es** *also* **plus-ses**

**plus fours** *n pl* : knickerbockers for sports and country wear made four inches longer than ordinary knickerbockers for looseness and ease at the knees

**plush** \'pləsh\ *n, via* [ME *peluche*, prob. fr. (assumed) MF *peluche*] : a fabric with a pile...

**plush** \'\ *adj* 1

**plush-i-ly** *adv*

**plush-i-ness** *n*

**plush-y** \'pləsh-ē\ *adj*

**Plus-sine** *n*

**plus-val-ue** *n*

**plu-teus** \'plüt-ē-əs\ *n*

**plutch** *n*

**plu-toc-ra-cy** \plü-'täk-rə-sē\ *n* [Gk *ploutokratia*, fr. *ploutos* wealth + *-kratia* -cracy]

**plu-to-crat** \'plüt-ə-krat\ *n* [Gk *ploutokratēs*]

**plu-to-crat-ic** \plüt-ə-'krat-ik\ *also* **plu-to-crat-i-cal** \-i-kəl\ *adj*

**plu-to-crat-i-cal-ly** *adv*

**plu-toc-ra-tize** *vt*

**plu-to-de-moc-ra-cy** *n*

**Plu-to-mania** *n*

**plu-ton** \'plü-tän\ *n*

**Plu-to-ni-an** \plü-'tō-nē-ən\ *adj*

**plu-ton-ic** \plü-'tän-ik\ *adj* [fr. *Pluto*] : IGNEOUS

Case5:09-cv-01201-RMW   Document59-1   Filed11/09/09   Page48 of 54



shear 1d(2)



sheath 1 and sheath scale

shed dormer

**substandard**      **2280**      **subsumption**

living space, safety facilities, or maintenance in respect to a standard set by legal or other authoritative sources **1** : conforming to a pattern of linguistic usage existing within a speech community but not that of the prestige group in that community in choice of word (as *set*, for *sit*), form of word (as *brung*, for *brought*), pronunciation (as *twices*, for *twice*), grammatical construction (as the boys *is* growing fast), or idiom (as *all to once, for all at once*) — compare SUBSTANDARD 6 I constituting a greater than normal chance of loss to an insurer due to some inherent and determinable cause (as poor health or unusual fire hazard) ⟨~ life⟩ ⟨a ~ risk⟩; *also* : covering a substandard risk use, in return for an extra premium ⟨~ insurance⟩ *d of motion-picture film* : narrower than 35 millimeters

**sub·stand·ard** \"\ *n* **I** [in sense 1, fr. *sub-* + *standard*, n.; in sense 2, fr. 1*substandard*] **1 a** : secondary standard used in measurement and comparison, as to check the accuracy of commercial measuring devices (as scales) **2** : something (as a way of living) that is substandard

**sub·stan·tia** \səbz'tanch(ē)ə, -b'st-\ *n*, *pl* **substanti·ae** \-chē,ē\ [NL, fr. L, substance] **:** anatomical material, substance, or tissue

**sub·stan·tia·ble** \-ch(ē)əbəl\ *adj* [*substantiate* + *-able*] **:** capable of being substantiated

**sub·stan·tial** \səb'tanchəl, -b'st-, -taan-\ *adj* [ME *substancial*, fr. LL *substantialis*, fr. L *substantia* substance — *alia* — *alis* — more at SUBSTANCE] **1 a** : consisting of, relating to, sharing the nature of, or constituting substance : existing as or in substance : MATERIAL ⟨~ life⟩ ⟨the ~ realities⟩ (most ponderous and ~ things—Shak.) **b** : not seeming or imaginary : not illusive : REAL, TRUE ⟨the ~ world⟩ ⟨a mere dream neither ~ nor practical⟩ **c** : being of moment : IMPORTANT, ESSENTIAL **2 a** : adequately or generously nourishing : ABUNDANT, PLENTIFUL ⟨at a ~ table⟩ (after that too ~ dinner) **b** : possessed of goods or an estate : moderately wealthy **:** WELL-TO-DO ⟨a ~ man⟩; *often* : having a good and well-maintained income : producing property ⟨a ~ farmer⟩ (the more ~ tradesmen) **c** : considerable in amount, value, or worth ⟨made a ~ gain on the transaction⟩ **3 a** : having good substance : firmly or stoutly constructed **:** STURDY, SOLID, FIRM ⟨a ~ house⟩ ⟨~ cloth⟩ **b** : having a solid or firm foundation : soundly based ⟨carrying weight⟩ ⟨a ~ argument⟩ ⟨~ evidence⟩ **4 1** : being that specified to a large degree or in the main ⟨a ~ victory⟩ ⟨a ~ lie⟩ **b** I of or relating to the main part of something **syn** *see* MASSIVE

**substantial** \"\ *n* **-s** [ME *substancial*, fr. *substancial*, adj.] : something that is substantial : as **a** : something having substance or actual existence **b** : something having good substance or actual value **c** : something of moment **d** : an important or essential matter, thing, or part

**sub·stan·tial·dam·ag·es** *n pl* : damages which bring about actual economic loss or for which compensation in a substantial amount is awarded as distinguished from nominal damages awarded only to vindicate a legal right

**sub·stan·tial form** *n* [ME *substancial*, trans. of ML *forma substantialis*, trans. of Gk *eidos eidos*] : the form or nature that according to the scholastics gives to an individual substance its specific or generic character

**sub·stan·tial·i·ty** \ʸ,chē'aləti, *n pl* [NL, fr. *neut. pl. of L substantialis substantial*] *Scots law* **1** : the formally essential parts of a deed

**sub·stan·tial·ism** \ʸ'chə,lizəm\ *n* **-s** : either of two doctrines in philosophy : **a 1** : one holding that constant realities or substances underlie phenomena **b 2** : one holding that matter is a real substance rather than an aggregation of centers of force

**sub·stan·tial·ist** \ʸ-,list\ *n* **-s** **1 a** : a proponent of a doctrine of substantialism

**sub·stan·ti·al·i·ty** \ʸ,ech'aləd-ē, -,lzē, -i\ *n* **-es** [LL, *substantialitas*, fr. *substantialis* substantial + L *-itas* -ity] : the quality or state of being substantial : CORPOREITY, MATERIALITY

**sub·stan·tial·ize** \"\ʸchə,līz\ *vt* **-ED/-ING/-S** : to make substantial : give substance to

**sub·stan·tial·ly** \"\ʸchə(lə)lē, -b'st-, -taan-, -li\ *adv* [ME *substancially*, fr. *substancial* + *-ly*] **1** : in a substantial manner **2** : so as to be substantial

**sub·stan·tial·ness** \"\ʸchəlnəs\ *n* **-ES** : SUBSTANTIALITY

**substantial right** *n* : a legal right affecting or involving a matter of substance as distinguished from matters of form (a right materially affecting those interests which a man is entitled to have preserved and protected by law) a material right

**sub·stan·tia·ni·gra** \ʸ'nigrə, -'nig-\ *n*, *pl* **substantiae·ni·grae** \ʸ,grē,ē\ [NL, lit., black substance] **:** a layer of deeply pigmented gray matter in the midbrain separating the cerebral peduncles from the tegmentum above

**sub·stan·tia pro·pria** \ʸ'prōprē-ə\ *n*, *pl* **substantiae·propri·ae** \ʸ,ē,ē\ [NL, lit., the tissue of something] : the layer of lamellated transparent fibrous connective tissue that makes up the bulk of the cornea of the eye

**sub·stan·ti·ate** \səb'tanchē,āt, -b'st-, -taan- *sometimes* -n(t)sē-, *chiefly substand* -nchə,wāt; *usu* -b'st-ē-\ [*NL, substantiatus, past part. of substantiare* to substantiate, fr. L *substantia* substance — more at SUBSTANCE] **1 a** : to give substance or body to **2 a** : to give substantial existence to **b** : to establish by proof or competent evidence : VERIFY **2** : to verify ⟨~ a charge⟩ **syn** *see* CONFIRM

**sub·stan·ti·a·tion** \ʸ,ē'āshən, *chiefly substand* -ʸ'wāshan\ *n* **-s 1** : an act of substantiating (as by proving) **2** : something adduced as proof : EVIDENCE — **sub·stan·ti·a·tive** \ʸ'ē,ād-, *-ēd-iv, chiefly substand* -ʸ'wā-\ *adj*

**sub·stan·ti·a·tor** \ʸ,ē,ād-ə(r), -,Ed-i(r)-, -,ēt-, *chiefly substand* -,wE-\ *n* **-s** : one that substantiates

**sub·stan·ti·fi·ca·tion** \səbz,tantəfə'kāshən, -b'st-\ *n* **-s** [*substantify*, after such pairs as E *magnify: magnification*] : an act or product of substantifying

**sub·stan·ti·fy** \ʸ'tantə,fī\ *vt* **-ED/-ING/-S** [ME *substanciour, substancieur*, fr. OF *substancier* + *-ficare -fy*] **1** : to give substance or substantive character to

**sub·stan·ti·val** \səbstən'tīvəl, -b'st-\ *adj* [*substantive* + *-al*] : of, relating to, or having the nature or function of a substantive — **sub·stan·ti·val·ly** \"v(ə)lē\ *adv*

**sub·stan·ti·vate** \"\səbstanti,vāt, -bst-; səb'stanti,v-, -bstant-ē-,v-\ *vt* **-ED/-ING/-S** : to convert into or use as a substantive ⟨the tendency to ~ adjectives⟩ — **sub·stan·ti·va·tion** \ʸ,+tə-'vāshən, ʸ+-'v-\ *n*

**sub·stan·tive** \'səbstən(t)iv, *esp in sense 1* ME *substantif*, fr. MF, fr. *substantif*, adj., having the nature of substance, fr. LL *substantivus* self-existent, substantival] **1 a** : a word or word group or phrase functioning syntactically as a noun **b** : a pronoun that can be substituted in the position of a noun **c** : a word that names or identifies something **2** a noun or noun equivalent (as a pronoun, phrase, or absolute adjective) (on "the good old young" good is a ~) **3 1** : a categorematic term **2 1** : an independent thing or notion **2** : a self-existent entity or thing existing in its own right : not derivative or dependent ⟨~ entity⟩ **3** (continued below)

(in "I spent the night at my brother's" *brother's* is a *substantive genitive* carrying the implication "residence")

**sub·stan·tive** *n* : a branch of law that describes the rights, duties, and obligations of persons to one another as to their conduct or property and that determines when a cause of action for damages or other relief has arisen

**sub·stan·tive·ly** \"\~nəvlē, -tiv-\ *adv* **1 :** in a substantive manner ⟨in substance⟩ : ESSENTIALLY **2 :** as a substantive ⟨the phrase is here used ~⟩

**sub·stan·tive·ness** \"\~nivnəs, -tiv-, -ntəv-\ *n* **-es :** the quality or state of being substantive

**substantive right** *n* : a right (as of life, liberty, property, or the normal legal order of society — compare REMEDIAL RIGHT)

**sub·stan·tiv·i·ty** \"\səbstan'tivəd-ē, -tiv-\ *n* **-es 1 :** SUBSTANTIALITY **2 :** the attraction between a substance (as dye) in solution and a fiber — compare AFFINITY 2b

**sub·stan·tivi·za·tion** \"\~,ēvə'zāshən, səbztantəv-, -,ztan-, -,vī'z-\ *n* **-s :** an act or instance of substantivizing

**sub·stan·tiv·ize** \"\~, ə,vīz, -iv-, -tə,v-, -ə,v-, *or* səb·stan·tize \"\~-,tīz\ *vt* **-ED/-ING/-S** [*substantive* fr. *-ize*] **:** to convert into or use as a substantive : *substantive* **:** *substantivate* **+** *-ize*] **1 :** to convert into or use as a substantive (an adjective can be *substantivized*)

**sub·sta·tion** \'səb-+-,ā\'stē-\ *n* : a station subordinate or subsidiary to another station: as **1** a station which is electrically intermediate in a central station and at which high-tension electricity from the central station is transformed to electricity lower in potential and converted if desired to continuous current or to alternating current of a different frequency **b** : a small post-office station (as a coconut station in a drug store or a station set up in a convention for handling philatelic mail) **c** : a subordinate station that relevadcasts messages from a primary station of a communication system

**substellar point** \'səb+, . . .\ *n* [*substellar* fr. *sub-* + *stellar*] : the point on the earth's surface at which a particular star is at the zenith

**substituent** \ʸ\ *adj* [ISV *sub-* + *stituent*] : situated or perceived beneath the surroom ⟨~ plan⟩

**substituent** \"\ *n* -S : SUBSTITUTE

**sub·sti·tu·end** \'səb'stichə,wend, -b'st-\ *n* -S [NL, *substituendum*] : something that can be is substituted in a logical relation

**sub·sti·tu·en·dum** \səb+,chə'wendən\ *n*, *pl* **substituen·da** \-də\[NL, neut. of L *substituendus*, gerundive of *substituere*] : something that is to be substituted in a logical relation

**substitute** \"\ *adj* 1 : functioning as a substitute

**sub·sti·tu·ta·bil·i·ty** \,səbstə,t(ə)d-ē'biləd-ē, -bst-, -,t(y)ut-, -ūta-, -tid-, -i\ *n* : capacity for being substituted : the quality or state of being substitutable

**sub·sti·tu·ta·ble** \"\~bəl, -b'st-\ *adj* : capable of being substituted or sometimes of substituting (as for one another)

**sub·sti·tute** \'səbstə,t(y)üt, -bst-, -tə,yüt, *rapid often* -b,t(y)üt *or* -bə,t(y)-; *usu* -üd- *or* -üt\ *n* **1 a** : substitute, past part. of *substituere* to put under, put in the place of, substitute, fr. *sub-* + *statuere* (fr. *statare* to set, place, stand up) — more at STATUE] **1 :** a person who takes the place of or acts instead of another : as **1 :** a man instituted under Roman, civil, or Scots law to succeed to property (as another heir named connect or will not accept the succession : as another heir named connect or will not accept the succession : a conditionally appointed heir named to take possession in case another heir loses his (as with possibility of one condition (as under a will or settlement) **3 :** a person who enlists for military service in the place of a called or drafted man **2 :** something that is put in place of something else or is available for use instead of something else (honey is an excellent ~ for sugar in many recipes): as **a :** something cheaper or inferior that is used instead of a standard article (margarine is a ~ for butter) **b :** an artificial product used to replace a natural or valuable milk ~ prepared from soybeans) **c :** a word or grammatical feature that replaces another word, a phrase, or a clause, in a context (a pronoun serves as a ~) **3 1 :** any of several connections used for joining oil-well appliances that are of different sizes or that have different joint details — called *also sub* **b 1 :** a special sort or part (as in place of a regular tool) **syn** *see* RESOURCE

**substitute** \"\, vb -ED/-ING/-S [L *substitutus, past part. of substituere* to put in the place of, substitute, fr. *sub-* + *statuere* to set up] *vt* 1 : EXCHANGE ⟨~ a new technique for the old one⟩ **b 1 :** to introduce (as an atom or group) by substitution ⟨~ sulfur for oxygen in a molecule⟩ **2** *obs* : to invest with delegated authority **3** : designate as a delegate **3 :** to replace with another ⟨~ yesterday's steak with another ⟩ ⟨~ liquid crystals (names like *June* are always substituted by the pronoun she—R. A. Hall b. 1911) **4 :** to nominate (a person) to be a remainder — compare SUBSTITUTION 1a(2) ~ *vi* 1 : to serve as a substitute

**substitute** \"\ *adj* [L, substitutus, past part. of *substituere*] **1 :** serving as or fitted for use as a substitute ⟨a ~ food⟩ **2 :** involving the use of substitutes (~ feeding of infants)

**substitute broker** *n* : a person acting or practicing a profession of securing military substitutes and, during the American Civil War

**substituted** *adj* [fr. past part. of *substitute*] **1 :** put in the place of another: as **1 :** appointed by a person to take the place of himself or another or of something else *esp.* to act in his own stead or to act on his behalf regarding of a particular action in the stead of another : appointed by substitution ⟨a ~ executor⟩ **2 :** having been subjected to a substitution reaction or having some of its parts replaced (alcohol is a ~ water) (methylamine is a ~ ammonia)

**substituted service** *n* : the service of a legal writ, process, or summons otherwise than by personal service (as by leaving it at a defendant's place of business or residence or with his agent, by mail, or by publication)

**substitute fiber** *n* : a loosely parenchyma cell with the form of a fiber, simple pits, and relatively thick walls that occurs esp. in the wood

**substitute vi·tal·ic·i·um** \"\ *n* -s : one that substitutes

**sub·sti·tut·ing·ly** \ʸ+\ *adv* : in a substituting fashion

**sub·sti·tu·tion** \,səbstə'chüshən, -bst-, -əchə'w-\ *n* **-s** [ME *substitution*, fr. MF *substitution*, fr. LL *substitution*-, *substitutio*, fr. L *substitutus* (past part. of *substituere*) + *-ion*-, *-io* -ion] **1 :** the substituting of one thing for another: as **a** a Roman law : (1) : the nomination of someone to be heir upon the failure of an heir previously named to take an inheritance — called also *common substitution, vulgar substitution* : (2) : the similar nomination of a person to take his place in case of or to succeed a descendant under puberty and in the pretense of the testator in case of the descendant's failure to take the inheritance or on his death before puberty or to succeed a descendant or any one who is a lunatic : (3) : a designation by a testator that names one to whom property is to be handed over on the death or at a fixed time or under specified circumstances : also (tech law) : a designation under civil law of a person to succeed to an other as beneficiary of an estate as a means of settling property and involving a fideicommisum) : the replacing of a quantity by another of equal value or of a variable by a value or of an algebraic expression or function by one equal in value : (1) : a bond that discharges an earlier obligation by the likely resolution in place of a likelier resolution (2) : a discount or a change of fingers on a digital of a keyboard musical instrument : (3) : a chemical reaction in which one or more atoms or groups in a molecule are replaced by equivalent atoms or groups to form at least two products; *esp* : the replacement of a hydrogen atom in an organic compound by another element or group (the chlorination of methane gives methyl chloride) — substitutes (an addition, compare EXCHANGE **2 :** the replacing of one linguistic form by a substitute on a context : (1) : the using of a word in a grammatical position ordinarily occupied by another

**sub·sti·tu·tion·al** \ʸ+, -shnal, -shən-l\ *adj* : SUBSTITUTIONARY — **sub·sti·tu·tion·al·ly** \-ē\ *adv*

**sub·sti·tu·tion·ary** \ʸ+,shə,nerē\ *adj* : relating to or characterized by substitution

**sub·sti·tu·tive** \'səbstə't(y)üd-iv, -bst-, -tiv-, -tə,y-\ *adj* : of, relating to, or constituting substitution : tending to promote substitution — **sub·sti·tu·tive·ly** \~lē\ *adv*

**substitution of parties** *n* : the change of parties to a legal action (as by the death of one of the parties and the substitution of his executor or administrator as a party)

of a foot other than the prevailing foot of the series or of a silence that replaces expected sound and occupies the time of a foot or syllable — compare INVERSION, IONIC DISPLACEMENT **g** (1) : the deceptive replacing of one material or product by another of less worth **(2)** : the natural economic tendency for the less costly of two or more competing agencies to replace the more costly **h** (1) : the turning from an obstructed desire to another desire whose gratification is socially acceptable (2) : the turning from an obstructed form of behavior to a different and often more primitive expression of the same tendency ⟨a ~ neurosis⟩ (3) : the reacting to each of a set of stimuli by a response prescribed in a key ⟨a ~ test for speed of learning new responses⟩ **2 :** something that functions as a substitute or exists in a particular relation as a result of an act of substituting: as **a 1 :** material substituted (the ~ was found to be harmless) **b :** a sound change consisting in the replacement or apparent replacement of one vowel or consonant by another **c :** an instance of linguistic substitution **d :** a cipher or method of ciphering that replaces messages or letters or polygraphs with substitutes

**sub·sti·tu·tion·al** \ʸ+-(y)üt)'ūshən'l, -shnəl\ *adj* : of, relating to, or representing substitution — **sub·sti·tu·tion·al·ly** \ʸ-lē, -əl-ē\ *adv*

**sub·sti·tu·tion·ary** \ʸ-shə,nerē\ *adj* : of or relating to substitution : serving by way of a substitute : SUBSTITUTIONAL

**substitution instance** *n* : a statement in logic derived from a statement form by substitution of constants for variables

**substitution rule** *n* **1 :** a principle in logic specifying what expressions may be substituted for one another ⟨a *substitution rule* specifying that the definiendum may replace the definiens⟩

**substitution tables** *n pl* : tables of sentences in which equivalents may be substituted for their elements and which are used esp. in grammar drill

**sub·sti·tu·tion·ist** \ʸ+-shənəst\ *n* : a metalliferous vein formed by the partial or complete substitution of the vein material for the original rock or mineral — called also *replacement vein*

**sub·sti·tu·tive** \'səbztə,t(y)üd-iv, -bst-, -tə,tyü-, -til, *lēv-,* also *law's*, *adj* [L *substitutivus* (past part.) + E *-ive*] tending to afford or furnish a substitute ⟨a suitable as a replacement⟩ making or capable of substitution — **sub·stit·u·tive·ly** \ʸ-lē, -ē\ *adv*

**sub·sto·ry** \'səb- + \ [*sub-* + *story*] : a lower story; *specif* : a layer of forest growth that does not reach to the canopy ⟨a ~ of shrubby growth and young replacement⟩

**sub·stract** \səb'trakt, -bˈst-\ *vb* -ED/-ING/-S [L *substractus*, past part. of *substrahere* to draw (from beneath, withdraw, alter. (influenced by L *subs-, var. of sub-*) of L *subtrahere* — more at SUBTRACT] : SUBTRACT (a way to subtract one from, the quantity of *labor* necessary—Jeremy Bentham)

**sub·stra·tose** \ʸ+-,tōs\ *adj* -S [*ML substractio-*, *substractio*, fr. L *substractus* (past part.) + L *-ion*-, *-io* -ion] : SUBTRACTION (rendering back to us with additions or ~, the treaty which existing things have of themselves presented to him —Thomas Carlyle) **2 :** recent misappropriation of property and *esp.* from a decedent's estate : EMBEZZLEMENT

**sub·stra·tal** \'səb- + \ *adj* [*substratum* + *-al*] : of or relating to, or constituting a substrate or substratum

**sub·stra·tive** \'səb+, -əd-iv, -bst-, adj* : indistinctly or irregularly stratified

**sub·stra·tosphere** \ʸ+-\ *n* [ISV *sub-* + *stratosphere*] : the region of the atmosphere just below the stratosphere — **sub·strato·spheric** \ʸ+, -'spherik\ *adj*

**sub·stra·tum** \'səb+, -, *pl* **substrata** *also* **substratums** [ML, fr. *neut. of L substratus, past part. of substernere* to spread under, strew under, fr. *sub-* + *sternere* to strew — more at STREW] **1 :** something that is laid or spread under another : the ground or basal layer of something: as **a** : underlying or supporting layer : FOUNDATION: as **b** (1) : a permanent characteristic support of properties of a thing or reality : SUBSTANCE **b** (2) : such a support regarded as a material substrate (3) : a basic material of which something is made and from which it derives its special qualities (protoplasm is the physical ~ of life) **c** : a layer of rock or earth beneath the surface soil; *specif* : SUBSOIL **d 1** : SUBSTANCE 2 **2** : a thin coating (as of hardened gelatin) on the support of a photographic film or plate to facilitate the adhesion of the sensitive emulsion **3 :** a language that is extinct in particular region but is believed to have left traces of its structure in a current or more recently introduced language of that region as a result of imperfect learning of the introduced language by the native population

**sub·strate** \'səb-, + \ *adj* [*substrate* adj.] : indistinctly or irregularly stratified

**sub·strate** \ʸ+-\ *n* **1 :** SUBSTRATUM **2 :** the base on which an organism lives (the soil is the ~ of most plants); *also* : the chemical species acted upon and transformed by a chemical catalyst; *specif* : a substance upon which an enzyme acts **3** : an underlying layer : FOUNDATION

**sub·struc·tion** \ʸ+\ *n* [ML, fr. *substruction-*, *substructio*, fr. L *substructus* (past part. of *substruere*)] : an underlying or supporting part of a fabric (as a foundation)

**sub·struc·tion·al** \ʸ+-l, -shnal\ *adj* : of, relating to, or constituting a substruction

**sub·struc·ture** \'səb-, + \ [*sub-* + *structure*] **1 :** UNDERSTRUCTURE, GROUNDWORK: as **a 1 :** the foundation of a building or other structure **b 1 :** the earth roadway supporting the ballast and track of a railway line **2 :** a basic underlying part of the subtyle —

**sub·style** *also* **sub·stile** \'səbz,tīl, -b'st-\ *n* [*sub-* + *style* or *stile*, II *stile style*, fr. ModL *substylus* line on which the gnomon of a dial is erected and which constitutes the common section of the face of dial and a plane perpendicular to it and passing through the gnomon

**sub·sul·tus** \'səb+\ *n* **-es** [*subsist* + a basic suffix

**sub·sul·tive** \'səb+ʸ-, -tiv\ [L subsultus (past part. of subsilire* to leap up, fr. *sub-* + *-silire*, fr. *salire* to leap) + E *-ory* — more at SALIENT] : involving or marked by or affected by sudden jerky or spasmodic motion (~ movement of the muscles) (~ tremor)

**sub·sume** \'səb-, b'st+\ *adj* [L *sumere* to take up, take — more at ASSUME] **1 :** to view, list, or rate as a component of a more comprehensive classification, summation, or synthesis : encompass as a part, example, or phase **2** : to classify a particular (as a type or a specific instance or facts) as part of a larger scheme or principle (Newtonian physics has not been overthrown so much as subsumed under a more encompassing scheme —*Times Lit. Supp.*) **2 :** to take up into a synthesis ⟨ASSUME, DEDUCE; *also* : to sum up ⟨ SUMMARIZE **b** : to form the SUBSUMPTION: as **a** : to furnish the minor premise of a syllogism : **b** : something that is subsumed

**sub·sum·ma·tion** \'səb-, +\ *n* [*sub-* + *summation*]: the minor summation : a lesser (influence of summation) fr. summa sum)

**sub·sump·tion** \'səb-, sʸmcshan, -b'st-\ *n* [ML *subsumption-*, *subsumptio*, fr. *subsumptus* (past part. of *subsumere* to take under) + *-ion*-, *-io* -ion] : the act or an instance of subsuming: as **a** : the minor premise of a syllogism (the usual logical procedure under Scots law requires ingenuity in relating the major premise of the accused's guilt and a narrative of the material facts, or *comparable minor*, in formal logic : the subsuming of one notion or concept under another as part of a systematic arrangement **b** : something that is subsumed

**surrender**                2302                **survival**

possession of use, for the sake of another : assent to loss of possession or exercise of the power or control over ⟨~ed his chair to the lady⟩ (benefits bestowed by science which we are not anxious to ~ —J.W.Krutch⟩ **3** **a** : to give (oneself) up into the power of another esp. as a prisoner **b** : to give (oneself) over to something (as an influence or course of action) : abandon or devote (as oneself) entirely to something without restraint, reservation, or further resistance (the individual ... had ~ed himself to destructive ideologies —F.Hill⟩ ⟨~ed his mind to more frivolous pursuits —George Meredith⟩ ~ vi **1** : to give oneself up into the power of another : YIELD (ordered the troops to ~⟩ (the enemy must soon ~⟩ SYB see RELINQUISH

**sur-ren-der** \"\, n -s [ME, fr. AF, fr. MF surrendre to deliver, yield (taken as n.)] **1 a :** the action of yielding one's person or giving up the possession of something into the power of another : ABANDONMENT, RESIGNATION ⟨complete ~ of initiative to the adversary —S.L.A.Marshall⟩ (the heroine's ... ~ to drugs, nymphomania, or catatonic dementia —Malcolm Cowley⟩ **b :** the action of yielding a particular estate to the person who has an immediate interest in remainder or reversion, merging the surrendered estate in the greater one (the ~ of a lease to the landlord before its expiration) (the ~ of a legal tenancy in a copyhold estate to the lord of the manor⟩ — compare RELEASE, RENUNCIATION **c :** the relinquishment by a patentee of his rights or claims under a patent **d** or **surrender** by bail : the delivery of a principal into lawful custody by his bail **e :** the assignment of his assets to his creditors by a ... bankrupt debtor **f** : the voluntary cancellation of the legal liability of an insurance company by the insured and beneficiary for a consideration — see SURRENDER VALUE **g :** the delivering up of a fugitive from justice by one government (as of a foreign country) to another — compare EXTRADITION **1** **2 :** an instance of surrendering

**surrender charge** n : a forfeit or penalty generally charged by a life insurance company against the value of a policy surrendered or allowed to lapse

**sur-ren-der-ee** \sə̇"rendə·̇/ə\, n -s [¹surrender + -ee] : one to whom a surrender (as of an estate) is made

**sur-ren-der-or** \sə̇"rendə(r), s|̇rendə̇/ö(r)\, n -s [¹surrender + -or] : one that makes a surrender (as of an estate)

**surrender value** n : the cash value of an insurance policy that may be taken in cash or applied to the purchase of fractional paid-up or extended term insurance

**sur-ren-dry** \sə̇"rendrē\, n -ES [¹surrender + -y] archaic : SURRENDER

**sur-rep-ti-tious** \,sər-ip'tishəs, ,sə·rəp-\ adj [ME surreptitious, fr. L surrepticius, surreptitius, fr. surreptus (past part. of surripere, subripere to snatch away, take away secretly, fr. sub- secretly, under + -ripere, fr. rapere to seize) + -icius, -itius] : done by stealth : SLY, RAPID **1** **2 :** marked by underhanded fraud or suppression of truth (a ~ ordinance⟩ **2 a :** executed, obtained, used, done, or rendered with often clever or deft circumvention of proper standards, sanction, or authority (enjoyed by stealth⟩ (CLANDESTINE ⟨a ~ removal of goods⟩ (~ pleasures⟩ **b** : of fraudulent, spurious, or unauthorized issue ... (made or introduced fraudulently (a ~ copy of a book⟩ **c :** acting in secret or by stealth (doing something clandestinely ⟨ SLY, STEALTHY (glancing at the clock with a ~ eye —H.S. Scott⟩ SYN see SECRET

**sur-rep-ti-tious-ly** adv : in a surreptitious manner (publication was continued ~ during the war —Amer. Guide Series: Va.⟩

**surreverence** obs var of SIR-REVERENCE

**sur-rey** \"sər-ē\, "s|̇ər-ī, |ī\ adj, usu cap [Surrey, county in southern England] **1** : of or from the county of Surrey, England **2** of the kind or style prevalent in Surrey

**²surrey** \"\, n -s [fr. Surrey (cart), English pleasure cart with an open tabrule seat introduced into the U.S. in 1872, fr. Surrey, county in southern England where it was first built ] **1** : a four-wheel 2 seated pleasure carriage resembling a cabriolet but having a straight or nearly straight bottom and sometimes cut under **2** : an early motor vehicle resembling a surrey in design

**surrey green** n, often cap **3** : a grayish yellow green to pale green that is darker than the color tea



surrey

**sur-ro-ga-cy** \"sɔrəgəsē\ n -ES : the office of surrogate

**sur-ro-gate** \"sɔrə,gāt, ˈsʌr-, -ād-+V\, vt -ED/-ING/-s [L surrogatus, past part. of surrogare, subrogare to substitute, fr. sub- in place of, under + rogare to ask — more at ¹RIGHT] **1 :** to put in the place of another: **a** : to appoint as successor, deputy, or substitute for oneself **b** : SUBSTITUTE **²sur-ro-gate** \-gā̇t, -ˌgā̇t, usu -d-+V\, n -s [L surrogatus, past part. of surrogare, subrogare to substitute] **1 a :** a person appointed to act in place of another : DELEGATE, DEPUTY, SUBSTITUTE (the Lord Chief Justice ... acted as ~ for the Earl Marshal —Notes & Queries⟩ (college presidents or their ~s appealed for a revival of idealism —M.J.Adler⟩ **b :** the deputy of an ecclesiastical judge (as a bishop or a bishop's chancellor) in the Church of England, esp. one who grants marriage licenses ... **c** : a local judicial officer in New York and some other states who has jurisdiction over the probate of wills and testaments and the settlement of estates and often has power to appoint and supervise guardians of infants and other incompetent persons — compare PREROGATIVE COURT **2 :** something that replaces or serves as a substitute for another (the letter *j* as a ~ for *i* —Arthur Minton⟩ (regard written language as only a ~ of oral communication —J.B. ...⟩ **3 :** an artificial or synthetic product used as a substitute for a natural product **c :** a representation of a person substituted through symbolizing (as in a dream) for conscious recognition of the person (persons like teachers who represent mother ~s —R.R.Sears⟩ SYN see RESOURCE

**surrogate** \"\ adj : constituting a surrogate : serving in place of or standing for something else ( SUBSTITUTE (a sort of ~ father to him —Brendan Gill⟩ (introduces a native girl to offer the glowing husband a ~ satisfaction —John Beckham⟩

**sur-ro-ga-tion** \,sɔrə'gāshən\ n -s [ML surrogation-, surrogatio, fr. L surrogatus (past part.) + -ion-, -io] : the action of surrogating **1** : SUBSTITUTION, SUBROGATION **2 :** an instance of surrogating

**¹sur-round** \sə̇'raund, ˌ+b -ED/-ING/-s [ME surrounden to overflow, modif. (influenced by rounden to round) of MF suronder, surononder, fr. L.L. superundare, fr. L super- + undare to rise in waves, fr. unda wave — more at ¹ROUND, ¹WATER] vt **1 :** to enclose on all sides ( ENVIRON, ENCIRCLE ( FLOW, SUBMERGE **2** (influenced its meaning by ¹round⟩ : to be situated or found around, about, or in a ring around: **a** : to extend around, encircle, or surround (the crowd ~ed the victor) **b :** to live around on all or most sides (the ~ed ... distinct from the more negroid people who ~ them —C.D. Forde⟩ **c :** to form or be the retinue, entourage, or court of (flatterers who ~ the duke⟩ **d :** to be present around, about, or near in the character of an attribute, characteristic, or natural or accustomed motif (we all ~ed by objects which represent the oddity of our own temperaments —Virginia Woolf) **e :** to constitute part of the determining environment or accustomed condition of ( ENVIRON (the snow and ice which ~ the earth's polar regions —J.G. Vaeth⟩ **f :** to form a ring around ( extend around or about the edge of (constitute a curving or circular boundary of (be adjacent to all around or in most directions) ( ENCIRCLE (woodland patches ~ the village —Amer. Guide Series: Vt.⟩ (house ~ed on three sides by a wide veranda —Amer. Guide Series: N.H.⟩ **g** (¹) : to envelop in or as if in a cloud or mist (a fog ~ the ship) (complete secrecy ~ed the meeting —Current History⟩ (the silence that ~ed them —Walter O'Meara⟩ (²) : to encase or cover like pulp around a core (a hand black shell ~ed by a pulpy, fibrous covering —Tom Marvel⟩ **3 :** to occur or be next, near, adjacent to, or before and after in a sequence or order (the years that ~ed the American Revolution⟩ **3 :** to cause to be encompassed, encircled, or enclosed



synusia 2322 systematically

**syn·u·sia** \sī'n(y)ü̇zh(ē)ə, -zēə\ *n, pl* **syn·usi·as** \-z(h)ē(ə)s\ [NL, fr. Gk *synousia* social intercourse, society, company, fr. *synous-* (part. stem of *syneinai* to come together), assem. gather, fr. *syn-* + *einai* to be) + *-ia* — more at SI] : a structural unit of a major ecological community characterized by relative uniformity of life-form or of height and one, constituting a particular stratum of that community (the herbaceous ~ of open forest) — **synusial** *adj*

**syph** \'sif\, *n* -s [by shortening] : SYPHILIS

**sy·pha·cia** \sī'fāsh(ē)ə\, *usu cap* [NL, fr. L *sipho*, *siphon* tube, pipe + *-acea*, fem. of *-aceus -aceous* — more at SIPHON] : a genus of nematode worms (family Oxyuridae) including a species (*S. obvelata*) normally parasitic in the cecum and colon of rodents and rarely in man

**syph·i-** *or* **syphilo-** *comb form* [NL, fr. *syphilis*] : syphilis (*syphilology*) (*syphiloma*)

**syph·i·lid** \'sif·ə·ləd\, *n* -s [NL *syphilides*, fr. *syphilis* + *-ides -id*] : a syphilitic id

**syph·i·lis** \'sif(ə)ləs\, *n* -es [NL, after *Syphilus*, the supposed first sufferer from the disease and the hero of the poem *Syphilis sive Morbus Gallicus* (1530), by Girolamo Fracastoro †1553 Ital. physician, astronomer, and poet] : a chronic, contagious, usu. venereal, and often congenital disease caused by a spirochete (*Treponema pallidum*) and characterized by a clinical course in three stages continued over many years and lesions that may involve many organs and tissues of the body — see PRIMARY SYPHILIS, SECONDARY SYPHILIS, TERTIARY SYPHILIS

**syph·i·lit·ic** \₁sif-ə-'lit-ik, -'lit-, -'lit-\ *adj* [NL *syphiliticus*, fr. *syphilis* + L *-iticus -itic*] : of, relating to, or infected with syphilis

**syphilitic** \"\, *n* -s : a person infected with syphilis

**syph·i·li·za·tion** \₁sif(ə)ləˈzāshən\, *n* -s [F *syphilisation*, fr. *syphiliser* + *-ation*] 1 : the condition of being infected with syphilis 2 : the act or process of inoculating with the spirochete (*Treponema pallidum*)

**syph·i·lize** \'sif(ə)ˌlīz\, *vt* -ED/-ING/-S [F *syphiliser*, fr. *syphilis* + *-iser -ize*] 1 : to inoculate with syphilis 2 : to introduce syphilis among

**syph·i·lo·derm** \'sif·əl(ō)ˌdərm\, *n* *or* **syph·i·lo·der·ma** \₁sif(ə)l(ō)ˈdərmə\ *n, pl* **syphiloder·ma·ta** \-ˈdermətə\, [NL, fr. *syphilo-* + *-derma*] : a syphilitic skin eruption

**syph·i·log·ra·phy** \₁sif-ə-ˈlägrəfē\ *n* -s [*syphilography* + *-er*] : one who writes scientifically about syphilis

**syph·i·lo·phobe** \'sif·əl(ō)ˌfōb\ *n* -s [*syphilo-* + *-phobe*] : one who dreads the contracting of syphilis

**syph·i·lo·phobia** \₁sif(ə)l(ō)ˈfōbēə\ *n* -s [NL, fr. *syphilo-* + *-phobia*] : abnormal dread of syphilis or fear of being infected with it

**syph·i·lo·psy·cho·sis** \"-ˌsīˈkōsəs\ *n* : *psychosis*[?] : a mental disorder resulting from syphilis of the brain

**syph·i·lo·ther·a·py** \"-ˌ\ *n* [*syphilo-* + *therapy*] : the treatment of syphilis (~ *with penicillin*)

**sys·ta·lt·ic** \səˈstȯltik, -'stäl-\ *adj* [Gk *systaltos* (verbal of *systellein* to contract) + E *-ic* — more at SYSTOLE] : marked by regular contraction and dilatation : PULSING CON- : action of the heart) (flux and reflux of ~ tides — W.P. Watkins)

**sys·tem** \'sistəm\, *n* -s [LL *systema*, fr. Gk *systēma*, fr. *synistanai* to bring together, combine, fr. *syn-* + *histanai* to cause to stand — more at STAND] 1 a : a complex unity formed of many often diverse parts subject to a common plan or serving a common purpose b : an aggregation or assemblage of objects joined in regular interaction or interdependence : a set of units combined by nature or art to form an integral, organic, or organized whole : an orderly working totality : a coherent unification (the notion implicit in the word *universe* expresses an act of faith, for it projects — far beyond the evidence) c : a group of bodies (as the solar system) moving together in an interrelated pattern or under the influence of related forces or attractions d : the related body organs that cooperate in performing one of the fundamental vital functions

WEBSTER'S
Ninth New
Collegiate
Dictionary

Copyright © 1984 by Merriam-Webster Inc.

Philippines Copyright 1984 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

Based on Webster's third new international
dictionary.
Includes index.
1. English language—Dictionaries.   I. Merriam-
Webster Inc.
PE1628.W5638    1983       423      83-19499
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this work covered by the copyrights hereon may be re-
produced or copied in any form or by any means—graphic, electronic, or mechanical,
including photocopying, taping, or information storage and retrieval systems—without
written permission of the publisher.

Made in the United States of America

678RMcN84

**1176**  subscriber • substitutable

PORT  ~ vi  1 : to sign one's name to a document  2 : to give consent or approval to something written by another (found him unwilling to ~ to the agreement)  b : to set one's name to a paper in token of promise to give something (as a sum of money); also : to give something in accordance with such a promise  c : to enter one's name for a publication or service; also : to receive a periodical or service regularly on order  d : to agree to purchase and pay for securities esp. of a new offering (subscribed for 1000 shares)  5 : to feel favorably disposed (I ~ to your sentiments)  syn see ASSENT — **sub·scrib·er** n

**sub·script** \'səb-ˌskript\, n [L. subscriptus, pp. of subscribere] (1895) : a distinguishing symbol (as a letter or numeral) written immediately below or to below and to the right or left of another character — **subscript** adj

**sub·scrip·tion** \səb-'skrip-shən\ n [ME. subscripcioun signature, fr. L subscription-, subscriptio, fr. subscriptus, pp.] (15c)  1 a : the act of signing one's name (as in attesting or witnessing a document)  b : the acceptance (as of ecclesiastical articles of faith) attested by the signing of one's name  2 : something that is subscribed: as  a : an autograph signature; also : a paper to which a signature is attached  b : a sum subscribed  3 : an arrangement for providing, receiving, or making use of something of a continuing or periodic nature on a prepayment plan: as  a : a purchase by prepayment for a certain number of issues (as of a periodical)  b : application to purchase securities of a new issue  c : a method of offering or presenting a series of public performances

**subscription TV** n (ca. 1954) : pay-TV that broadcasts programs directly over the air to customers provided with a special receiver — called also subscription television; compare PAY-CABLE

**sub·sec·tion** \'səb-ˌsek-shən\ n (1621)  1 : a subdivision or a subordinate division of a section  2 : a subdivision part or branch

**sub·se·quence** \'səb-si-ˌkwen(t)s, -si-ˌkwən(t)s\ n (1500) : the quality or state of being subsequent; also : a subsequent event

**sub·se·quence** \'səb-'si-ˌkwən(t)s, -ˌsē-\ n (ca. 1942) : a mathematical sequence that is part of another sequence

**sub·se·quent** \'səb-si-kwənt, -sə-ˌkwent\ adj [ME, fr. L subsequent-, subsequens, prp. of subsequi to follow close, fr. sub- near + sequi to follow — more at SUB, SUE] (15c) : following in time, order, or place : SUCCEEDING — **subsequent** n — **sub·se·quent·ly** \-kwent-lē, -kwənt-\ adv — **sub·se·quent·ness** \-kwent-, -kwənt-\ n

**sub·serve** \(ˌ)səb-'sərv, vt [L subservire to serve, be subservient, fr. sub- + servire to serve] (1661)  1 : to promote the welfare or purposes of  2 : to serve as an instrument or means in carrying out

**sub·ser·vi·ence** \səb-'sər-vē-ən(t)s, n (1676)  1 : a subservient or subordinate place or function  2 : obsequious servility

**sub·ser·vi·en·cy** \-ən-sē\ n (1651) : SUBSERVIENCE

**sub·ser·vi·ent** \-ənt, adj [L subservient-, subserviens, prp. of subservire] (1632)  1 : serving to promote some end  2 : useful in an inferior capacity : SUBORDINATE  3 : obsequiously submissive : TRUCKLING — **sub·ser·vi·ent·ly** adv

**syn** SUBSERVIENT, SERVILE, SLAVISH, OBSEQUIOUS mean showing or characterized by extreme compliance or abject obedience. SUBSERVIENT implies the cringing manner of one very conscious of a subordinate position (domestic help was expected to be properly subservient) SERVILE suggests the mean or fawning behavior of a slave (a political boss and his entourage of servile hangers-on) SLAVISH suggests or debased servility (the slavish status of migrant farm workers) OBSEQUIOUS implies fawning or sycophantic compliance and exaggerated deference of manner (waiters who are obsequious in the presence of celebrities)

**sub·set** \'səb-ˌset\ n (1902) : a set each of whose elements is an element of an inclusive set

**sub·shrub** \'-ˌshrəb, esp Southern -ˌsrəb\ n (1851) : a perennial plant having woody stems except for the terminal part of the new growth which is killed back annually; also : a low shrub

**sub·side** \səb-'sīd\ vi **sub·sid·ed; sub·sid·ing** [L subsidere, fr. sub- + sidere to sit down, sink; akin to L sedēre to sit — more at SIT] (1646)  1 : to sink or fall to the bottom : SETTLE  2 : to tend downward : DESCEND; esp : to flatten out so as to form a depression  3 : to let oneself settle down : SINK (subsided into a chair)  4 : to become quiet or less (as the fever ~s) (my anger subsided)  syn see ABATE — **sub·si·dence** \səb-'sīd-ᵊn(t)s, 'səb-səd-ᵊn(t)s\, n

**sub·sid·i·ary** \səb-'sid-ē-ˌer-ē, -'sid-ə-rē\ adj [L subsidiarius, fr. subsidium reserve troops] (1543)  1 a : furnishing aid or support : AUXILIARY (~ details)  b : of secondary importance : TRIBUTARY (a ~ stream)  2 : of, relating to, or constituting a subsidy (a ~ payment to an ally) — **sub·sid·iar·i·ly** \-ˌsid-ē-'er-ə-lē\ adv

**2subsidiary** n, pl **-ar·ies** (1603) : one that is subsidiary; esp : a company wholly controlled by another

**sub·si·dize** \'səb-sə-ˌdīz, -zə-\ vt **-dized; -diz·ing** (1795) : to furnish with a subsidy: as  a : to purchase the assistance of by payment of a subsidy  b : to aid or promote (as a private enterprise) with public money (~ a steamship line) — **sub·si·di·za·tion** \ˌsəb-səd-ə-'zā-shən, -ˌzad-\ n — **sub·si·diz·er** n

**sub·si·dy** \'səb-səd-ē, -zəd-\ n, pl **-dies** [ME, fr. L subsidium reserve troops, support, assistance, fr. sub- near + sedēre to sit — more at SIT] (14c) : a grant or gift of money: as  a : a sum of money formerly granted by the British Parliament to the crown and raised by special taxation  b : money granted by one state to another  c : a grant by a government to a private person or company to assist an enterprise deemed advantageous to the public

**sub·sist** \səb-'sist\ vb [LL subsistere to exist, fr. L to come to a halt, remain, fr. sub- + sistere to come to a stand; akin to L stare to stand — more at STAND] vi (1549)  1 a : to have existence : BE  b : PERSIST, CONTINUE  2 : to have or acquire the necessities of life (as food and clothing); esp : to nourish oneself (~ing on roots, berries and grubs)  3 : to hold true  b : to be logically conceivable as the subject of true statements ~ vt : to support with provisions

**sub·sis·tence** \səb-'sis-tən(t)s\ n [ME, fr. LL subsistentia, fr. subsistent-, subsistens, prp. of subsistere] (15c)  1 a : (1) : real being : EXISTENCE (an abstraction without real ~)  (2) : the condition of remaining in existence : CONTINUATION, PERSISTENCE  b : an essential characteristic quality of something that exists  c : the character possessed by whatever is logically conceivable  2 : means of subsisting: as  a : the minimum (as of food and shelter) necessary to support life  b : a source or means of obtaining the necessities of life — **sub·sis·tent** \-tənt\ adj

**subsistence farming** n (1937) : farming or a system of farming that provides all or almost all the goods required by the farm family use without any significant surplus for sale  2 : farming or a system of farming that produces a minimum and often inadequate return to the farmer — called also subsistence agriculture — **subsistence farmer** n

**sub·so·cial** \ˌsəb-'sō-shəl, 'səb-\ adj (ca. 1909) : incompletely social; esp : tending to associate gregariously but lacking fixed or complex social organization (~ insects)

**1sub·soil** \'səb-ˌsȯil\ n (1799) : the stratum of weathered material that underlies the surface soil

**2subsoil** vt (1840) : to turn, break, or stir the subsoil — **sub·soil·er** n

**sub·so·lar point** \səb-'sō-lər-\ n (1908) : the point on the surface of the earth or a planet at which the sun is at the zenith

**sub·son·ic** \ˌsəb-'sän-ik, 'səb-\ adj [ISV] (1942)  1 : of, relating to, or being a speed less than that of sound in air  2 : moving, capable of moving, or utilizing air currents moving at a subsonic speed  3 : INFRASONIC 1 — **sub·son·i·cal·ly** \-i-k(ə-)lē\ adv

**sub·space** \'səb-ˌspās\ n (1927) : a subset of a space; esp : one that has the essential properties (as those of a vector space or topological space) of the including space

**sub·spe·cial·ty** \ˌsəb-'spesh-əl-tē, 'səb-\ n (1926) : a subordinate field within a specialty (as in medicine)

**sub·spe·cies** \'səb-ˌspē-shēz, -sēz\ n [NL] (1699) : a subdivision of a species: as  a : a taxonomic category that ranks immediately below a species and designates a morphologically or physiologically distinguishable and geographically isolated group whose members interbreed successfully with those of other subspecies of the same species where their ranges overlap  b : a named subdivision (as a race or variety) of a taxonomic species — **sub·spe·cif·ic** \ˌsəb-spi-'sif-ik\ adj

**sub·stage** \'səb-ˌstāj\ n (1888) : an attachment to a microscope by means of which accessories (as mirrors, diaphragms, or condensers) are held in place beneath the stage of the instrument

**sub·stance** \'səb-stən(t)s\ n [ME, fr. MF, fr. L substantia, fr. substant-, substans, prp. of substare to stand under, fr. sub- + stare to stand — more at STAND] (14c)  1 a : essential nature : ESSENCE  b : a fundamental or characteristic part or quality  c : Christian Science : GOD  2 a : ultimate reality that underlies all outward manifestations and change  b : practical importance : MEANING, USEFULNESS (the ... bill — which will be without ~ in the sense that it would nothing more than a set of ideas —Richard Reeves)  3 a : physical material from which something is made or which has discrete existence  b : matter of particular or definite chemical constitution  4 : material possessions : PROPERTY (a man of ~) — **sub·stance·less** \-ləs\ adj — in **substance** : in respect to essentials : FUNDAMENTALLY

**substance P** n (1942) : a protein present esp. in the gastrointestinal tract and pituitary gland that causes reduction in blood pressure and contraction of smooth muscle and that is thought to function as a neurotransmitter

**sub·stan·dard** \ˌsəb-'stan-dərd, 'səb-\ adj (1897) : deviating from or falling short of a standard or norm: as  a : of a quality lower than that prescribed by law  b : conforming to a pattern of linguistic usage existing within a speech community but not that of the prestige group in that community — compare NONSTANDARD  c : constituting a greater than normal risk to an insurer

**sub·stan·tial** \səb-'stan-chəl\ adj (14c)  1 a : consisting of or relating to substance  b : not imaginary or illusory : REAL, TRUE  c : IMPORTANT, ESSENTIAL  2 : ample to satisfy and nourish : FULL (a ~ meal)  3 a : possessed of means : WELL-TO-DO  b : considerable in quantity : significantly large (earned a ~ wage)  4 : firmly constructed : STURDY  5 : being largely but not wholly that which is specified (a ~ lie) — **substantial** n — **sub·stan·ti·al·i·ty** \-ˌstan-chē-'al-ət-ē, n — **sub·stan·tial·ness** \-'stan-chəl-nəs\ n

**sub·stan·tia ni·gra** \səb-ˌstan-chē-ə-'nī-grə, -'nig-rə\ n, pl **substan·ti·ae ni·grae** \-chē-ˌē-'nī-(ˌ)grē, -ˌnig-(ˌ)rē\ [NL, lit. black substance] (1855) : a layer of deeply pigmented gray matter situated in the mid-brain and containing the cell bodies of a tract of dopamine-producing nerve cells whose secretion tends to be deficient in Parkinson's disease

**sub·stan·ti·ate** \səb-'stan-chē-ˌāt\ vt **-at·ed; -at·ing** (1657)  1 : to give substance or form to : EMBODY  2 : to establish by proof or competent evidence : VERIFY (~ a charge)  syn see CONFIRM — **sub·stan·ti·a·tion** \-ˌstan-chē-'ā-shən\ n — **sub·stan·ti·a·tive** \-'stan-chē-ˌāt-iv\ adj

**sub·stan·ti·val** \ˌsəb-stən-'tī-vəl\ adj (1832) : of, relating to, or serving as a substantive — **sub·stan·ti·val·ly** \-və-lē\ adv

**1sub·stan·tive** \'səb-stən-tiv\ adj [ME substantif, fr. MF, fr. substantif, adj., having or expressing substance, fr. LL substantivus] (14c)  1 : having substance : ENDURING  2 : belonging to the substance of a thing  3 a : ESSENTIAL  c : expressing existence (the ~ verb is the verb to be)  b : requiring or involving no mordant (a ~ dye)  4 : having substance : PERMANENT, ENDURING  5 : belonging to the substance of a thing  6 : ESSENTIAL  c : expressing existence (the ~ verb is the verb to be)  b : requiring or involving no mordant (a ~ dye)  logic  4 : considerable in amount or numbers : SUBSTANTIAL  5 : concerning and defining rights and duties (~ law) — having substance involving matters of major or practical importance to all concerned  6 : dealing with principles rather than with procedure  7 : applying to discussions among world leaders) — **sub·stan·tive·ly** adv — **sub·stan·tive·ness** n

**2substantive** n (1796) : a word or word group functioning syntactically as a noun

**substantive right** n (1939) : a right (as of life, liberty, property, or reputation) held to exist for its own sake and to constitute part of the normal legal order of society

**sub·sta·tion** \'səb-ˌstā-shən\ n (1890)  1 : a branch post office  2 : a subsidiary station in which electric current is transformed

**sub·sti·tu·ent** \səb-'stich-ə-wənt\ n [L substituent-, substituens, substituere] (1895) : an atom or group that replaces another atom or group in a molecule — **substituent** adj

**sub·sti·tut·able** \ˌsəb-stə-t(y)üt-ə-bəl\ adj (1805) : capable of being substituted — **sub·sti·tut·abil·i·ty** \-ˌstə-t(y)üt-ə-'bil-ət-ē\ n

**sub·sti·tute** \'səb-stə-ˌt(y)üt\ n [ME, fr. L substitutus, put in place of, fr. sub- + statuere to set up, place] (15c)  1 : a person or thing that takes the place of another — **substitute** adj

**2substitute** vb **-tut·ed; -tut·ing** vt (1555)  1 a : to put in place of another  b : to introduce (an atom or group) to alter (as a compound) by introduction of a substituent (a substituted benzene ring)  2 : to take the place of serve as a substitute

**sub·sti·tu·tion** \ˌsəb-stə-'t(y)ü-shən\ n [ME, substitution, fr. LL substitution-, fr. LL substitutio-, substitutio, fr. substitutus] (14c)  1 : the act, process, or result of substituting one thing for another or the replacement of one mathematical entity by another one that is substituted for another — **sub·sti·tu·tion·al** \-shnəl, -shən-ᵊl\ adj — **sub·sti·tu·tion·al·ly** \-ē\ adv — **sub·sti·tu·tion·ary** \-shə-ˌner-ē\ adj

**substitution cipher** n (1936) : a cipher in which the original characters are systematically replaced by substitute letters

**sub·sti·tu·tive** \'səb-stə-ˌt(y)üt-iv\ adj (1668) : serving to substitute — **sub·sti·tu·tive·ly** adv

**sub·strate** \'səb-ˌstrāt\ n [NL substratum] (1810) : the base on which an organism lives (the soil is the ~ of plants)  3 : a substance acted upon (as by an enzyme)  2 : the stratum or layer just below the surface and identified by reference to the surface : the underlying surface : SUBSTRATUM

**sub·stra·tum** \'səb-ˌstrāt-əm, -ˌstrat-, 'səb-\ n, pl **-stra·ta** \-ə\ [NL, neut. of substratus, pp. of substernere to spread under, fr. sub- + sternere to spread — more at STREW] (1631) : an underlying support : a substance that is a permanent or basic one or phenomena  b : the material of which something is made  c : SUBSTANCE 2a

**sub·struc·ture** \'səb-ˌstrək-chər\ n (1726) : an underlying support or foundation; esp : the foundation of a building

**sub·sume** \səb-'süm\ vt **-sumed; -sum·ing** (1535) : to include or place within something larger or more comprehensive — **sub·sum·able** \-'sü-mə-bəl\ adj — **sub·sump·tion** \-'səm(p)-shən\ n

**sub·sur·face** \'səb-ˌsər-fəs\ n (1778) : earth material lying under the surface of the ground

**1sub·sur·face** \(ˌ)səb-'sər-fəs\ adj (1875) : of, relating to, or being located beneath a surface and esp. underground

**sub·teen** \'səb-ˌtēn\ n (1951) : a preadolescent child

**sub·tem·per·ate** \ˌsəb-'tem-p(ə-)rət, -ˌrāt\ adj (1852) : temperate (a ~ climate); also : of or relating to the cooler parts of the temperate zones

**sub·ten·ant** \'səb-ˌten-ənt\ n (1861) : the state of being a subtenant — **sub·ten·an·cy** \-ən-sē\ n

**sub·tend** \səb-'tend\ vt [L subtendere to stretch beneath, fr- sub- + tendere to stretch — more at THIN] (1570)  1 a : to be opposite to and to extend under or define (a chord subtends an arc)  b : to fix the angular extent of with respect to a center  2 : to enclose as the vertex (the angle ~ed at the eye I with and a fixed distance away) (a central angle)  c : to determine the measure of by marking off the ends (~an arc)  2 a : to underlie so as to include (a leaf and usu. lower position to and often so as to enclose (a ~ tract that ~s a flower)

**1sub·ter·fuge** \'səb-tər-ˌfyüj\ n [LL subterfugium, fr. sugg. evade, fr. subter- secretly (fr. subter under) + fugere to flee — more at UP, FUGITIVE] (1573)  1 : deception by artifice or stratagem in order to conceal, escape, deceptive device or stratagem  syn see DECEPTION

**2sub·ter·ra·ne·an** \ˌsəb-tə-'rā-nē-ən, -nyən\, also **sub·ter·ra·neous** \-nē-əs\ adj [L subterraneus, fr. sub- + terra earth] (15c)  1 : being, lying, or operating under the surface of the earth  2 : existing or working in secret : HIDDEN — **sub·ter·ra·neous·ly** adv

**sub·text** \'səb-ˌtekst\ n (1726) : the implicit or metaphorical meaning (as of a literary text) — **sub·tex·tu·al** \ˌsəb-'teks-chə(-wə)l\ adj

**sub·thresh·old** \ˌsəb-'thresh-(ˌ)hōld, -ˌshōld, 'səb-\ adj (1) : inadequate to produce a response (a ~ dose) (a ~ stimulus)

**sub·tile** \'sət-ᵊl, 'səb-ˌtīl\ adj (14c)  1 : SUBTLE  2 : SUBTLE — **sub·tile·ly** \-(ᵊl-)lē\ adv — **sub·tile·ness** n — **sub·til·ty** \'sət-ᵊl-tē\ n

**sub·ti·lin** \'sət-ᵊl-ən\ n [NL subtilis, specif. name of Bacillus] (1945) : an antibacterial substance produced by a strain of Bacillus amyloliquefaciens

**sub·ti·lize** \'sət-ᵊl-ˌīz\ vt **-ized; -iz·ing** (1590)  1 : to make subtile — **sub·ti·li·za·tion** \ˌsət-ᵊl-ə-'zā-shən\ n

**sub·ti·tle** \'səb-ˌtīt-ᵊl\ n, pl **-tles** (14c)  1 : a secondary or explanatory title  2 : a printed statement or fragment of dialogue appearing on the screen of a silent motion picture or appearing as a translation at the bottom of the screen during the scenes of a motion picture in a foreign language — **subtitle** vt

**sub·tle** \'sət-ᵊl\ adj **sub·tler \-(ᵊl-)ər\; sub·tlest** \-(ᵊl-)əst\ [ME, fr. OF soutil, fr. MF soutil, L subtilis] (14c)  1 a : delicate, elusive (a ~ fragrance)  b : difficult to understand or distinguish : OBSCURE (~ differences in sound)  REFINED (a writer's sharp and ~ moral sense)