**United States District Court**
For the Northern District of California

**E-FILED on** 12/18/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SPINAL KINETICS, INC., <br><br> Defendant. | No. C-09-1201 RMW <br><br> ORDER GRANTING MOTION FOR LEAVE TO AMEND PRELIMINARY INVALIDITY CONTENTIONS <br><br> **[Re Docket No. 60]** |

Defendant's motion for leave to amend its preliminary patent invalidity contentions came on for hearing before the court on December 18, 2009. Plaintiffs oppose the motion. At the hearing, both parties accepted the court's tentative ruling, which is hereby adopted as the order of the court. Defendant's motion for leave to amend its preliminary invalidity contentions is granted. Defendant shall have ten days to serve its amended preliminary invalidity contentions.

DATED: 12/18/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

**Jeffrey Martin Olson**
Email: jolson@sidley.com

**Matthew Spencer Jorgenson**
Email: mjorgenson@sidley.com

**Paul Howard Meier**
Email: pmeier@sidley.com

**Samuel N. Tiu**
Email: stiu@sidley.com


**Counsel for Defendants:**

**James W. Geriak**
Email: jgeriak@orrick.com

**Robert W. Dickerson**
Email: rdickerson@orrick.com

**Allan William Jansen**
Email: ajansen@orrick.com

**Kurt Timothy Mulville**
Email: kmulville@orrick.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 12/18/09                              TER
                                                 **Chambers of Judge Whyte**