JEFFREY M. OLSON (State Bar No. 104074) jolson@sidley.com
PAUL H. MEIER (State Bar No. 115999) pmeier@sidley.com
SAMUEL N. TIU (State Bar No. 216291) stiu@sidley.com
MATTHEW S. JORGENSON (State Bar No. 229131) mjorgenson@sidley.com
SIDLEY AUSTIN LLP
555 W. Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Plaintiffs
SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.

JAMES W. GERIAK (State Bar No. 32871) jgeriak@orrick.com
ROBERT W. DICKERSON (State Bar No. 89367) rdickerson@orrick.com
ALLAN W. JANSEN (State Bar No. 81992) ajansen@orrick.com
KURT T. MULVILLE (State Bar No. 149218) kmulville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558
Telephone: (949) 567-6700
Facsimile: (949) 567 6710

Attorneys for Defendant
SPINAL KINETICS, INC.

*E-FILED - 1/28/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SPINAL KINETICS, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 5:09-CV-01201 RMW <br><br> **STIPULATION TO EXTEND TIME FOR SUBMISSION OF RESPONSIVE AND REPLY CLAIM CONSTRUCTION BRIEFS AND ORDER** |

| | |
|---|---|
| 1 | Pursuant to this Court's Case Management Order, Plaintiffs submitted their Opening Claim Construction Brief pursuant to Patent Local Rule 4-5(a) on December 24, 2009, In the normal course, Defendant Spinal Kinetics, Inc.'s Responsive Claim Construction Brief, pursuant to Patent Local Rule 4-5(b), would have been due on January 7, 2010. Because of the loss of business days during the holiday period, Spinal Kinetics, Inc. has requested, and Plaintiffs have agreed, that Spinal Kinetics, Inc. may serve and file its Responsive Claim Construction Brief by January 13, 2010. To provide Plaintiffs with sufficient time to prepare their Reply Claim Construction Brief, pursuant to Patent Local Rule 4-5(c), Spinal Kinetics, Inc. has agreed to extend the period of time for submission of the Reply Claim Construction Brief to February 1, 2010. |

The Claim Construction Hearing, pursuant to Patent Local Rule 4-6, is presently set for February 9, 2010. The parties have contacted this Court's clerk and determined that February 11, 2010 is an available date for the Court to conduct the Claim Construction Hearing. All parties are available on February 11, 2010 for a Claim Construction Hearing.

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that:

1. The date for Defendant Spinal Kinetics, Inc. to serve and file its Responsive Claim Construction Brief pursuant to Patent Local Rule 4-5(b) be extended from January 7, 2010 to January 13, 2010;

2. The date for Plaintiffs to serve and file their Reply Claim Construction Brief pursuant to Patent Local Rule 4-5(c) be extended from January 19, 2010 to February 1, 2010; and

3. The date for the Claim Construction Hearing pursuant to Patent Local Rule 4-6 is continued from February 9, 2010 to February 23, 2010 at 9:00 a.m.[*]

SO ORDERED, this _ 28 __ day of January, 2010.

*The Court will be unavailable from February 9, 2010 through February 19, 2010.

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

**Agreed to and submitted by:**

Dated: January 7, 2010

JEFFREY M. OLSON
PAUL H. MEIER
SAMUEL N. TIU
MATTHEW S. JORGENSON
Sidley Austin LLP

/s/ Jeffrey M. Olson
------
JEFFREY M. OLSON
Attorneys for Plaintiffs
SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.

Dated: January 7, 2010

JAMES W. GERIAK
ROBERT W. DICKERSON
ALLAN W. JANSEN
KURT T. MULVILLE
Orrick, Herrington & Sutcliffe LLP

/s/ Allan W. Jansen
------
ALLAN W. JANSEN
Attorneys for Defendant
SPINAL KINETICS, INC.