| 1 | SIDLEY AUSTIN LLP |
| 2 | JEFFREY M. OLSON (SBN 104074) jolson@sidley.com |
|   | PAUL H. MEIER (SBN 115999) pmeier@sidley.com |
| 3 | SAMUEL N. TIU (SBN 216291) stiu@sidley.com |
|   | MATTHEW S. JORGENSON (SBN 229131) mjorgenson@sidley.com |
| 4 | 555 W. Fifth Street, Suite 4000 |
|   | Los Angeles, California 90013 |
| 5 | (213) 896-6000 phone |
|   | (213) 896-6600 fax |

Attorneys for Plaintiffs
SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.));
SYNTHES USA SALES, LLC; and SYNTHES, INC.

ORRICK, HERRINGTON & SUTCLIFFE LLP
JAMES W. GERIAK (SBN 32871) jgeriak@orrick.com
ROBERT W. DICKERSON (SBN 89367) rdickerson@orrick.com
ALLAN W. JANSEN (SBN 81992) ajansen@orrick.com
KURT T. MULVILLE (SBN 149218) kmulville@orrick.com
4 Park Plaza, Suite 1600
Irvine, California 92614
(949) 567-6700 phone
(949) 567-6710 fax

Attorneys for Defendant
SPINAL KINETICS, INC.

*E-FILED - 2/12/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SPINAL KINETICS, INC.,<br><br>Defendant. | Case No. C-09-01201-RMW<br><br>Assigned to: Hon. Ronald M. Whyte<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE THE CLAIM**<br>**CONSTRUCTION HEARING** |
|---|---|

1   On January 28, 2010, the Court entered an order continuing the Claim Construction Hearing
2   from February 9, 2010 to February 23, 2010 at 9:00 a.m.  In its order, the Court indicated that the
3   Court will be unavailable from February 9, 2010 through February 19, 2010.

4   Due to an immovable conflict, lead counsel for Defendant Spinal Kinetics, Inc. cannot be
5   available on the date of the rescheduled hearing, February 23, 2010, and will be unavailable until
6   March 14, 2010.

7   The parties have contacted the Court's clerk and were informed that the Court's schedule
8   may alternatively allow for the Claim Construction Hearing to occur on March 17, 2010.

9   IT IS HEREBY STIPULATED by and between the parties, through their counsel, that the
10  date for the Claim Construction Hearing pursuant to Patent Local Rule 4-6 is continued from
11  February 23, 2010 to March 17, 2010 at 9:00 a.m.

12  SO ORDERED, this 12 day of February 2010.

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

Agreed to and submitted by:

SIDLEY AUSTIN LLP

Dated:  February 8, 2010        By:   /s/ Jeffrey M. Olson
                                      Jeffrey M. Olson, Esq.
                                      Attorneys for Plaintiffs
                                      SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.));
                                      SYNTHES USA SALES, LLC; and SYNTHES, INC.


ORRICK, HERRINGTON & SUTCLIFFE LLP


Dated:  February 8, 2010        By:   /s/ Kurt T. Mulville
                                      Kurt T. Mulville, Esq.
                                      Attorneys for Defendant
                                      SPINAL KINETICS, INC.

| | |
|---|---|
| 1 | Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty |
| 2 | of perjury that concurrence in the filing of this document has been obtained from James W. Geriak, |
| 3 | Allan W. Jansen, Robert W. Dickerson, or Kurt T. Mulville. |

Dated: February 8, 2010       By:   /s/Jeffrey M. Olson
                                    Jeffrey M. Olson, Esq.
                                    Attorneys for Plaintiffs
                                    SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.));
                                    SYNTHES USA SALES, LLC; and SYNTHES, INC.