| | |
|---|---|
| 1 | James W. Geriak (State Bar No. 32871) |
|   | jgeriak@orrick.com |
| 2 | Robert W. Dickerson (State Bar No. 89367) |
|   | rdickerson@orrick.com |
| 3 | Allan W. Jansen (State Bar No. 81992) |
|   | ajansen@orrick.com |
| 4 | Kurt T. Mulville (State Bar No. 149218) |
|   | kmulville@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 4 Park Plaza, Suite 1600 |
| 6 | Irvine, CA 92614-2558 |
|   | Telephone: (949) 567-6700 |
| 7 | Facsimile: (949) 567 6710 |
| 8 | Attorneys for Defendant |
|   | SPINAL KINETICS, INC. |

*E-FILED - 3/12/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.,

    Plaintiffs,

v.

SPINAL KINETICS, INC.,

    Defendant.

AND RELATED COUNTERCLAIMS.

Case No. 5:09-CV-01201 RMW

**REQUEST TO PERMIT AND [=========] ORDER PERMITTING EQUIPMENT TO BE BROUGHT IN FOR THE MARCH 17, 2010 TUTORIAL AND HEARING**

HON. RONALD M. WHYTE
Ctrm: 6, 4th Floor
Date: March 17, 2010
Time: 9 a.m.

OHS West:260858178.1

====== ] ORDER ALLOWING EQUIPMENT FOR
03/17/10 TUTORIAL AND HEARING
(CASE NO. 5:09-CV-01201 RMW)

| | |
|---|---|
| 1 | Spinal Kinetics, Inc. ("Spinal Kinetics") respectfully requests permission from the Court |
| 2 | to bring in and set up the equipment described on the attached Schedule A. Spinal Kinetics shall |
| 3 | coordinate with the Court's staff to install the equipment on either March 16 or 17, 2010 so as to |
| 4 | minimize inconvenience to the Court. This equipment is to be used at the tutorial and claim |
| 5 | construction hearing scheduled for March 17, 2010 ("hearing") in this matter. This equipment |
| 6 | will be used solely for the purposes of the tutorial and hearing. Some of this equipment cannot go |
| 7 | through x-ray machines and will need to be searched by other means. |

Respectfully submitted,

Dated: March 11, 2010                    ORRICK, HERRINGTON & SUTCLIFFE LLP


/s/ Allan W. Jansen
_____
James W. Geriak
Robert W. Dickerson
Allan W. Jansen
Kurt T. Mulville
Attorneys for Defendant
SPINAL KINETICS, INC.


The Court hereby **GRANTS** Spinal Kinetics' request to bring in the equipment listed on the attached Schedule A for the March 17, 2010 tutorial and hearing. The equipment may be brought in and set up in the courtroom on March 16, 2010, the day before the tutorial and hearing or on March 17, 2010. Counsel for Spinal Kinetics is to coordinate, as needed, with the courtroom deputy and/or the U.S. Marshall's office. Counsel for Spinal Kinetics is to bring a copy of this filed order when entering the courthouse with the equipment.

**IT IS SO ORDERED.**

Dated: 3/12/10

*Ronald M. Whyte*
_____
Honorable Ronald M. Whyte
United States District Judge

## SCHEDULE A

### List of Equipment to be brought in on March 17, 2010

1. Three (3) laptop computer(s);
2. Computer projection equipment;
3. Power cord(s) and cable(s) for use with the laptops and/or projection equipment;
4. White board(s) and easel(s);
5. Physical models of spine(s) and related device(s);
6. ELMO projector and screen.