SIDLEY AUSTIN LLP
JEFFREY M. OLSON (SBN 104074) *jolson@sidley.com*
PAUL H. MEIER (SBN 115999) *pmeier@sidley.com*
SAMUEL N. TIU (SBN 216291) *stiu@sidley.com*
MATTHEW S. JORGENSON (SBN 229131) *mjorgenson@sidley.com*
555 W. Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000 phone
(213) 896-6600 fax

Attorneys for Plaintiffs
SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.));
SYNTHES USA SALES, LLC; and SYNTHES, INC.

*E-FILED - 3/15/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SPINAL KINETICS, INC.,<br><br>Defendant. | Case No. C-09-01201-RMW<br><br>**PLAINTIFFS' REQUEST TO PERMIT AND [xxxxxxxxxx] ORDER PERMITTING EQUIPMENT TO BE BROUGHT IN FOR THE MARCH 17, 2010 TUTORIAL AND HEARING**<br><br>Courtroom: 6, 4th Floor<br>Date: March 17, 2010<br>Time: 9:00 A.M. |

Synthes USA, LLC (F/K/A Synthes (U.S.A.)); Synthes USA Sales, LLC, and Synthes, Inc. (hereinafter "Synthes") respectfully request permission from the Court to bring in and set up two laptop computers to be used at the tutorial and claim construction hearing scheduled for March 17, 2010 in this matter. Synthes shall coordinate with the Court's staff and opposing counsel to bring the equipment in either March 16, 2010 or March 17, 2010 so as to minimize inconvenience to the Court.

Respectfully submitted

Dated: March 12, 2010   By: /s/Samuel N. Tiu
Jeffrey M. Olson
Paul H. Meier,
Samuel N. Tiu
Matthew S. Jorgenson
Attorneys for Plaintiffs
SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.));
SYNTHES USA SALES, LLC; and SYNTHES, INC.

The Court hereby **GRANTS** Synthes' request to bring in two laptop computers for the March 17, 2010 tutorial and hearing. The equipment may be brought in and set up in the courtroom on March 16, 2010, the day prior to the tutorial and hearing, or on March 17, 2010. Counsel for Synthes is to coordinate arrangements with the Courtroom Deputy and/or the U.S. Marshall's Office. Counsel for Synthes is to present a copy of this filed Order upon entering the courthouse with the equipment.

**IS SO ORDERED.**

Dated: 3/15/10

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge