1  SIDLEY AUSTIN LLP
   JEFFREY M. OLSON (SBN 104074) *jolson@sidley.com*
2  PAUL H. MEIER (SBN 115999) *pmeier@sidley.com*
   SAMUEL N. TIU (SBN 216291) *stiu@sidley.com*
3  MATTHEW S. JORGENSON (SBN 229131) *mjorgenson@sidley.com*
   555 W. Fifth Street, Suite 4000
4  Los Angeles, California  90013
   (213) 896-6000  phone
5  (213) 896-6600  fax

6  Attorneys for Plaintiffs
   SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.));
7  SYNTHES USA SALES, LLC; and SYNTHES, INC.

8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   JAMES W. GERIAK (SBN 32871) *jgeriak@orrick.com*
9  ROBERT W. DICKERSON (SBN 89367) *rdickerson@orrick.com*
   ALLAN W. JANSEN (SBN 81992) *ajansen@orrick.com*
10 KURT T. MULVILLE (SBN 149218) *kmulville@orrick.com*
   4 Park Plaza, Suite 1600
11 Irvine, California  92614                              ***E-FILED - 7/14/10***
   (949) 567-6700  phone
12 (949) 567-6710  fax

13 Attorneys for Defendant
   SPINAL KINETICS, INC.
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          SAN JOSE DIVISION

18 SYNTHES USA, LLC (f/k/a SYNTHES      )  Case No. C-09-01201-RMW
   (U.S.A.)); SYNTHES USA SALES, LLC;   )
19 and SYNTHES, INC.                    )  Assigned to: Hon. Ronald M. Whyte
                                        )
20              Plaintiffs,             )  **JOINT STIPULATION AND []**
                                        )  **ORDER TO SET FURTHER CASE**
21       v.                             )  **MANAGEMENT CONFERENCE**
                                        )
22 SPINAL KINETICS, INC.,               )
                                        )
23              Defendant.              )
                                        )
24

25

26

27

28

LA1 1831921v.1                                    STIPULATION AND [] ORDER TO
                                           SET FURTHER CASE MANAGEMENT CONFERENCE

On July 10, 2009, the Court held an Initial Case Management Conference in this case and set a pre-trial schedule that ends with the Claim Construction Hearing.  In that conference, the Court stated that it "will schedule a Further Case Management Conference after the claims construction ruling." Dkt. #53.

On June 23, 2010, the Court issued an Order Construing Disputed Claim Language of United States Patent No. 7,429,270. Dkt. #84.

Therefore, the parties hereby stipulate and jointly request the Court to schedule a Further Case Management Conference to be held on August 13, 2010 at 10:30 a.m.  The parties further stipulate that a Joint Case Management Statement, pursuant to Local Rule 16-10(d), shall be filed on or before August 3, 2010.

SO ORDERED, this 14 day of July 2010.

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

Agreed to and submitted by:

SIDLEY AUSTIN LLP

Dated: July 2, 2010         By:   /s/ Jeffrey M. Olson
                                  Jeffrey M. Olson, Esq.
                                  Attorneys for Plaintiffs
                                  SYNTHES USA, LLC (f/k/a SYNTHES
                                  (U.S.A.)); SYNTHES USA SALES, LLC; and
                                  SYNTHES, INC.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: July 2, 2010         By:   /s/ Allan W. Jansen
                                  Allan W. Jansen, Esq.
                                  Attorneys for Defendant
                                  SPINAL KINETICS, INC.