**E-FILED on** 8/10/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SPINAL KINETICS, INC.,<br><br>Defendant. | No. C-09-1201 RMW<br><br>ORDER GRANTING PLAINTIFFS' FOR LEAVE TO AMEND THEIR DISCLOSURE OF INFRINGEMENT CONTENTIONS<br><br>**[Re Docket No. 87]** |

Plaintiffs have moved for leave to amend their Disclosure of Asserted Claims and Infringement Contentions in view of the court's claim construction order. Defendant does not oppose the motion. For good cause appearing, plaintiffs' motion is granted. The August 27, 2010 hearing date is hereby vacated.

DATED:  8/9/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING PLAINTIFFS' FOR LEAVE TO AMEND THEIR DISCLOSURE OF INFRINGEMENT CONTENTIONS—No. C-09-1201 RMW
TER