James W. Geriak (State Bar No. 32871)
jgeriak@orrick.com
Robert W. Dickerson (State Bar No. 89367)
rdickerson@orrick.com
Allan W. Jansen (State Bar No. 81992)
ajansen@orrick.com
André De La Cruz (State Bar No. 245175)
adelacruz@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for Defendant
SPINAL KINETICS, INC.

***E-FILED - 8/16/10***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.,

Plaintiffs,

v.

SPINAL KINETICS, INC.,

Defendant.

CASE NO. 5:09-CV-01201 RMW

**STIPULATION AND [] ORDER RE FILING OF SECOND JOINT CASE MANAGEMENT STATEMENT**

**WHEREAS** plaintiffs' Synthes USA, LLC (f/k/a Synthes (U.S.A.)), Synthes USA Sales, LLC, and Synthes, Inc. (collectively, "Synthes") and defendant Spinal Kinetics, Inc. ("Spinal Kinetics:") were to have filed a Joint Case Management Statement on August 3, 2010 pursuant to L.R. 16-10(d);

**WHEREAS** the parties continue to meet and confer with respect to the Joint submission;

**WHEREAS** the parties wish leave of Court to allow counsel to have sufficient time to review the Joint Case Management Statement prior to filing, and therefore seek leave of Court for an additional extension.

Synthes and Spinal Kinetics do hereby AGREE AND STIPULATE, by and through their respective counsel, to entry of an Order of this Court continuing the due date presently set for submission of the Joint Case Management Statement from August 3, 2010 to August 11, 2010.

IT IS SO STIPULATED.

Dated: August 6, 2010

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ André De La Cruz
André De La Cruz
Attorneys for Defendant
SPINAL KINETICS, INC.

Dated: August 6, 2010

SIDLEY AUSTIN LLP

By: /s/ Samuel N. Tiu
Samuel N. Tiu
Attorneys for Plaintiffs
SYNTHES USA, LLC, SYNTHES USA SALES, LLC, AND SYNTHES, INC.

Pursuant to General Order NO. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Samuel N. Tiu.

Dated: August 6, 2010

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ André De La Cruz
André De La Cruz
Attorneys for Defendant
SPINAL KINETICS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: August 16, 2010

Ronald M. Whyte

The Honorable Ronald M. Whyte
United States District Judge