**E-FILED on** 9/29/2010

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SPINAL KINETICS, INC.,<br><br>Defendant. | No. C-09-1201 RMW<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO AMEND ITS PRELIMINARY INVALIDITY CONTENTIONS<br><br>**[Re Docket No. 97]** |

Defendant has moved for leave to amend its Preliminary Invalidity Contentions in view of the court's claim construction order. Plaintiffs do not oppose the motion. For good cause appearing, defendant's motion is granted. The October 1, 2010 hearing date is hereby vacated.

DATED:    9/29/2010

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO AMEND ITS PRELIMINARY INVALIDITY CONTENTIONS—No. C-09-1201 RMW
JLR