1  SIDLEY AUSTIN LLP
   JEFFREY M. OLSON (SBN 104074) *jolson@sidley.com*
2  PAUL H. MEIER (SBN 115999) *pmeier@sidley.com*
   SAMUEL N. TIU (SBN 216291) *stiu@sidley.com*
3  MATTHEW S. JORGENSON (SBN 229131) *mjorgenson@sidley.com*
   555 W. Fifth Street, Suite 4000
4  Los Angeles, California  90013
   (213) 896-6000  phone
5  (213) 896-6600  fax

6  Attorneys for Plaintiffs
   SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.));
7  SYNTHES USA SALES, LLC; and SYNTHES, INC.

8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   JAMES W. GERIAK (SBN 32871) *jgeriak@orrick.com*
9  ROBERT W. DICKERSON (SBN 89367) *rdickerson@orrick.com*
   ALLAN W. JANSEN (SBN 81992) *ajansen@orrick.com*
10 KURT T. MULVILLE (SBN 149218) *kmulville@orrick.com*
   ANDRE DE LA CRUZ *adelacruz@orrick.com*
11 4 Park Plaza, Suite 1600
   Irvine, California  92614
12 (949) 567-6700  phone                    ***E-FILED - 10/5/10***
   (949) 567-6710  fax
13
   Attorneys for Defendant
14 SPINAL KINETICS, INC.

15                    UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                        SAN JOSE DIVISION

18 SYNTHES USA, LLC (f/k/a SYNTHES        )  Case No. C-09-01201-RMW
   (U.S.A.)); SYNTHES USA SALES, LLC;     )
19 and SYNTHES, INC.                      )  Assigned to: Hon. Ronald M. Whyte
                                          )
20                 Plaintiffs,            )  **STIPULATION AND []**
                                          )  **ORDER REGARDING BRIEFING**
21         v.                             )  **SCHEDULE AND HEARING FOR SPINAL**
                                          )  **KINETICS' MOTION FOR SUMMARY**
22 SPINAL KINETICS, INC.,                 )  **JUDGMENT**
                                          )
23                 Defendant.             )
                                          )
24 _____
25
26
27
28

On September 13, 2010, Defendant Spinal Kinetics, Inc. ("Spinal Kinetics") filed a Motion for Summary Judgment of Non-infringement of Claims 29-31 of U.S. Patent No. 7,429,270 by Lumbar Disc of Spinal Kinetics ("Motion"). Dkt. 98.

The parties have discussed and agreed to a briefing schedule and hearing date for Spinal Kinetics' Motion that should accommodate the various discovery activities currently ongoing, including the deposition of Michael Reo who provided a declaration in support of Spinal Kinetics' Motion.

IT IS HEREBY STIPULATED by and between the parties, through their counsel, that:

(1) Synthes shall file its Opposition to Spinal Kinetics' Motion by November 5, 2010;

(2) Spinal Kinetics shall file its Reply to Synthes' Opposition by  November 19, 2010;

(3) The hearing date for Spinal Kinetics' Motion is scheduled for December 3, 2010 [or thereafter on a date available to the Court].


SO ORDERED, this __5__ day of October  2010.

*Ronald M. Whyte*
_____
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

Agreed to and submitted by:

SIDLEY AUSTIN LLP


Dated:  September 22, 2010          By:  ___/s/ Samuel N. Tiu_____
                                                    Samuel N. Tiu, Esq.
                                                    Attorneys for Plaintiffs
                                                    SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.));
                                                    SYNTHES USA SALES, LLC; and SYNTHES, INC.


ORRICK, HERRINGTON & SUTCLIFFE LLP


Dated:  September 22, 2010          By:  ___/s/ Andre De La Cruz_____
                                                    Andre De La Cruz, Esq.
                                                    Attorneys for Defendant
                                                    SPINAL KINETICS, INC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Andre De La Cruz.


Dated:  September 22, 2010          By:    /s/ Samuel N. Tiu
                                          Samuel N. Tiu, Esq.
                                          Attorneys for Plaintiffs
                                          SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.));
                                          SYNTHES USA SALES, LLC; and SYNTHES, INC.