1  JAMES W. GERIAK (STATE BAR NO. 32871)
   jgeriak@orrick.com
2  ROBERT W. DICKERSON (STATE BAR NO. 89367)
   rdickerson@orrick.com
3  ALLAN W. JANSEN (STATE BAR NO. 81992)
   ajansen@orrick.com
4  KURT T. MULVILLE (STATE BAR NO. 149218)
   kmulville@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
6  Irvine, CA  92614-2558
   Telephone:     949-567-6700
7  Facsimile:      949-567 6710

8  MONTE M.F. COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
9  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
10 Menlo Park, CA 94025
   Telephone:     650-614-7400
11 Facsimile:      650-614-6401

12 Attorneys for Defendant
   SPINAL KINETICS, INC.

*E-FILED - 10/21/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SPINAL KINETICS, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No.  5:09-cv-01201 RMW <br><br> **[] ORDER GRANTING LOCAL CIVIL RULE 6-2 JOINT STIPULATED REQUEST TO CHANGE THE DEADLINE FOR SPINAL KINETICS TO PROVIDE INFORMATION RE ADVICE OF COUNSEL PER PATENT LOCAL RULE 3-7** <br><br> Hon. Ronald M. Whyte |

1  The matter before the Court is Plaintiffs Synthes USA, LLC (f/k/a Synthes (U.S.C.)),
2  Synthes USA Sales, LLC, and Synthes, Inc. (collectively, "Synthes"), and Defendant Spinal
3  Kinetics, Inc. ("Spinal Kinetics"), stipulated request pursuant to Local Civil Rules 6-2 and 7-12
4  for the Court to enter an Order extending by 46 days, through and including November 30, 2010,
5  the deadline for Spinal Kinetics to produce the documentation and other information required by
6  Patent Local Rule 3-7(a)-(c) concerning the advice of counsel defense. By further stipulation of
7  the parties, Spinal Kinetics will advise Synthes no later than October 15, 2010, pursuant to Patent
8  Local Rule 3-7, whether or not it will rely upon such advice of counsel defense to any patent-
9  related claims, and if it does so elect to rely upon such defense, to provide the identity (or
10 identities) of said counsel.

**FOR THE REASONS STATED IN THE SEPARATELY FILED JOINT STIPULATED REQUEST AND PURSUANT TO THE STIPULATION OF ALL PARTIES THROUGH THEIR COUNSEL, IT IS SO ORDERED.**

Dated: October  21 , 2010

_____
HON. RONALD M. WHYTE
United States District Judge
Northern District of California

OHS West:261012010.1

[] ORDER GRANTING JOINT STIPULATION
CASE NO. 5:09-CV-01201 RMW