1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SPINAL KINETICS, INC., <br><br> Defendant. | CASE NO. 5:09-CV-01201 RMW <br><br> **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF SAMUEL TIU** |
|---|---|

OHS West:261029275.1

ORDER
(CASE NO. 5:09-CV-01201 RMW)

1  This matter came before the Court on "Plaintiffs' Administrative Motion to File Under
2  Seal Exhibit A to the Declaration of Samuel Tiu" (Dkt. No. 106).  Having considered the
3  pleadings and papers on file, the Court HEREBY ORDERS that the Administrative Motion is
4  GRANTED.

**SO ORDERED**

Dated:     November 22    , 2010            /s/ Ronald M. Whyte
                                            HON. RONALD M. WHYTE
                                            United States District Judge