1  James W. Geriak (State Bar No. 32871)
       jgeriak@orrick.com
2  Robert W. Dickerson (State Bar No. 89367)
       rdickerson@orrick.com
3  Kurt T. Mulville (State Bar No. 149218)
       kmulville@orrick.com
4  Allan W. Jansen (State Bar No. 81992)
       ajansen@orrick.com
5  Andre De La Cruz (State Bar No. 245175)
       adelacruz@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
7  Irvine, CA  92614-2558
   Telephone:     (949) 567-6700
8  Facsimile:     (949) 567-6710

9  Monte M.F. Cooper (State Bar No. 196746)
       mcooper@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
11 Menlo Park, CA  94025
   Telephone:    650-614-7400
12 Facsimile:    650-614-7401

13 Attorneys for Defendant
   SPINAL KINETICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SPINAL KINETICS, INC., <br><br> Defendant. | CASE NO. 5:09-CV-01201 RMW <br><br> **STIPULATION AND ORDER RE BRIEFING SCHEDULE AND HEARING FOR SPINAL KINETICS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT** <br><br> Hon. Ronald M. Whyte |

1	On September 13, 2010, Defendant Spinal Kinetics, Inc. ("Spinal Kinetics") filed a Motion for Summary Judgment of Non-infringement of Claims 29-31 of U.S. Patent No. 7,429,270 by Lumbar Disc of Defendant Spinal Kinetics.  [Dkt. No. 98].

The parties have discussed and agreed to a briefing schedule and hearing date for Spinal Kinetics' Motion that should accommodate the various discovery activities presently ongoing.

IT IS HEREBY STIPULATED by and between the parties, through their counsel, that:

(1)	Spinal Kinetics shall file its Reply to Synthes' Opposition by December 23, 2010; and

(2)	The hearing date for Spinal Kinetics' Motion, presently scheduled for December 3, 2010, is continued to January 14, 2011.

IT IS SO ORDERED.

Dated:  November _24_, 2010

_____
The Honorable Ronald M. Whyte
United States District Judge

Agreed to and submitted by:

Dated: November 16, 2010			Respectfully submitted,

						ORRICK, HERRINGTON & SUTCLIFFE LLP


						By:	/s/ Andre De La Cruz
						André De La Cruz
						Attorneys for Defendant
						SPINAL KINETICS, INC.

Dated: November 16, 2010			SIDLEY AUSTIN LLP


						By:	/s/ Jeffrey M. Olson
						Jeffrey M. Olson
						Attorneys for Plaintiffs
						SYNTHES USA, LLC, SYNTHES USA SALES, LLC, AND SYNTHES, INC.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeffrey M. Olson.

Dated: November 16, 2010

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  /s/ Andre De La Cruz
André De La Cruz
Attorneys for Defendant
SPINAL KINETICS, INC.