James W. Geriak (State Bar No. 32871)
  jgeriak@orrick.com
Robert W. Dickerson (State Bar No. 89367)
  rdickerson@orrick.com
Kurt T. Mulville (State Bar No. 149218)
  kmulville@orrick.com
Allan W. Jansen (State Bar No. 81992)
  ajansen@orrick.com
André De La Cruz (State Bar No. 245175)
  adelacruz@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA  92614-2558
Telephone:     (949) 567-6700
Facsimile:     (949) 567-6710

Monte M.F. Cooper (State Bar No. 196746)
  mcooper@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Defendant
SPINAL KINETICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SPINAL KINETICS, INC.,<br><br>  Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 5:09-CV-01201 RMW<br><br>**JOINT STIPULATION AND ORDER CONTINUING DEADLINE FOR COMPLETION OF PRIVATE MEDIATION** |

On October 5, 2010, the Court entered an Amended Joint Second Case Management Order referring the parties to non-binding mediation to be completed no later than December 13, 2010. [Dkt. No. 102].

Counsel for plaintiffs Synthes USA, LLC (f/k/a Synthes (U.S.A.)), Synthes USA Sales, LLC, and Synthes, Inc. (collectively, "Synthes") and defendant Spinal Kinetics, Inc. ("Spinal Kinetics") have discussed and agreed to continue the present date by which mediation is to be completed for an additional 60 days.

IT IS HEREBY STIPULATED by and between the parties, through their counsel, that:

The parties shall complete non-binding mediation within 60 days of the entry of this order.

IT IS SO ORDERED.

Dated: January 5, 2011

                               /s/ Ronald M. Whyte
The Honorable Ronald M. Whyte
United States District Judge

Agreed to and submitted by:

Dated: December 10, 2010        Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   */s/ André De La Cruz*
        André De La Cruz
        Attorneys for Defendant
        SPINAL KINETICS, INC.

Dated: December 10, 2010        SIDLEY AUSTIN LLP

By:   */s/ Jeffrey M. Olson*
        Jeffrey M. Olson
        Attorneys for Plaintiffs
        SYNTHES USA, LLC, SYNTHES USA SALES, LLC, AND SYNTHES, INC.

1 | Pursuant to General Order No. 45, Section X(B) regarding signatures, I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeffrey M. Olson, counsel for Plaintiffs Synthes USA, LLC (f/k/a Synthes (U.S.A.)), Synthes USA Sales, LLC, and Synthes, Inc..

Dated: December 10, 2010

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   */s/ André De La Cruz*
      André De La Cruz
      Attorneys for Defendant
      SPINAL KINETICS, INC.

OHS West:261053992.1
14591-2001 A90/Y2M

- 3 -

STIP AND ORDER CONTINUING DEADLINE FOR MEDIATION
(CASE NO. 5:09-CV-01201 RMW]