James W. Geriak (State Bar No. 32871)
jgeriak@orrick.com
Robert W. Dickerson (State Bar No. 89367)
rdickerson@orrick.com
Kurt T. Mulville (State Bar No. 149218)
kmulville@orrick.com
Allan W. Jansen (State Bar No. 81992)
ajansen@orrick.com
André De La Cruz (State Bar No. 245175)
adelacruz@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA  92614-2558
Telephone:    (949) 567-6700
Facsimile:    (949) 567-6710

Monte M.F. Cooper (State Bar No. 196746)
mcooper@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Defendant
SPINAL KINETICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC., <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>SPINAL KINETICS, INC., <br><br>　　　　　　Defendant. | CASE NO. 5:09-CV-01201 RMW <br><br>**STIPULATION AND ORDER RE BRIEFING SCHEDULE AND HEARING FOR SPINAL KINETICS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT** <br><br>Hon. Ronald M. Whyte |

1  On September 13, 2010, Defendant Spinal Kinetics, Inc. ("Spinal Kinetics") filed a
2  Motion for Summary Judgment of Non-infringement of Claims 29-31 of U.S. Patent No.
3  7,429,270 by Lumbar Disc of Spinal Kinetics.  [Dkt. No. 98].
4  On November 16, 2010, the parties stipulated to the continuance of the filing date of
5  Spinal Kinetics' Reply to Synthes' Opposition and the hearing date.  [Dkt. No. 109]  On
6  November 24, 210, the Court approved the parties continued briefing and hearing schedule as
7  stipulated to by the parties.  [Dkt. No. 111]
8  The parties have had further discussions and agreed to amend the briefing schedule and
9  hearing date for Spinal Kinetics' Motion that should accommodate the various discovery
10  activities presently ongoing.
11  IT IS HEREBY STIPULATED by and between the parties, through their counsel, that:
12  (1)  Spinal Kinetics shall file its Reply to Synthes' Opposition by January 6, 2011; and
13  (2)  The hearing date for Spinal Kinetics' Motion, presently scheduled for January 14,
14  2011, is continued to January 28, 2011 [or thereafter on a date available to the Court].
15  IT IS SO ORDERED.
16  Dated: January 5, 2011        *Ronald M. Whyte*
17  The Honorable Ronald M. Whyte
United States District Judge

1  Agreed to and submitted by:

2  Dated: December 16, 2010                Respectfully submitted,

3                                          ORRICK, HERRINGTON & SUTCLIFFE LLP

4
                                           By:   /s/ André De La Cruz
5                                                    André De La Cruz
                                                   Attorneys for Defendant
6                                                  SPINAL KINETICS, INC.

7  Dated: December 16, 2010                SIDLEY AUSTIN LLP

8
                                           By:   /s/ Jeffrey M. Olson
9                                                    Jeffrey M. Olson
                                                   Attorneys for Plaintiffs
10                                         SYNTHES USA, LLC, SYNTHES USA SALES,
                                                LLC, AND SYNTHES, INC.
11

12       Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

13 penalty of perjury that concurrence in the filing of this document has been obtained from Jeffrey

14 M. Olson.

15 Dated: December 16, 2010                Respectfully submitted,

16                                         ORRICK, HERRINGTON & SUTCLIFFE LLP

17

18                                         By:   /s/ André De La Cruz
                                                     André De La Cruz
19                                                 Attorneys for Defendant
                                                   SPINAL KINETICS, INC.
20

21

22

23

24

25

26

27

28