James W. Geriak (State Bar No. 32871)
    jgeriak@orrick.com
Robert W. Dickerson (State Bar No. 89367)
    rdickerson@orrick.com
Kurt T. Mulville (State Bar No. 149218)
    kmulville@orrick.com
Allan W. Jansen (State Bar No. 81992)
    ajansen@orrick.com
André De La Cruz (State Bar No. 245175)
    adelacruz@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558
Telephone:   (949) 567-6700
Facsimile:   (949) 567-6710

Monte M.F. Cooper (State Bar No. 196746)
    mcooper@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Defendant
SPINAL KINETICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SPINAL KINETICS, INC., <br><br> Defendant. | CASE NO. 5:09-CV-01201 RMW <br><br> **STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR SPINAL KINETICS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT** <br><br> Hon. Ronald M. Whyte |

1   On September 13, 2010, Defendant Spinal Kinetics, Inc. ("Spinal Kinetics") filed a
2   Motion for Summary Judgment of Non-infringement of Claims 29-31 of U.S. Patent No.
3   7,429,270 by Lumbar Disc of Spinal Kinetics.  [Dkt. No. 98].
4   On November 16, 2010, the parties stipulated to the continuance of the filing date of
5   Spinal Kinetics' Reply to Synthes' Opposition and the hearing date.  [Dkt. No. 109]  On
6   November 24, 210, the Court approved the parties continued briefing and hearing schedule as
7   stipulated to by the parties.  [Dkt. No. 111]
8   On December 17, 2010, the parties further stipulated to the continuance of the filing date
9   of Spinal Kinetics' Reply to Synthes' Opposition and the hearing date.  [Dkt. No. 114]
10  The parties have had further discussions and agreed to amend the briefing schedule for
11  Spinal Kinetics' Motion to accommodate the unanticipated scheduling difficulties of Spinal
12  Kinetics' counsel.  The hearing date for Spinal Kinetics' Motion shall remain scheduled for
13  January 28, 2011 [or thereafter on a date available to the Court].
14  IT IS HEREBY STIPULATED by and between the parties, through their counsel, that:
15  (1)   Spinal Kinetics shall file its Reply to Synthes' Opposition by January 7, 2011 at 5
16  p.m., as opposed to the previously agreed to date of January 6, 2011.
17  IT IS SO ORDERED.
18  Dated:  January 5, 2011            *Ronald M. Whyte*
                                        The Honorable Ronald M. Whyte
19                                      United States District Judge

Agreed to and submitted by:

Dated: January 4, 2011                           Respectfully submitted,

                                                 ORRICK, HERRINGTON & SUTCLIFFE LLP


                                                 By:    /s/ André De La Cruz
                                                           André De La Cruz
                                                        Attorneys for Defendant
                                                        SPINAL KINETICS, INC.

Dated: January 4, 2011                           SIDLEY AUSTIN LLP


                                                 By:    /s/ Jeffrey M. Olson
                                                           Jeffrey M. Olson
                                                        Attorneys for Plaintiffs
                                                 SYNTHES USA, LLC, SYNTHES USA SALES,
                                                      LLC, AND SYNTHES, INC.

     Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeffrey M. Olson.

Dated: January 4, 2011                           Respectfully submitted,

                                                 ORRICK, HERRINGTON & SUTCLIFFE LLP


                                                 By:    /s/ André De La Cruz
                                                           André De La Cruz
                                                        Attorneys for Defendant
                                                        SPINAL KINETICS, INC.