James W. Geriak (State Bar No. 32871)
 jgeriak@orrick.com
Robert W. Dickerson (State Bar No. 89367)
 rdickerson@orrick.com
Kurt T. Mulville (State Bar No. 149218)
 kmulville@orrick.com
Allan W. Jansen (State Bar No. 81992)
 ajansen@orrick.com
André De La Cruz (State Bar No. 245175)
 adelacruz@orrick.com
Ehab M. Samuel (State Bar No. 228296)
 esamuel@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558
Telephone:   (949) 567-6700
Facsimile:   (949) 567-6710

Monte M.F. Cooper (State Bar No. 196746)
 mcooper@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Defendant
SPINAL KINETICS, INC.

***E-FILED - 2/3/11***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC., <br><br>  Plaintiffs, <br><br>  v. <br><br> SPINAL KINETICS, INC., <br><br>  Defendant. <br><br> AND RELATED COUNTERCLAIMS. | CASE NO. 5:09-CV-01201 RMW <br><br> **STIPULATION AND [] ORDER RE BRIEFING SCHEDULE FOR SPINAL KINETICS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY** <br><br> Hon. Ronald M. Whyte |

1   On January 7, 2011, defendant Spinal Kinetics, Inc. ("Spinal Kinetics") submitted, under
2   seal, its Motion for Summary Judgment of Invalidity of Claims 29-31 of U.S. Patent No.
3   7,429,270 under 35 U.S.C. § 112, ¶ 1 ("Motion").

4   On January 21, 2011, plaintiffs Synthes USA, LLC (f/k/a Synthes (U.S.A.)), Synthes USA
5   Sales, LLC, and Synthes, Inc. (collectively, "Synthes"), filed their Brief in Opposition to Spinal
6   Kinetics' Motion ("Opposition"). [Dkt. No. 135].

7   Spinal Kinetics' Reply in support of its motion is presently due January 28, 2011. Spinal
8   Kinetics has requested that Synthes stipulate to an extension for Spinal Kinetics to submit its
9   Reply, and that the parties agree to move the hearing date, presently scheduled for February 11,
10  2011, to February 18, 2011.

11  Counsel for Synthes is unavailable on February 18, and thus cannot agree to move the
12  hearing date. However, counsel for Synthes informed counsel for Spinal Kinetics that Synthes
13  does not object to Spinal Kinetics filing its Reply on February 1 or February 2, provided that this
14  procedure would be acceptable to the Court in view of the February 11, 2011 hearing date.

15  Spinal Kinetics contacted the clerk to ascertain whether this procedure would be
16  acceptable to the Court, but has not received a reply as of the filing of this document.

17  IT IS HEREBY STIPULATED by and between the parties, through their counsel of
18  record, that:

19  (1)   The hearing date for Spinal Kinetics' Motion, previously calendared for February
20  11, 2011 at 9:00 a.m., remains unchanged; and

21  (2)   [If acceptable to the Court], Spinal Kinetics' Reply in support of its Motion is to
22  be filed no later than February 2, 2011 [or February 1, 2011].

24  IT IS SO ORDERED.
25  Dated: February 3, 2011

*/s/ Ronald M. Whyte*

The Honorable Ronald M. Whyte
United States District Judge

OHS West:261080671.1          - 2 -          STIPULATION A BRIEFING SCHEDULE FOR MSJ

1  Agreed to and submitted by:

2  Dated: January 28, 2011                    Respectfully submitted,

3                                             ORRICK, HERRINGTON & SUTCLIFFE LLP

4
                                              By:   */s/ André De La Cruz*
5                                                        André De La Cruz
                                                       Attorneys for Defendant
6                                                      SPINAL KINETICS, INC.

7  Dated: January 28, 2011                    SIDLEY AUSTIN LLP

8
                                              By   */s/ Jeffrey M. Olson*
9                                                        Jeffrey M. Olson
                                                       Attorneys for Plaintiffs
10                                             SYNTHES USA, LLC, SYNTHES USA SALES,
                                                   LLC, AND SYNTHES, INC.
11

12       Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

13 penalty of perjury that concurrence in the filing of this document has been obtained from Jeffrey

14 M. Olson.

15 Dated: January 28, 2011                    Respectfully submitted,

16                                             ORRICK, HERRINGTON & SUTCLIFFE LLP

17

18                                             By:   */s/ André De La Cruz*
                                                         André De La Cruz
19                                                     Attorneys for Defendant
                                                       SPINAL KINETICS, INC.
20

21

22

23

24

25

26

27

28

OHS West:261080671.1        - 3 -      STIPULATION AND [] ORDER RE BRIEFING SCHEDULE FOR
                                                                                      MSJ