| | |
|---|---|
| James W. Geriak (State Bar No. 32871)<br>    jgeriak@orrick.com<br>Robert W. Dickerson (State Bar No. 89367)<br>    rdickerson@orrick.com<br>Allan W. Jansen (State Bar No. 81992)<br>    ajansen@orrick.com<br>André De La Cruz (State Bar No. 245175)<br>    adelacruz@orrick.com<br>Ehab M. Samuel (State Bar No. 228296)<br>    esamuel@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>4 Park Plaza, Suite 1600<br>Irvine, CA  92614-2558<br>Telephone:     (949) 567-6700<br>Facsimile:      (949) 567-6710<br><br>Monte M.F. Cooper (State Bar No. 196746)<br>    mcooper@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:     650-614-7400<br>Facsimile:     650-614-7401<br><br>Attorneys for Defendant<br>SPINAL KINETICS, INC. | **\*E-FILED 02-08-2011\*** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>SPINAL KINETICS, INC.,<br><br>                    Defendant. | CASE NO. 5:09-CV-01201 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR SPINAL KINETICS, INC.'S MOTION TO COMPEL DEPOSITION TESTIMONY OF SYNTHES' CONSULTANTS AND EMPLOYEES AND TO TAKE THE DEPOSITION OF WITNESSES IN SWITZERLAND**<br><br>Hon. Howard R. Lloyd<br><br>**[Re:   Docket No. 149]** |

1  On January 11, 2011, Defendant Spinal Kinetics, Inc. ("Spinal Kinetics") submitted, under seal, its Amended Motion to Compel Deposition Testimony of Synthes' Consultants and Employees, and to Take the Depositions of Witnesses in Switzerland ("Motion").

On February 1, 2011, Plaintiffs Synthes USA, LLC (f/k/a Synthes (U.S.A.)), Synthes USA Sales, LLC, and Synthes, Inc. (collectively, "Synthes"), filed their Brief in Opposition to Spinal Kinetics' Motion ("Opposition"). [Dkt. No. 140].

Spinal Kinetics' Reply in support of its Motion is presently due February 8, 2011. Spinal Kinetics has requested that Synthes stipulate to an extension for Spinal Kinetics to submit its Reply.

Counsel for Synthes informed counsel for Spinal Kinetics that Synthes does not object to Spinal Kinetics filing its Reply on February 10, 2011, provided that this procedure would be acceptable to the Court in view of the February 22, 2011 hearing date.

IT IS HEREBY STIPULATED by and between the parties, through their counsel, that:

(1) The hearing date for Spinal Kinetics' Motion, previously calendared for February 22, 2011 at 10:00 a.m., remains unchanged; and

(2) [If acceptable to this Court], Spinal Kinetics' Reply in support of its Motion is to be filed no later than February 10, 2011.

IT IS SO ORDERED.

Dated: February _8_, 2011

_____
The Honorable Howard R. Lloyd
United States Magistrate Judge

1 | Agreed to and submitted by:

2 | Dated: February 8, 2011

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   /s/ *André De La Cruz*
André De La Cruz
Attorneys for Defendant
SPINAL KINETICS, INC.

Dated: February 8, 2011                    SIDLEY AUSTIN LLP

By:   /s/ *Samuel N. Tiu*
Samuel N. Tiu
Attorneys for Plaintiffs
SYNTHES USA, LLC, SYNTHES USA SALES, LLC, AND SYNTHES, INC.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Samuel N. Tiu.

Dated: February 8, 2011                    Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   /s/ *André De La Cruz*
André De La Cruz
Attorneys for Defendant
SPINAL KINETICS, INC.