*E-FILED 02-25-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SPINAL KINETICS, INC.,<br><br>Defendant. | No. C09-01201 RMW (HRL)<br><br>**INTERIM ORDER RE PLAINTIFFS' MOTION TO SEAL DOCUMENTS** |

In connection with its motion to compel samples of the accused devices, plaintiffs move to seal certain documents on the ground that defendant claims that the subject information is confidential. (Docket No. 150). Defendant, however, failed to file declaration(s) establishing that the information is sealable. <u>As such, the information is now subject to being made part of the public record pursuant to Civil Local Rule 79-5(d)</u>. Nevertheless, defendant will be given an additional opportunity to explain why sealing is required.

Accordingly, **no later than March 4, 2011**, defendant shall file declaration(s) from appropriate person(s) showing why sealing is warranted. Defendant is advised that the mere designation of information pursuant to a stipulation or blanket protective order will not justify sealing. Instead, defendant must establish that the subject documents (or portions of thereof) are privileged or protectable as a trade secret or otherwise entitled to protection under the law.

1  C<small>IV</small>. L. R. 79-5(a).  If defendant believes that the information is not sealable, it shall so confirm
2  for the court.
3      SO ORDERED.
4  Dated:    February 25, 2011



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:09-cv-01201-RMW Notice has been electronically mailed to:

Allan William Jansen     ajansen@orrick.com, ajansen@orrick.com, kjohnson@orrick.com, lfulmer@orrick.com

Andre De La Cruz     adelacruz@orrick.com, jdavis@orrick.com

Ehab Monsef Samuel     esamuel@orrick.com

James W. Geriak     jgeriak@orrick.com, lfulmer@orrick.com, ymeneses@orrick.com

Jeffrey Martin Olson     jolson@sidley.com, aprado@sidley.com, ngregg@sidley.com

Kurt Timothy Mulville     kmulville@orrick.com, jdavis@orrick.com

Matthew Spencer Jorgenson     mjorgenson@sidley.com

Monte M.F. Cooper     mcooper@orrick.com, adalton@orrick.com, mortiz@orrick.com

Paul Howard Meier     pmeier@sidley.com

Robert W. Dickerson     rdickerson@orrick.com

Robert William Dickerson     DickersonR@dicksteinshapiro.com, sfischer@orrick.com

Samuel N. Tiu     stiu@sidley.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.