**E-FILED on** 03/03/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

United States District Court
For the Northern District of California

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SPINAL KINETICS, INC.,<br><br>Defendant. | No. C-09-1201 RMW<br><br>ORDER DENYING SPINAL KINETIC, INC.'S AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL (1) ITS REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND (2) OBJECTIONS TO THE DECLARATION OF DAVID KOCH IN SUPPORT OF SYNTHES' OPPOSITION TO SPINAL KINETICS' MOTION FOR SUMMARY JUDGEMENT OF INVALIDITY<br><br>**[Re Docket No. 144]** |

On February 2, 2011, Spinal Kinetics requested administrative leave to file the following documents under seal pursuant to Civil Local Rules 7-11 and 79-5: (1) its reply brief in support of its motion for summary judgment of invalidity and (2) objections to the declaration of David Koch in support of Synthes' opposition. Synthes has designated material cited therein as "Confidential-

Attorneys' Eyes Only."  However, Synthes has not filed a declaration establishing that the designated information is sealable as required by Civil Local Rule 79-5(d):

> Within 7 days [after the submitting party has filed the motion to seal], the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality.  If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record.

Accordingly, Spinal Kinetic's request to file under seal is denied.  Within four days from the date of this order, defendant shall file underacted versions of the subject documents in the public record.  *See* Civil Local Rule 79-5(e).

DATED:    03/03/2011

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING SPINAL KINETIC, INC.'S AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL (1) ITS REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND (2) OBJECTIONS TO THE DECLARATION OF DAVID KOCH IN SUPPORT OF SYNTHES' OPPOSITION TO SPINAL KINETICS' MOTION FOR SUMMARY JUDGEMENT OF INVALIDITY—No. C-09-1201 RMW
JLR                                                                2