1  COUNSEL LISTED ON LAST PAGE

*E-FILED - 3/21/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>SPINAL KINETICS, INC.,<br><br>          Defendant. | Case No. C-09-01201-RMW<br><br>Assigned to: Hon. Ronald M. Whyte<br><br>**STIPULATION AND []**<br>**ORDER REGARDING AMENDMENTS TO**<br>**PRETRIAL SCHEDULE AND**<br>**WITHDRAWAL OF PENDING MOTIONS** |

On March 7, 2011, the Plaintiffs ("Synthes") filed (1) An Appeal Of Magistrate Judge's Order Re Samples Of Accused Infringing Products; And (2) A Notice Of Motion And Motion To Amend Pretrial Order To Allow Plaintiffs To Submit Supplemental Expert Reports Regarding Product Testing And To Bar Spinal Kinetics From Relying On Withheld Testing Information. Dkt. 175. On March 11, 2011, the Defendant ("Spinal Kinetics") filed a Notice Of Motion And Motion To Strike Plaintiff's "Appeal" Of Magistrate Judge's Order And Motion To Amend Pretrial Order. Dkt. 178.

The parties have met and conferred, and have reached an agreement that will resolve many of the disputed issues and that will allow the pending motions to be withdrawn.

IT IS HEREBY STIPULATED by and between the parties, through their counsel, that:

(1) Spinal Kinetics will deliver to Synthes an additional 12 core samples on March 15, 2011, for which Synthes will pay a total of $540.

(2) The deadlines in the Amended Joint Second Case Management Order (Dkt. 102) are amended as follows:

- Opening Expert Reports on issues the party bears the burden of proof: **April 11, 2011**.
- Rebuttal Expert Reports solely to contradict or rebut opening expert reports: **May 2, 2011**.
- Close of Expert Discovery: **May 27, 2011**.

All other deadlines in the Amended Joint Second Case Management Order remain unchanged. Additionally, the deposition of Robert Donohue may be taken by Spinal Kinetics after the close of fact discovery on March 17, 2011 in Philadelphia.

(3) Synthes hereby withdraws its Appeal Of Magistrate Judge's Order Re Samples Of Accused Infringing Products and Motion To Amend Pretrial Order To Allow Plaintiffs To Submit Supplemental Expert Reports Regarding Product Testing And To Bar Spinal Kinetics From Relying On Withheld Testing Information (Dkt. 175).

(4) Spinal Kinetics hereby withdraws its Motion To Strike Plaintiff's "Appeal" Of Magistrate Judge's Order And Motion To Amend Pretrial Order (Dkt. 178);

1  (5) Synthes' agreement to the above schedule and withdrawal of its motion are made without waiver to Synthes' right to seek to exclude evidence relating to Spinal Kinetics' testing of the accused devices, or to seek any other appropriate relief, at a later date in view of the timing of the disclosure of this evidence and the timing and the amount of discovery provided by Spinal Kinetics in response to Synthes' discovery requests relating to the subject matter of testing of the accused devices, and the timing of the Spinal Kinetic's production of samples and components for testing by Synthes.

SO ORDERED, this 21 day of March 2011.

_/s/ Ronald M. Whyte_
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

Agreed to and submitted by:

SIDLEY AUSTIN LLP

Dated: March 14, 2011      By:   /s/ Jeffrey M. Olson
                                 Jeffrey M. Olson
                                 Attorneys for Plaintiffs
                                 SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.));
                                 SYNTHES USA SALES, LLC; and SYNTHES, INC.


DICKSTEIN SHAPIRO LLP

Dated: March 14, 2011      By:   /s/ Allan W. Jansen
                                 Allan W. Jansen
                                 Attorneys for Defendant
                                 SPINAL KINETICS, INC.

| | |
|---|---|
| 1 | SIDLEY AUSTIN LLP |
| | JEFFREY M. OLSON (SBN 104074) *jolson@sidley.com* |
| 2 | PAUL H. MEIER (SBN 115999) *pmeier@sidley.com* |
| | SAMUEL N. TIU (SBN 216291) *stiu@sidley.com* |
| 3 | MATTHEW S. JORGENSON (SBN 229131) *mjorgenson@sidley.com* |
| | 555 W. Fifth Street, Suite 4000 |
| 4 | Los Angeles, California  90013 |
| | (213) 896-6000  phone |
| 5 | (213) 896-6600  fax |
| 6 | Attorneys for Plaintiffs |
| | SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); |
| 7 | SYNTHES USA SALES, LLC; and SYNTHES, INC. |
| 8 | |
| 9 | Andre De La Cruz (State Bar No. 245175) *adelacruz@orrick.com* |
| | Ehab M. Samuel (State Bar No. 228296) *esamuel@orrick.com* |
| 10 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | Park Plaza, Suite 1600 |
| 11 | 4 Irvine, CA 92614-2558 |
| | Telephone: (949) 567-6700 |
| 12 | Facsimile: (949) 567-6710 |
| 13 | Monte M.F. Cooper (State Bar No. 196746) *mcooper@orrick.com* |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 14 | 1000 Marsh Road |
| | Menlo Park, CA 94025 |
| 15 | Telephone: (650) 614-7400 |
| | Facsimile: (650) 614-7401 |
| 16 | |
| | James W. Geriak (State Bar No. 32871) *geriakj@dicksteinshapiro.com* |
| 17 | Allan W. Jansen (State Bar No. 81992) *jansena@dicksteinshapiro.com* |
| | DICKSTEIN SHAPIRO LLP |
| 18 | 2030 Main Street, Suite 1300 |
| | Irvine, CA 92614-7200 |
| 19 | Telephone: (310) 772-8300 |
| | Facsimile: (310) 772-8317 |
| 20 | |
| | Robert W. Dickerson (State Bar No. 89367) *dickersonr@dicksteinshapiro.com* |
| 21 | DICKSTEIN SHAPIRO LLP |
| | 2049 Century Park East, Suite 700 |
| 22 | Los Angeles, CA 90067 |
| | Telephone: (310) 772-8300 |
| 23 | Facsimile: (310) 772-8317 |
| 24 | Attorneys for Defendant |
| | SPINAL KINETICS, INC. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Allan W. Jansen.

Dated: March 14, 2011        By:   /s/ Jeffrey M. Olson
                                   Jeffrey M. Olson
                                   Attorneys for Plaintiffs
                                   SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.));
                                   SYNTHES USA SALES, LLC; and SYNTHES, INC.