1  COUNSEL LISTED ON SIGNATURE PAGE        *E-FILED 04-08-2011*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.,<br><br>   Plaintiffs,<br><br>   v.<br><br>SPINAL KINETICS, INC.,<br><br>   Defendant. | Case No. C-09-01201-RMW (HRL)<br><br>Assigned to: Hon. Ronald M. Whyte<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING FOR SPINAL KINETICS' DISCOVERY MOTIONS (DKTS. 182 AND 183)**<br><br>**[Re:   Docket No. 191]** |

On March 18, 2011, Defendant Spinal Kinetics, Inc. ("Spinal Kinetics") filed (1) a Motion to Compel An In Camera Inspection of Selected Documents from Plaintiffs' Privilege Logs (Dkt. 182); and (2) a Motion to Compel a Further Deposition of Guiseppe Molaro (Dkt. 183). The motions are presently set for a hearing on May 10, 2011. Dkt. 188.

Expert discovery is set to close on May 27, 2011. Dkt. 186. Among the experts are two individuals residing in Europe, and counsel was able to secure both of their depositions during the week of May 9. However, the same counsel planning to the attend the discovery hearing are also planning to attend these depositions, and thus have a conflict on May 10. Therefore, counsel having discussed the conflict, and inquired about the Court's availability, have agreed to continue the matter for one week.

IT IS HEREBY STIPULATED by and between the parties, through their counsel, that:

(1) Synthes shall file its Oppositions to Spinal Kinetics' Motions by April 26, 2011;

(2) Spinal Kinetics shall file its Replies to Synthes' Oppositions by May 3, 2011;

(3) The hearing date for Spinal Kinetics' Motions is scheduled for May 17, 2011.

SO ORDERED, this 8th day of April, 2011.

_____
HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

Agreed to and submitted by:

SIDLEY AUSTIN LLP

Dated: April 7, 2011          By:   /s/ Jeffrey M. Olson
                                    Jeffrey M. Olson
                                    Attorneys for Plaintiffs
                                    SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.));
                                    SYNTHES USA SALES, LLC; and SYNTHES, INC.


DICKSTEIN SHAPIRO LLP

Dated: April 7, 2011          By:   /s/ Allan W. Jansen
                                    Allan W. Jansen
                                    Attorneys for Defendant
                                    SPINAL KINETICS, INC.


Jeffrey M. Olson (SBN 104074)  *jolson@sidley.com*
SIDLEY AUSTIN LLP
555 W. Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Plaintiffs
SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.));
SYNTHES USA SALES, LLC; and SYNTHES, INC.


Allan W. Jansen (SBN 81992)  *jansena@dicksteinshapiro.com*
DICKSTEIN SHAPIRO LLP
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone: (310) 772-8300
Facsimile: (310) 772-8317

Attorneys for Defendant
SPINAL KINETICS, INC.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Allan W. Jansen.

Dated:  April 7, 2011         By:    /s/ Jeffrey M. Olson
                                     Jeffrey M. Olson
                                     Attorneys for Plaintiffs
                                     SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.));
                                     SYNTHES USA SALES, LLC; and SYNTHES, INC.