1  COUNSEL LISTED ON LAST PAGE

2

3

4

5

6

7

8  ***E-FILED - 4/15/11***

9

10

11  UNITED STATES DISTRICT COURT

12  NORTHERN DISTRICT OF CALIFORNIA

13  SAN JOSE DIVISION

14

15  SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.,

CASE NO. 5:09-CV-01201 RMW

16  **STIPULATION AND []**
    **ORDER REGARDING**
    **AMENDMENTS TO PRETRIAL**
    **SCHEDULE**

17  Plaintiffs,

18  v.

19  SPINAL KINETICS, INC.,

Date:
Time:
Ctrm.:
Judge:   Hon. Ronald M. Whyte

20  Defendant.

21  AND RELATED COUNTERCLAIMS.

22

23

24

25

26

27

28

1  Because of scheduling issues that have arisen for counsel for Spinal Kinetics, Spinal
2  Kinetics requested a three-day extension for the preparation of the Opening and Rebuttal Expert
3  Reports, and counsel for Synthes has hereby agreed. Therefore the parties submit the following
4  proposed stipulation seeking an Amendment to the Pretrial Scheduling Order.

5  In addition, the parties require additional time to complete private mediation, and hereby
6  request an Amendment to the Pretrial Scheduling Order.

7  **IT IS HEREBY STIPULATED** by and between the parties, through their counsel, that:

8  (1) The deadlines in the Amended Joint Second Case Management Order (Dkt. 102)
9  are amended (Dkts. 120 and 186) as follows:

10 ● Opening Expert Reports on issues the party bears the burden of proof: **April 14,**
11 **2011**.

12 ● Rebuttal Expert Reports solely to contradict or rebut opening expert reports: **May**
13 **5, 2011**.

14 ● Completion of non-binding mediation: **June 30, 2011**.

15 (2) All other deadlines in the Amended Joint Second Case Management Order remain
16 unchanged.

17 **SO ORDERED**, this 15th day of April, 2011.

18
19 _____
   HONORABLE RONALD M. WHYTE
20 UNITED STATES DISTRICT COURT JUDGE

21

22 Agreed to and submitted by:

23 SIDLEY AUSTIN LLP

24

25 Dated: April 5, 2011      By:      /s/ Jeffrey Olson
26                                    Jeffrey . Olson
                                      Attorneys for Plaintiffs
27                                    SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.));
                                      SYNTHES USA SALES, LLC; and SYNTHES, INC.
28

DOCSLA-70295v1                                        STIP AND ORDER RE AMENDMENTS TO
                                                      PRETRIAL SCHEDULE

Dated: April 5, 2011   By:   /s/ Allan W. Jansen
                             Allan W. Jansen
                             Attorneys for Defendant
                             SPINAL KINETICS, INC.

SIDLEY AUSTIN LLP
JEFFREY M. OLSON (SBN 104074) jolson@sidley.com
PAUL H. MEIER (SBN 115999) pmeier@sidley.com
SAMUEL N. TIU (SBN 216291) stiu@sidley.com
MATTHEW S. JORGENSON (SBN229131) mjorgenson@sidley.com
555 W. Fifth Street, Suite 4000
Los Angeles, CA  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

Attorneys for Plaintiffs
SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.));
SYNTHES USA SALES, LLC; and SYNTHES, INC.

DICKSTEIN SHAPIRO LLP
JAMES W. GERIAK (SBN 32871) geriakj@dicksteinshapiro.com
ALLAN W. JANSEN (SBN 81992) jansena@dicksteinshapiro.com
EHAB M. SAMUEL (SBN 228291) samuele@dicksteinshapiro.com
2030 Main St., Suite 1300
Irvine, CA  92614-7200
Telephone:  (310) 772-8300
Facsimile:  (310) 772-8317

ROBERT W. DICKERSON (SBN 89367) dickersonr@dicksteinshapiro.com
2049 Century Park East, Suite 700
Los Angeles, CA  90067
Telephone:  (310) 772-8300
Facsimile:  (310) 772-8317

ORRICK, HERRINGTON & SUTCLIFFE LLP
MONTE M.F. COOPER (SBN 196746) mcooper@orrick.com
1000 Marsh Rd.
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401

Attorneys for Defendant
SPINAL KINETICS, INC.