| | |
|---|---|
| James W. Geriak (State Bar No. 32,871) *geriakj@dicksteinshapiro.com* <br> Allan W. Jansen (State Bar No. 81,992) *jansena@dicksteinshapiro.com* <br> DICKSTEIN SHAPIRO LLP <br> 2030 Main Street, Suite 1300 <br> Irvine, CA 92614-7200 <br> Telephone: (310) 772-8300 <br> Facsimile: (310) 772-8317 <br><br> Attorneys for Defendant <br> SPINAL KINETICS, INC. <br><br> Jeffrey M. Olson (State Bar No. 104,074) *jolsen@sidley.com* <br> Paul H. Meier (State Bar No. 115,999) *pmeier@sidley.com* <br> Samuel N. Tiu (State Bar No. 216,291) *stiu@sidley.com* <br> Matthew S. Jorgenson (State Bar No. 229,131) *mjorgenson@sidley.com* <br> SIDLEY AUSTIN LLP <br> 555 West Fifth Street, Suite 4000 <br> Los Angeles, CA 90013 <br> Telephone: (213) 896-6000 <br> Facsimile: (213) 896-6600 <br><br> Attorneys for Plaintiffs <br> SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.); <br> SYNTHES USA SALES, LLC; and SYNTHES, INC. | ***E-FILED - 5/6/11*** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SPINAL KINETICS, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | CASE NO. 5:09-CV-01201 RMW <br><br> **JOINT STIPULATION AND [] ORDER CONTINUING THE HEARING DATE FOR DEFENDANT SPINAL KINETICS, INC.'S MOTION TO DISMISS PLAINTIFFS SYNTHES, INC. AND SYNTHES USA SALES, LLC FOR LACK OF STANDING** <br><br> Original Date: May 20, 2011 <br> Proposed Date: July 1, 2011 <br> Time: 9:00 a.m. <br> Courtroom: 6 <br> Judge: Hon. Ronald M. Whyte |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel of record, that the hearing on Defendant Spinal Kinetics, Inc.'s Motion to Dismiss Plaintiffs Synthes, Inc. and Synthes USA Sales, LLC for Lack of Standing, currently set for 9:00 a.m. on May 20, 2011, shall be continued until 9:00 a.m. on July 1, 2011. Plaintiffs' Opposition shall be filed and served no later than June 3, 2011.

**IT IS SO ORDERED:**

Dated: May 6, 2011                     By: *Ronald M. Whyte*
                                       Hon. Ronald M. Whyte
                                       United States District Court Judge

**AGREED TO AND SUBMITTED BY:**

Dated: April 21, 2011          DICKSTEIN SHAPIRO LLP


                               By:    //S//
                                   Allan W. Jansen

                               Attorneys for Defendant
                               SPINAL KINETICS, INC.


Dated: April 21, 2011          SIDLEY AUSTIN LLP


                               By:    //S//
                                   Jeffrey M. Olson

                               Attorneys for Plaintiffs
                               SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.);
                               SYNTHES USA SALES, LLC; and
                               SYNTHES, INC.