United States District Court
For the Northern District of California

**\*E-FILED 06-02-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SPINAL KINETICS, INC., <br><br> Defendant. | No. C09-01201 RMW (HRL) <br><br> **INTERIM ORDER RE DEFENDANT'S MOTION FOR CONTINUANCE** |

Defendant moves for a continuance of the deadlines set in this court's May 13, 2011 Interim Order re Defendant's Motion to Compel an In Camera Inspection of Documents (Docket No. 208). Despite the fact that the activities directed in the May 13 Order were to have been completed by June 3, 2011, defendant noticed its motion for continuance for a July 26, 2011 hearing, apparently contemplating that the subject deadlines would be extended for weeks (or even months) after the original dates. This court sees no need for a regular briefing schedule or formal hearing on the requested continuance, and the July 26 hearing is vacated. And, as a practical matter, the court-ordered deadlines that are the subject of defendant's motion have all but passed. Having reviewed defendant's motion for a continuance, this court will grant a brief extension of the meet-and-confer and joint report deadlines set in the May 13 Order. This court is disinclined to grant more than a brief extension, and will not entertain requests to re-set

deadlines into July or August.

**No later than Monday, June 6, 2011**, the parties shall file statements advising this court when, in the next three weeks, their lead counsel (and anyone else whose presence is needed to fully explore resolution) are available to meet-and-confer. The deadline for the previously ordered joint status report will be re-set by the court, likely to a date within 7 days after the re-set meet-and-confer deadline.

SO ORDERED.

Dated:    June 2, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:09-cv-01201-RMW Notice has been electronically mailed to:

Allan William Jansen    jansena@dicksteinshapiro.com, johnsonk@dicksteinshapiro.com, OCLitigationDocketing@dicksteinshapiro.com

Andre De La Cruz    adelacruz@orrick.com, jdavis@orrick.com

Daniel E. Gustafson    dgustafson@gustafsongluek.com, sdensmore@gustafsongluek.com

Ehab Monsef Samuel    samuele@dicksteinshapiro.com, fulmerl@dicksteinshapiro.com, OC_Litigation_Docketing@dicksteinshapiro.com

James W. Geriak    geriakj@dicksteinshapiro.com, fulmerl@dicksteinshapiro.com, menesesy@dicksteinshapiro.com, OC_Litigation_Docketing@dicksteinshapiro.com

Jeffrey Martin Olson    jolson@sidley.com, aprado@sidley.com, ngregg@sidley.com

Kurt Timothy Mulville    kmulville@orrick.com, jdavis@orrick.com

Matthew Spencer Jorgenson    mjorgenson@sidley.com

Monte M.F. Cooper    mcooper@orrick.com, adalton@orrick.com, mortiz@orrick.com

Paul Howard Meier    mgutierrez@sidley.com

Robert W. Dickerson    rdickerson@orrick.com

Robert William Dickerson    DickersonR@dicksteinshapiro.com, murphyp@dicksteinshapiro.com

Samuel N. Tiu    stiu@sidley.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.