UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SPINAL KINETICS, INC.,<br><br>　　　　　　　Defendant. | CASE NO. 5:09-CV-01201 RMW<br><br>**ORDER GRANTING DEFENDANT SPINAL KINETICS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL: (1) ITS MOTION FOR SUMMARY ADJUDICATION PRECLUDING PLAINTIFFS SYNTHES, INC. AND SYNTHES USA SALES, LLC FROM RECOVERING ANY DAMAGES AND PRECLUDING PLAINTIFF SYNTHES USA, LLC FROM RECOVERING ANY LOST PROFIT DAMAGES; AND (2) EXHIBITS 1-4 ATTACHED TO THE DECLARATION OF ALLEN W. JANSEN IN SUPPORT THEREOF** |
| AND RELATED COUNTERCLAIMS. | Hon. Ronald M. Whyte |

1 | Defendant Spinal Kinetics, Inc.'s Administrative Motion to File Under Seal: (1) its Motion for Summary Adjudication Precluding Plaintiffs Synthes, Inc. and Synthes USA Sales, LLC from Recovering Any Damages and Precluding Plaintiff Synthes USA, LLC from Recovering Any Lost Profits Damages; and (2) Exhibits 1-4 Attached to the Declaration of Allan W. Jansen in Support Thereof, having been considered by this Court, and good cause having been shown, IT IS HEREBY ORDERED:

1. That Spinal Kinetics, Inc. shall be permitted to file its Notice of Motion and Motion for Summary Adjudication Precluding Plaintiffs Synthes, Inc. and Synthes USA Sales, LLC from Recovering Any Damages and Precluding Plaintiff Synthes USA, LLC from Recovering Any Lost Profits Damages, as well as the attached Memorandum of Points and Authorities, under seal.

2. That Spinal Kinetics, Inc. shall be permitted to file Exhibits 1-4 attached to the Declaration of Allan W. Jansen in Support of Spinal Kinetics, Inc.'s Motion for Summary Adjudication Precluding Plaintiffs Synthes, Inc. and Synthes USA Sales, LLC from Recovering Any Damages and Precluding Plaintiff Synthes USA, LLC from Recovering Any Lost Profits Damages, under seal.

Dated: June 23, 2011

By: *Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge

ORDER GRANTING SPINAL KINETICS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL