SIDLEY AUSTIN LLP
JEFFREY M. OLSON (SBN 104074) *jolson@sidley.com*
PAUL H. MEIER (SBN 115999) *pmeier@sidley.com*
SAMUEL N. TIU (SBN 216291) *stiu@sidley.com*
MATTHEW S. JORGENSON (SBN 229131) *mjorgenson@sidley.com*
555 W. Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000 phone
(213) 896-6600 fax

Attorneys for Plaintiffs
SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.));
SYNTHES USA SALES, LLC; and SYNTHES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SPINAL KINETICS, INC.,<br><br>Defendant. | Case No. C-09-01201-RMW (HRL)<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (1) PORTIONS OF THEIR MOTION TO STRIKE OR OTHERWISE EXCLUDE SPINAL KINETICS, INC.'S EXPERTS ON CERTAIN ISSUES AND (2) CERTAIN EXHIBITS TO THE DECLARATION OF SAMUEL TIU IN SUPPORT OF THE MOTION TO STRIKE** |

The Court having considered Plaintiffs' Administrative Motion to File Under Seal the following documents:

- Portions of Plaintiffs' Motion to Strike or Otherwise Exclude Spinal Kinetics' Experts on Certain Issues;

- Exhibits 5, 6, 7, 9, 11, 13-18 to the Declaration of Samuel Tiu filed in support of Plaintiffs' Motion to Strike or Otherwise Exclude Spinal Kinetics' Experts on Certain Issues;

The Court hereby finds that good cause exists pursuant to Civil Local Rule 79-5(a), (b) and (c) for the Motion and hereby orders that the Motion is GRANTED.

Plaintiffs have lodged redacted and unredacted copies of the above documents. The clerk is directed to maintain under seal the unredacted copies of the above documents and to file the redacted public version of the above documents.

**IT IS SO ORDERED.**

Dated: ____06/23/2011

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge