SIDLEY AUSTIN LLP
JEFFREY M. OLSON (SBN 104074) *jolson@sidley.com*
PAUL H. MEIER (SBN 115999) *pmeier@sidley.com*
SAMUEL N. TIU (SBN 216291) *stiu@sidley.com*
MATTHEW S. JORGENSON (SBN 229131) *mjorgenson@sidley.com*
555 W. Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000  phone
(213) 896-6600  fax

Attorneys for Plaintiffs
SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.));
SYNTHES USA SALES, LLC; and SYNTHES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SPINAL KINETICS, INC.,<br><br>Defendant. | Case No. C-09-01201-RMW (HRL)<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 1 AND 3 TO THE DECLARATION OF SAMUEL N. TIU IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO SPINAL KINETICS' MOTION TO DISMISS PLAINTIFFS SYNTHES, INC. AND SYNTHES USA SALES, LLC FOR LACK OF STANDING** |

1   The Court having considered Plaintiffs' Administrative Motion to File Under Seal the
2 following documents:

3   - Exhibits 1 and 3 to the Declaration of Samuel N. Tiu filed in support of
4     Plaintiffs' Brief in Opposition to Spinal Kinetics' Motion to Dismiss Plaintiffs Synthes,
5     Inc. and Synthes USA Sales, LLC for Lack of Standing;

6   The Court hereby finds that good cause exists pursuant to Civil Local Rule 79-5(a), (b) and
7 (c) for the Motion and hereby orders that the Motion is GRANTED.

8   Plaintiffs have lodged redacted and unredacted copies of the above documents. The clerk is
9 directed to maintain under seal the unredacted copies of the above documents and to file the redacted
10 public version of the above documents.

12   **IT IS SO ORDERED.**

14 Dated: ____06/23/2011

Honorable Ronald M. Whyte
United States District Judge

*Ronald M. Whyte*