1  James W. Geriak (State Bar No. 32,871)
   *geriakj@dicksteinshapiro.com*
2  Allan W. Jansen (State Bar No. 81,992)
   *jansena@dicksteinshapiro.com*
3  DICKSTEIN SHAPIRO LLP
   2030 Main Street, Suite 1300
4  Irvine, CA  92614-7200
   Telephone:  (310) 772-8300
5  Facsimile:  (310) 772-8317

6  Attorneys for Defendant
   SPINAL KINETICS, INC.
7
   Jeffrey M. Olson  (State Bar No. 104,074)
8  *jolsen@sidley.com*
   Paul H. Meier (State Bar No. 115,999)
9  *pmeier@sidley.com*
   Samuel N. Tiu (State Bar No. 216,291)
10 *stiu@sidley.com*
   Matthew S. Jorgenson (State Bar No. 229,131)
11 *mjorgenson@sidley.com*
   SIDLEY AUSTIN LLP
12 555 West Fifth Street, Suite 4000
   Los Angeles, CA 90013                          ***E-FILED - 6/23/11***
13 Telephone:  (213) 896-6000
   Facsimile:  (213) 896-6600
14
   Attorneys for Plaintiffs
15 SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.);
   SYNTHES USA SALES, LLC; and SYNTHES, INC.
16
17                 UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                        SAN JOSE DIVISION

20 SYNTHES USA, LLC (f/k/a SYNTHES         CASE NO. 5:09-CV-01201 RMW
   (U.S.A.)); SYNTHES USA SALES, LLC; and
21 SYNTHES, INC.,                          **JOINT STIPULATION AND
                                           [] ORDER CONCERNING
22              Plaintiffs,                BRIEFING SCHEDULE AND
                                           HEARING DATES (DOCKET NOS.
23              v.                         206, 216, 218, 224-225 & 228**)

24 SPINAL KINETICS, INC.,                  Current Dates:  July 8, 2011 and
                                                           July 22, 2011
25              Defendant.                 Proposed Date: July 22, 2011
                                           Time:          9:00 a.m.
26                                         Courtroom:     6
                                           Judge:         Hon. Ronald M. Whyte
27 AND RELATED COUNTERCLAIMS.

28

JOINT STIPULATION AND [ ORDER
CONCERNING BRIEFING SCHEDULE AND HEARING DATES

1    On June 10, 2011, the parties filed five motions in connection with the above-captioned

2  action.  These motions are entitled: (1) Spinal Kinetics, Inc.'s Motion for Summary Adjudication

3  Precluding Plaintiffs Synthes, Inc. and Synthes USA Sales, LLC from Recovering Any Damages

4  and Precluding Plaintiff Synthes USA, LLC from Recovering Any Lost Profit Damages

5  (Administrative Motion to File Under Seal at Docket No. 216); (2) Spinal Kinetics, Inc.'s Motion

6  that Each of Claims 29-31 of U.S. Patent No. 7,429,270 is Not Entitled to the Effective Filing

7  Date of the PCT Application Under 35 U.S.C. §120 (Docket No. 218); (3) Plaintiffs' Motion for

8  Partial Summary Judgment Dismissing Spinal Kinetics' Anticipation and Obviousness Defenses

9  (Docket No. 224); (4) Plaintiffs' Motion for Partial Summary Judgment Dismissing Invalidity

10  Defenses Based on 35 U.S.C. §112 (Written Description, Enablement, Indefiniteness, Best Mode)

11  and §101 (Utility) (Docket No. 225); and (5) Plaintiffs' Motion to Strike or Otherwise Exclude

12  Spinal Kinetics, Inc.'s Experts, George Strong, Nicholas Koske, and Thomas Smegal on Certain

13  Issues (Administrative Motion to File Under Seal at Docket No. 228).  All five motions are

14  currently set to be heard by this Court at 9:00 a.m. on July 22, 2011.

15    Given the recent amendments to Local Rule 7-3, the Oppositions to these five motions are

16  currently due by June 24, 2011 and the Replies are currently due by July 1, 2011.  However, given

17  the volume of material contained therein, the parties respectfully request that the Court approve a

18  brief continuance of these dates – so that the Oppositions will now be due by June 29, 2011 and

19  the Replies will now be due by July 8, 2011, which is 14 days prior to the hearing.  The parties'

20  intent in making this proposal is that this brief continuance not impact the July 22, 2011 hearing

21  date.

22    In addition, by the Court's own motion (Docket No. 215), the hearing date for Spinal

23  Kinetics, Inc.'s Motion to Dismiss Plaintiffs Synthes, Inc. and Synthes USA Sales, LLC for Lack

24  of Standing (Docket No. 206, filed May 6, 2011) was recently continued to July 8, 2011.  Shortly

25  after this date was continued, Spinal Kinetics' counsel informed Synthes' counsel that Spinal

26  Kinetics' counsel is unavailable on July 8, 2011.  Further, because this motion raises many of the

27  same issues as Spinal Kinetics, Inc.'s Motion for Summary Adjudication Precluding Plaintiffs

28  Synthes, Inc. and Synthes USA Sales, LLC from Recovering Any Damages and Precluding

1   Plaintiff Synthes USA, LLC from Recovering Any Lost Profit Damages and the preparation of the

2   briefing relating to these motions will substantially overlap, the parties also respectfully request:

3   (1) that the hearing on Spinal Kinetics, Inc.'s Motion to Dismiss Plaintiffs Synthes, Inc. and

4   Synthes USA Sales, LLC for Lack of Standing be continued to July 22, 2011; and (2) that the

5   briefing schedule be adjusted to conform with the schedule proposed for the five other motions set

6   to be heard the same day.

7        IT IS THEREFORE HEREBY STIPULATED, by and between the parties, through their

8   undersigned counsel of record:

9        1.    That any Opposition to Spinal Kinetics, Inc.'s Motion for Summary Adjudication

10   Precluding Plaintiffs Synthes, Inc. and Synthes USA Sales, LLC from Recovering Any Damages

11   and Precluding Plaintiff Synthes USA, LLC from Recovering Any Lost Profit Damages

12   (Administrative Motion to File Under Seal at Docket No. 216) shall be filed/served by June 29,

13   2011 and that any Reply shall be filed/served by July 8, 2011;

14        2.    That any Opposition to Spinal Kinetics, Inc.'s Motion that Each of Claims 29-31 of

15   U.S. Patent No. 7,429,270 is Not Entitled to the Effective Filing Date of the PCT Application

16   Under 35 U.S.C. §120 (Docket No. 218) shall be filed/served by June 29, 2011 and that any Reply

17   shall be filed/served by July 8, 2011;

18        3.    That any Opposition to Plaintiffs' Motion for Partial Summary Judgment

19   Dismissing Spinal Kinetics' Anticipation and Obviousness Defenses (Docket No. 224) shall be

20   filed/served by June 29, 2011 and that any Reply shall be filed/served by July 8, 2011;

21        4.    That any Opposition to Plaintiffs' Motion for Partial Summary Judgment

22   Dismissing Invalidity Defenses Based on 35 U.S.C. §112 (Written Description, Enablement,

23   Indefiniteness, Best Mode) and §101 (Utility) (Docket No. 225) shall be filed/served by June 29,

24   2011 and that any Reply shall be filed/served by July 8, 2011;

25        5.    That any Opposition to Plaintiffs' Motion to Strike or Otherwise Exclude Spinal

26   Kinetics, Inc.'s Experts, George Strong, Nicholas Koske, and Thomas Smegal on Certain Issues

27   (Administrative Motion to File Under Seal at Docket No. 228) shall be filed/served by June 29,

28   2011 and that any Reply shall be filed/served by July 8, 2011;

JOINT STIPULATION AND [] ORDER
CONCERNING BRIEFING SCHEDULE AND HEARING DATES

1    6.    That the hearing on Spinal Kinetics, Inc.'s Motion to Dismiss Plaintiffs Synthes,

2  Inc. and Synthes USA Sales, LLC for Lack of Standing (Docket No. 206), currently set for 9:00

3  a.m. on July 8, 2011, shall be continued until 9:00 a.m. on July 22, 2011; and

4    7.    That any Opposition to Spinal Kinetics, Inc.'s Motion to Dismiss Plaintiffs

5  Synthes, Inc. and Synthes USA Sales, LLC for Lack of Standing (Docket No. 206) shall be

6  filed/served by June 29, 2011 and that any Reply shall be filed/served by July 8, 2011.

7

8  **IT IS SO ORDERED:**

9

10  Dated:  June  23 , 2011          By: _Ronald M. Whyte_

11                                      Hon. Ronald M. Whyte
                                        United States District Court Judge

12

13  **AGREED TO AND SUBMITTED BY:**

14

15  Dated:  June 15, 2011          DICKSTEIN SHAPIRO LLP

16

17  By:____//S//_____
                                        Allan W. Jansen

18  Attorneys for Defendant
19  SPINAL KINETICS, INC.

20

21  Dated:  June 15, 2011          SIDLEY AUSTIN LLP

22

23  By:____//S//_____
                                        Jeffrey M. Olson

24  Attorneys for Plaintiffs
25  SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.);
    SYNTHES USA SALES, LLC; and
26  SYNTHES, INC.

27

28

- 3 -                    JOINT STIPULATION AND [ ORDER
                         CONCERNING BRIEFING SCHEDULE AND HEARING DATES