**E-FILED on** 07/12/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SPINAL KINETICS, INC.,<br><br>Defendant. | No. C-09-1201 RMW<br><br>ORDER GRANTING IN PART AND DENYING IN PART SPINAL KINETIC, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO SYNTHES' PARTIAL MOTION FOR SUMMARY JUDGMENT DISMISSING SPINAL KINETICS' ANTICIPATION AND OBVIOUSNESS DEFENSES AND CROSS-MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER § 102(B) BASED ON PUBLIC ACCESSIBILITY OF INVENTORS' THESIS WORK AND EXHIBITS 1-9 AND 11 TO THE DECLARATION OF ALLAN W. JANSEN IN SUPPORT<br><br>[Re Docket No. 247] |

United States District Court
For the Northern District of California

1  Defendant Spinal Kinetics, Inc. filed an administrative motion to file documents under seal its opposition to Synthes' partial motion for summary judgment dismissing Spinal Kinetics' anticipation and obviousness defenses and cross-motion for summary judgment of invalidity under § 102(b) based on public accessability of inventors' thesis work. Dkt. No. 247. Spinal Kinetics also moves to file exhibits 1-9 and 11 to the declaration of Allan W. Jansen in support under seal. *Id.* Because the confidential information cited to and contained in the opposition and exhibits 1-9 and 11 was designated by plaintiffs, Spinal Kinetics is not required to submit a declaration establishing that the designated information is sealable. Plaintiffs assert that only exhibits 4-6 should remain under seal. Dkt. No. 263. Accordingly, it is hereby ordered that Spinal Kinetics shall be permitted to file exhibits 4-6 under seal. Spinal Kinetics shall also be permitted to file under seal the portions of its opposition that rely on sealed exhibits 4-6.

DATED:   07/12/2011

RONALD M. WHYTE
United States District Judge

ORDER GRANTING IN PART AND DENYING IN PART SPINAL KINETIC, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO SYNTHES' PARTIAL MOTION FOR SUMMARY JUDGMENT DISMISSING SPINAL KINETICS' ANTICIPATION AND OBVIOUSNESS DEFENSES AND CROSS-MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER § 102(B) BASED ON PUBLIC ACCESSIBILITY OF INVENTORS' THESIS WORK AND EXHIBITS 1-9 AND 11 TO THE DECLARATION OF ALLAN W. JANSEN IN SUPPORT     —No. C-09-1201 RMW
JLR                                                              2