1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SPINAL KINETICS, INC., <br><br> Defendant. | CASE NO. 5:09-CV-01201 RMW <br><br> **ORDER GRANTING IN PART AND DENYING IN PART SPINAL KINETICS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE OR OTHERWISE EXCLUDE SPINAL KINETICS, INC.'S EXPERTS GEORGE STRONG, NICHOLAS KOSKE, AND THOMAS SMEGAL ON CERTAIN ISSUES** |
| AND RELATED COUNTERCLAIMS. | Hon. Ronald M. Whyte |

Defendant Spinal Kinetics, Inc.'s Administrative Motion to File Documents Under Seal in Opposition to Plaintiffs' Motion to Strike or Otherwise Exclude Spinal Kinetics, Inc.'s Experts George Strong, Nicholas Koske, and Thomas Smegal on Certain Issues, having been considered by this Court, and good cause having been shown, IT IS HEREBY ORDERED:

1. That Spinal Kinetics, Inc. shall be permitted to file under seal the portions of its Opposition that cite to or discuss sealed exhibits, including the sealable exhibits listed below;

2. That Spinal Kinetics, Inc. shall be permitted to file Exhibits 1-2, pg. 57 of 4, & 8 attached to the Declaration of Allan W. Jansen in Support of Defendant Spinal Kinetics, Inc.'s Opposition to Plaintiffs' Motion to Strike or Otherwise Exclude Spinal Kinetics, Inc.' Experts George Strong, Nicholas Koske, and Thomas Smegal on Certain Issues under seal;

3. That Spinal Kinetics, Inc. shall be permitted to file the Declaration of Nicholas C. Koske in Support of Defendant Spinal Kinetics, Inc.'s Opposition to Plaintiffs' Motion to Strike or Otherwise Exclude Spinal Kinetics, Inc.' Experts George Strong, Nicholas Koske, and Thomas Smegal on Certain Issues under seal; and

4. That Spinal Kinetics, Inc. shall be permitted to file Exhibits 1 & 2 attached to the Declaration of Gary Olson in Support of Defendant Spinal Kinetics, Inc.'s Opposition to Plaintiffs' Motion to Strike or Otherwise Exclude Spinal Kinetics, Inc.' Experts George Strong, Nicholas Koske, and Thomas Smegal on Certain Issues under seal.

Dated: _____,7/12/ 2011         By:   *Ronald M. Whyte*
                                  Hon. Ronald M. Whyte
                                  United States District Judge

- 1 -                ORDER GRANTING SPINAL KINETICS, INC.'S
                    ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL