United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**E-FILED on**  09/07/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPINAL KINETICS, INC.,<br><br>    Defendant. | No. C-09-1201 RMW<br><br>ORDER SETTING BRIEFING AND HEARING SCHEDULE ON SPINAL KINETICS, INC.'S MOTION TO CONSOLIDATE<br><br>**[Re Docket No. 302]** |

Defendant Spinal Kinetics, Inc. ("Spinal Kinetics") filed an administrative motion to accelerate the briefing schedule and hearing of Spinal Kinetics' Motion to Consolidate its declaratory judgment suit with the present suit. The motion will be heard at the pretrial conference on September 15, 2011. Synthes' Opposition to the Motion to Consolidate is due on September 12, 2011. Spinal Kinetics' Reply is due by noon on September 14, 2011.

DATED:      09/07/2011

_Ronald M Whyte_
RONALD M. WHYTE
United States District Judge

ORDER SETTING BRIEFING AND HEARING SCHEDULE ON SPINAL KINETICS, INC.'S MOTION TO CONSOLIDATE   —No.
C-09-1201 RMW
MEC