**E-FILED on** 09/13/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SPINAL KINETICS, INC., <br><br> Defendant. | No. C-09-1201 RMW <br><br> ORDER GRANTING SPINAL KINETIC, INC.'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL: (1) MOTIONS IN LIMINE NOS. 1, 7, AND 11; (2) CERTAIN EXHIBITS TO THE DECLARATIONS OF ALLAN W. JANSEN AND EHAB M. SAMUEL IN SUPPORT THEREOF; (3) OPPOSITIONS TO MOTIONS IN LIMINE; AND (4) CERTAIN EXHIBITS TO THE DECLARATION OF EHAB M. SAMUEL IN SUPPORT THEREOF <br><br> **[Re Docket Nos. 323, 331]** |

On September 1, 2011, Spinal Kinetics requested administrative leave to file the above captioned motions in limine and exhibits in support thereof under seal pursuant to Civil Local Rules 7-11 and 79-5. On September 8, 2011, Spinal Kinetics requested administrative leave to file oppositions to Synthes's Motion in Limine to Limit Defendant's Patent Invalidity Evidence to

1  Matters Timely Raised in Defendant's Invalidity Contentions and Properly Preserved in Defendant's
2  Opening Expert Reports and Motion in Limine to Exclude Arguments Set Forth in Spinal Kinetics'
3  Trial Brief.   Both requests to file under seal are granted.

7  DATED:      09/13/2011

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California

28  ORDER GRANTING SPINAL KINETIC, INC.'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL: (1) MOTIONS IN LIMINE NOS. 1, 7, AND 11; (2) CERTAIN EXHIBITS TO THE DECLARATIONS OF ALLAN W. JANSEN AND EHAB M. SAMUEL IN SUPPORT THEREOF; (3) OPPOSITIONS TO MOTIONS IN LIMINE; AND (4) CERTAIN EXHIBITS TO THE DECLARATION OF EHAB M. SAMUEL IN SUPPORT THEREOF   —No. C-09-1201 RMW
MEC                                          2