|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   |     |     |
| 6   |     |     |
| 7   |     |     |
| 8   | **UNITED STATES DISTRICT COURT** | |
| 9   | **NORTHERN DISTRICT OF CALIFORNIA** | |
| 10  | **SAN JOSE DIVISION** | |
| 11  | SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)) | ) Case No. C-09-01201-RMW (HRL) |
| 12  | ) | |
| 13  | Plaintiff, | ) **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL: (A) RESPONSE TO DEFENDANT'S MOTION IN LIMINE NO. 1; (B) RESPONSE TO DEFENDANT'S MOTION IN LIMINE NO. 2; (C) EXHIBITS 12-22, 24-25, AND 34 TO THE DECLARATION OF SAMUEL TIU** |
| 14  | v. | |
| 15  | SPINAL KINETICS, INC., | |
| 16  | Defendant. | |

1   The Court having considered Plaintiffs' Administrative Motion to File Under Seal Synthes'
2   (a) Response to Defendant's Motion in Limine No. 1, (b) Response to Defendant's Motion in Limine
3   No. 2, and (c) Exhibits 12-22, 24-25 and 34 to the Declaration of Samuel Tiu In Support Thereof;
4   the Court hereby finds that good cause exists pursuant to Civil Local Rule 79-5(a), (b) and
5   (c) for the Motion and hereby orders that the Motion is GRANTED.

7   **IT IS SO ORDERED.**

9   Dated: _____Ugr vgo dgt"35____, 2011

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge