1  James W. Geriak (State Bar No. 32871)
   *geriakj@dicksteinshapiro.com*
2  Allan W. Jansen (State Bar No. 81992)
   *jansena@dicksteinshapiro.com*
3  Charles A. Kertell (State Bar No. 181214)
   *kertellc@dicksteinshapiro.com*
4  Ehab M. Samuel (State Bar No. 228296)
   *samuele@dicksteinshapiro.com*
5  Mark Stirrat (State Bar No. 229448)
   *stirratm@dicksteinshapiro.com*
6  DICKSTEIN SHAPIRO LLP
   Two Park Plaza, Suite 900
7  Irvine, CA  92614-3519
   Telephone:     (949) 623-7880
8  Facsimile:     (949) 623-7881

9  Robert W. Dickerson (State Bar No. 89,367)
   *dickersonr@dicksteinshapiro.com*
10 DICKSTEIN SHAPIRO LLP
   2049 Century Park East, Suite 700
11 Los Angeles, CA  90067
   Telephone:     (310) 772-8300
12 Facsimile:     (310) 772-8317

13 Attorneys for Defendant
   SPINAL KINETICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)),<br><br>Plaintiff,<br><br>v.<br><br>SPINAL KINETICS, INC.,<br><br>Defendant. | Case No.  5:09-CV-01201 RMW<br><br>**STIPULATION ANF ORDER RE LODGING DEPOSITION TRANSCRIPTS WITH HIGHLIGHTED DESIGNATIONS AND COUNTERDESIGNATIONS** |

1    Pursuant to this Court's Standing Order re: Pretrial Preparation filed February 24, 2003
2    ("Standing Order"), the parties are to lodge not less than ten (10) court days before the Pretrial
3    Conference "[o]ne copy of any deposition transcript and any discovery response intended to be
4    offered as evidence, other than solely for impeachment or rebuttal." The Standing Order further
5    directs the parties to "highlight the pertinent portions of the deposition transcripts and discovery
6    responses."
7    Pursuant to a stipulation between the parties, the deposition transcripts with the
8    highlighted pertinent portions are currently due no later than October 4, 2011.
9    The parties have discussed and agreed to extend the schedule for lodging one set of
10   deposition transcripts that includes the highlighted designations and highlighted
11   counterdesignations for at least the reason that the Court's ruling on the pending motions *in*
12   *limine* may impact the depositions to be presented at trial.
13   **IT IS HEREBY STIPULATED** by and between the parties, through their respective
14   counsel of record, that:
15   1.    the parties are to lodge one copy of any deposition transcript and any discovery
16   response intended to be offered as evidence, other than solely for impeachment or rebuttal, no
17   later than October 25, 2011; and
18   2.    the parties are to highlight the pertinent portions of the deposition transcripts and
19   discovery responses.
20   **SO ORDERED.**

22   Dated: "'32 17 14233          *Ronald M. Whyte*
23                                  HON. RONALD M. WHYTE
                                    United States District Judge

- 2 -    STIPULATION AND ORDER RE
         LODGING DEPOSITION TRANSCRIPTS

Agreed to and submitted by:

Dated: October 4, 2011                    DICKSTEIN SHAPIRO LLP


                                          By     */s/ Allan W. Jansen*
                                                 Allan W. Jansen
                                                 Attorneys for Defendant
                                                 SPINAL KINETICS, INC.

Dated: October 4, 2011                    SIDLEY AUSTIN LLP


                                          By     */s/ Samuel N. Tiu*
                                                 Samuel N. Tiu
                                                 Attorney for Plaintiff
                                                 SYNTHES USA, LLC (f/k/a SYNTHES
                                                 (U.S.A.))


      Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Samuel N. Tiu, counsel for Plaintiff.

Dated: October 4, 2011                    DICKSTEIN SHAPIRO LLP


                                          By     */s/ Allan W. Jansen*
                                                 James W. Geriak
                                                 Allan W. Jansen
                                                 Robert W. Dickerson
                                                 Charles A. Kertell
                                                 Ehab M. Samuel
                                                 Mark Stirrat
                                                 Attorneys for Defendant
                                                 SPINAL KINETICS, INC.

- 3 -                                     STIPULATION AND ORDER RE
                                          LODGING DEPOSITION TRANSCRIPTS