**E-FILED on** 11/9/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SPINAL KINETICS, INC., <br><br> Defendant. | No. C-09-1201 RMW <br><br> ORDER GRANTING SPINAL KINETICS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL <br><br> **[Re Docket No. 400]** |

On October 3, 2011, Spinal Kinetics requested administrative leave to file objections to plaintiff's Submission Regarding Claim Elements Subject to Infringement Under the Doctrine of Equivalents and exhibit in support thereof under seal pursuant to Civil Local Rules 7-11 and 79-5. The request to file under seal is granted.

DATED: 11/9/2011

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING SPINAL KINETICS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL —No. C-09-1201 RMW
MEC