*E-FILED 11-10-2011*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)),<br><br>Plaintiff,<br><br>v.<br><br>SPINAL KINETICS, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 5:09-CV-01201 RMW<br><br>**[] ORDER GRANTING SPINAL KINETICS, INC.'S REQUEST FOR PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR TRIAL**<br><br>Hon. Ronald M. Whyte |

Defendant Spinal Kinetics, Inc. ("Spinal Kinetics") has requested permission to bring certain equipment into the courtroom for trial presently set for November 14, 2011. Spinal Kinetics has further requested permission to set up the equipment in the courtroom on the afternoon of November 10, 2011, and leave said equipment in the courtroom overnight for use beginning on November 14, 2011.

**IT IS HEREBY ORDERED** that Spinal Kinetics shall be permitted to bring and set up the following items into the courtroom on the afternoon of November 10, 2011 for the trial scheduled for November 14, 2011 at 1:00 p.m.:

1. LCD Projector
2. Elmo Projector
3. Large flat-screen monitor(s)
4. Laptop computer(s)
5. Computer cable(s)
6. Connection cord(s)
7. Power cord(s)
8. Power strip(s)
9. Computer mouse(s)
10. Video switch
11. Gaffer tape
12. General office supplies
13. Small toolset
14. Sample products of spinal implants
15. Sample spinal implants components
16. Models of spinal implants
17. Models of spinal implants components
18. External computer hard drive(s)
19. Speakers
20. 4-way switching device

21. AV cart(s) with skirt(s)

22. VGA cabling

23. Easels

24. Foam core boards

25. Gaffer tape

26. Library carts

27. Small tables

28. Laser pointers

Counsel for Spinal Kinetics is directed to contact the Courtroom Deputy to schedule a time for access to the courtroom on November 10, 2011.

**IT IS SO ORDERED.**

Dated:  _____

/s/ Ronald M. Whyte
Honorable Ronald M. Whyte
United States District Judge

2