SIDLEY AUSTIN LLP
JEFFREY M. OLSON (SBN 104074) *jolson@sidley.com*
PAUL H. MEIER (SBN 115999) *pmeier@sidley.com*
SAMUEL N. TIU (SBN 216291) *stiu@sidley.com*
MATTHEW S. JORGENSON (SBN 229131) *mjorgenson@sidley.com*
555 W. Fifth Street, Suite 4000
Los Angeles, California  90013
(213) 896-6000  phone
(213) 896-6600  fax

Attorneys for Plaintiff
SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.))

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)) | Case No. C-09-01201-RMW (HRL) |
| Plaintiffs | **() ORDER GRANTING SYNTHES' REQUEST FOR PERMISSION TO BRING EQUIPMENT INTO COURTROOM DURING TRIAL** |
| v. | |
| SPINAL KINETICS, INC., | Hon. Ronald M. Whyte |
| Defendant. | |

Having considered Plaintiff Synthes USA, LLC's request for permission to bring equipment into the Courtroom during trial scheduled to begin November 14, 2011, and to set up such equipment on November 10, 2011 and leave the equipment in the courtroom for use beginning on November 14, 2011, the Court hereby grants Plaintiff's request.

IT IS HEREBY ORDERED THAT:

Plaintiff shall be permitted to bring the following equipment into the courtroom and to set up equipment on November 10, 2011 for use during trial to commence on November 14, 2011.

|  | Description |
|---|---|
| 1. | 2 – Lenovo ThinkPad T61 Notebook Computers |
| 2. | 1 – VGA Distribution Amplifier (1-in, 2-out) |
| 3. | 1 – VGA Switch (6-in, 1-out) |
| 4. | 2 – Ultrabay Slim 500GB Hard Drive w/T60 sled |
| 5. | 2 – Extra A/C Adapters for Notebooks |
| 6. | 1 – 17" Flat Panel Displays |
| 7. | 2 – Tech Table w/skirt (60" x 18") w/skirt |
| 8. | 4 – 17" Flat Panel Displays |
| 9. | 1 – 100" Diagonal Insta-Theater (Pull-up) Screen |
| 10. | 1 – Epson 8300 XGA Projector (5200 lumens) |
| 11. | 1 – Projector-Stand w/skirt – 32" to 56" |
| 12. | 1 – Wolfvision Visualizer VZ-8 Plus |
| 13. | 1 – VGA Distribution Amplifier (1-in, 8-out) |
| 14. | 1 – Fender Passport Audio 2-speaker set |
| 15. | 4 – CAP-1 Audio Controller – Mini to XLR w/volume control |
| 16. | 4 – Dell laptops |
| 17. | 1 – Portable hard drive |
| 18. | 2 – Flash drives |

|     | Description                          |
| --- | ------------------------------------ |
| 19. | Office supplies                      |
| 20. | Physical exhibits – spinal implants  |
| 21. | 1 – Skeleton                         |
| 22. | 1 – Easel                            |
| 23. | Laser pointers                       |
| 24. | Bottled water                        |

**IT IS SO ORDERED.**

Dated:  FFDF€           , 2011

Honorable Ronald M. Whyte
United States District Judge