UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)),<br><br>Plaintiff,<br><br>v.<br><br>SPINAL KINETICS, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 5:09-CV-01201 RMW<br><br>[PROPOSED] ORDER GRANTING SPINAL KINETICS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL: DECLARATION OF EHAB M. SAMUEL IN SUPPORT OF SPINAL KINETICS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL: (1) SPINAL KINETICS, INC.'S OBJECTIONS TO ANTICIPATED TESTIMONY OF DAVID KOCH, DR. PAUL DUCHEYNE AND DR. WILSON HAYES ON <u>TRANSLATION OF THE CORE</u> IN VIOLATION OF THE COURT'S ORDER (DKT. 420); AND (2) EXHIBITS B-G TO DECLARATION OF EHAB M. SAMUEL IN SUPPORT OF OBJECTIONS<br><br>Hon. Ronald M. Whyte |

1  The Court, having considered Spinal Kinetics, Inc.'s Administrative Motion To File Under Seal: (1) Spinal Kinetics, Inc.'s Objections to Anticipated Testimony of David Koch, Dr. Paul Ducheyne and Dr. Wilson Hayes on <u>Translation of the Core</u> in Violation of the Court's Order (Dkt. 420); and (2) Exhibits B-G to Declaration of Ehab M. Samuel in Support of Objections, finds that good cause exists pursuant to Civil Local Rule 79-5 and hereby orders that the Administrative Motion to File Under Seal is **GRANTED** in its entirety.

The clerk shall maintain under Seal the Confidential Version of (1) Spinal Kinetics, Inc.'s Objections to Anticipated Testimony of David Koch, Dr. Paul Ducheyne and Dr. Wilson Hayes on <u>Translation of the Core</u> in Violation of the Court's Order (Dkt. 420); and (2) Exhibits B-G to Declaration of Ehab M. Samuel in Support of Objections.

**IT IS SO ORDERED.**

Dated: <u>November 23</u>, 2011

*Ronald M. Whyte*
HON. RONALD M. WHYTE
United States District Judge

[Proposed] Order Granting Administrative Motion to File Documents Under Seal