UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)), | CASE NO. 5:09-CV-01201 RMW |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER GRANTING SPINAL KINETICS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL: (1) ITS OBJECTION TO SYNTHES USA, LLC'S OFFERING OF TESTIMONY BY ROBERT DONOHUE AT TRIAL; AND (2) EXHIBITS 3 & 4 ATTACHED TO THE DECLARATION OF ALLEN W. JANSEN IN SUPPORT THEREOF |
| v. | |
| SPINAL KINETICS, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | Hon. Ronald M. Whyte |

1  Spinal Kinetics, Inc.'s Administrative Motion to File Under Seal: (1) its Objection to
2  Synthes USA, LLC's Offering of Testimony by Robert Donohue at Trial; and (2) Exhibits 3 & 4
3  attached to the Declaration of Allan W. Jansen Filed in Support Thereof, having been considered
4  by this Court, and good cause having been shown, IT IS HEREBY ORDERED:

 1. That Spinal Kinetics, Inc. shall be permitted to file its Objection to Synthes USA, LLC's Offering of Testimony by Robert Donohue at Trial under seal.
 2. That Spinal Kinetics, Inc. shall be permitted to file Exhibits 3 & 4 attached to the Declaration of Allan W. Jansen in Support of Spinal Kinetics, Inc.'s Objection to Synthes USA, LLC's Offering of Testimony by Robert Donohue at Trial under seal.

Dated: November 23, 2011

By: *Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge