UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)),<br><br>Plaintiff,<br><br>v.<br><br>SPINAL KINETICS, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 5:09-CV-01201 RMW<br><br>[PROPOSED] ORDER GRANTING SPINAL KINETICS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL: (1) SPINAL KINETICS' SUBMISSION RE: NON-INFRINGEMENT POSITIONS THAT SYNTHES WAS ON NOTICE DURING FACT AND EXPERT DISCOVERY PERIODS; AND (2) CERTAIN EXHIBITS IN SUPPORT THEREOF<br><br>Hon. Ronald M. Whyte |

The Court, having considered Spinal Kinetics, Inc.'s Administrative Motion To File Under Seal: (1) Spinal Kinetics' Submission re: Non-infringement Positions that Synthes was on Notice of During the Fact and Expert Discovery Periods ("Submission") and (2) Certain Exhibits in support thereof as well as the Declaration of Ehab M. Samuel in support of the Administrative Motion, finds that good cause exists pursuant to Civil Local Rule 79-5 and hereby orders that the Administrative Motion to File Under Seal is **GRANTED** in its entirety.

The clerk shall maintain under Seal the Confidential Version of (1) Spinal Kinetics' Submission re: Non-infringement Positions that Synthes was on Notice of During the Fact and Expert Discovery Periods; and (2) Exhibits B, I, J, L, M, N, and Q in support.

**IT IS SO ORDERED.**

Dated: November 23, 2011

_Ronald M. Whyte_
HON. RONALD M. WHYTE
United States District Judge