1  James W. Geriak (State Bar No. 32871) geriakj@docksteinshapiro.com
   Allan W. Jansen (State Bar No. 81992) jansena@docksteinshapiro.com
2  Ehab M. Samuel (State Bar No. 228296) samuele@docksteinshapiro.com
   Mark Stirrat (State Bar No. 229448) stirratm@docksteinshapiro.com
3  DICKSTEIN SHAPIRO LLP
   2 Park Plaza, Suite 900
4  Irvine, CA  92614-8561
   Telephone:  (949) 623-7880
5  Facsimile:  (949) 623-7881

6  Robert W. Dickerson (State Bar No. 89367) dickersonr@docksteinshapiro.com
   DICKSTEIN SHAPIRO LLP
7  2049 Century Park East, Suite 700
   Los Angeles, CA  90067
8  Telephone:  (310) 772-8300
   Facsimile:  (310) 772-8317
9
   Attorneys for Defendant
10 SPINAL KINETICS, INC.

11 Jeffrey M. Olson (State Bar No. 104074) jolson@sidley.com
   Paul H. Meier (State Bar No. 115999) pmeier@sidley.com
12 Samuel N. Tiu (State Bar No. 216291) stiu@sidley.com
   Matthew S. Jorgenson (State Bar No. 229131) mjorgenson@sidley.com
13 SIDLEY AUSTIN LLP
   555 W. Fifth Street, Suite 4000
14 Los Angeles, California 90013
   Telephone:  (213) 896-6000
15 Facsimile:  (213) 896-6600

16 Attorneys for Plaintiff
   SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.))
17

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20                    SAN JOSE DIVISION

| | |
|---|---|
| 21  SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)), | CASE NO. 5:09-CV-01201 RMW |
| 22 | **STIPULATION AND []** |
| 23              Plaintiff, | **ORDER TO CONTINUE HEARING ON SPINAL KINETICS, INC.'S MOTION TO HAVE CASE DECLARED EXCEPTIONAL AND FOR AWARD OF ATTORNEYS' FEES (DKT. #513)** |
| 24        v. | |
| 25  SPINAL KINETICS, INC., | |
| 26              Defendant. | |
| 27  AND RELATED COUNTERCLAIMS. | |
| 28 | |

1  On March 19, 2012, Spinal Kinetics, Inc. ("Spinal Kinetics") filed its Motion to Have Case Declared Exceptional and for Award of Attorneys' Fees ("Motion"). (Dkt. #513). The hearing on the Motion is presently set for April 27, 2012.

Counsel for Synthes USA, LLC (f/k/a Synthes (U.S.A.)) ("Synthes") has requested a continuance of the Motion hearing date and counsel for Spinal Kinetics has agreed.

Counsel and the Court are available on May 4, 2012 for the hearing on the Motion.

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel of record, and subject to the approval of this Court, that:

1. The date for the Motion hearing is continued from April 27, 2012 to May 4, 2012 at 9 a.m.; and

2. The Clerk shall update the Court's Docket and Calendar accordingly.

**IT IS SO ORDERED.**

Dated: _____, 2012

_____
HON. RONALD M. WHYTE
United States District Judge

Agreed to and submitted by:

Dated: March 28, 2012

DICKSTEIN SHAPIRO LLP

By:  /s/ James W. Geriak
James W. Geriak
Attorneys for Defendant
SPINAL KINETICS, INC.

Dated: March 28, 2012

SIDLEY AUSTIN LLP

By:  /s/ Jeffrey M. Olson
Jeffrey M. Olson
Attorneys for Plaintiff
SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.))

1  Pursuant to General Order No. 45, Section X(B), I attest under penalty of perjury that
2  concurrence in the filing of this document has been obtained from Jeffrey M. Olson, counsel of
3  record for Synthes USA, LLC (f/k/a Synthes (U.S.A.)).

Respectfully submitted,

Dated:  March 28, 2012          DICKSTEIN SHAPIRO LLP

By:   /s/ James W. Geriak
      James W. Geriak
      Attorneys for Defendant
      SPINAL KINETICS, INC.