[COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)),<br><br>              Plaintiff,<br><br>      v.<br><br>SPINAL KINETICS, INC.,<br><br>              Defendant. | Case No. C-09-01201-RMW (HRL)<br><br>**STIPULATION AND []<br>ORDER GRANTING A ONE WEEK<br>EXTENSION TO REPLY TO SPINAL<br>KINETICS' OPPOSITIONS TO<br>PLAINTIFF'S POST-TRIAL MOTIONS**<br><br>Hearing Date:  July 13, 2012<br>Hearing Time:  9:00 a.m.<br>Judge:                Hon. Ronald M. Whyte<br>Courtroom:        6 |

On May 21, 2012, Synthes filed three post-trial motions seeking relief pursuant to Fed. R. Civ. P. 50(b) and 59. Dkts. 532-534. On June 4, 2012, Spinal Kinetics filed oppositions to all three motions. Dkts. 536-538. Pursuant to L.R. 7-3(c), Synthes' reply briefs are presently due on June 11, 2012.

In view of the volume of the briefing and the number of issues to be addressed, Synthes believes that additional time for preparing reply briefs would be helpful and is warranted, and requests a one week extension of the deadline for filing its reply briefs, until **June 18, 2012**. Spinal Kinetics does not oppose Synthes' request for a one week extension.

The hearing on Synthes' post-trial motions is presently scheduled for July 13, 2012 (25 days after the proposed deadline for Synthes' reply briefs), and the parties agree that the requested extension should not affect the hearing date.

Accordingly, IT IS HEREBY STIPULATED by and between the parties, through their counsel, that with the Court's permission:

1. Synthes shall file its reply briefs in support of its post-trial motions by **June 18, 2012**.
2. The July 13, 2012 hearing shall remain on calendar.

Agreed to and submitted by:

SIDLEY AUSTIN LLP

Dated: June 6, 2012          By:  /s/ Jeffrey M. Olson
                                  Jeffrey M. Olson
                                  Attorneys for Plaintiff
                                  SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.))

DICKSTEIN SHAPIRO LLP

Dated: June 6, 2012          By:  /s/ Ehab M. Samuel
                                  Ehab M. Samuel
                                  Attorneys for Defendant
                                  SPINAL KINETICS, INC.

SIDLEY AUSTIN LLP
JEFFREY M. OLSON (SBN 104074) *jolson@sidley.com*
PAUL H. MEIER (SBN 115999) *pmeier@sidley.com*
SAMUEL N. TIU (SBN 216291) *stiu@sidley.com*
MATTHEW S. JORGENSON (SBN 229131) *mjorgenson@sidley.com*
555 W. Fifth Street, Suite 4000
Los Angeles, California  90013
(213) 896-6000  phone
(213) 896-6600  fax

Attorneys for Plaintiff
SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.))


James W. Geriak (State Bar No. 32871) *geriakj@dicksteinshapiro.com*
Allan W. Jansen (State Bar No. 81992) *jansena@dicksteinshapiro.com*
Charles A. Kertell (State Bar No. 181214) *kertellc@dicksteinshapiro.com*
Ehab M. Samuel (State Bar No. 228296) *samuele@dicksteinshapiro.com*
Mark Stirrat (State Bar No. 229448) *stirratm@dicksteinshapiro.com*
DICKSTEIN SHAPIRO LLP
2030 Main Street, Suite 1300
Irvine, CA 92614-7200
Telephone: (310) 772-8300
Facsimile: (310) 772-8317

Robert W. Dickerson (State Bar No. 89367) *dickersonr@dicksteinshapiro.com*
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 772-8300
Facsimile: (310) 772-8317

Attorneys for Defendant
SPINAL KINETICS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2012        /s/ Ronald M. Whyte

 Honorable Ronald M. Whyte
 United States District Judge