E-FILED on    1/9/2013

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)); SYNTHES USA SALES, LLC; and SYNTHES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SPINAL KINETICS, INC., <br><br> Defendant. | No. C-09-01201 RMW <br><br> ORDERS ON: (1) PLAINTIFF'S MOTION TO REVIEW TAXATION OF COSTS AND REQUEST FOR STAY ON ANY EXECUTION REGARDING THE COSTS; AND (2) DEFENDANT'S MOTION FOR PARTIAL REVIEW OF THE CLERK'S TAXATION OF COSTS |

The Clerk of the Court taxed costs in the amount of $333,088.82 on June 6, 2012. Synthes has now moved to review the Clerk's taxation and to reduce the award to no more than $199,852.37 and to stay execution on any award of costs pending resolution of all appeals. Spinal Kinetics opposes Synthes's motion and its request for a stay. Spinal Kinetics also moves for an increase in the amount the Clerk awarded for "fees for printed or electronically recorded transcripts necessarily obtained in the case" to $205,592.92, thus making the total amount of costs awarded $450,772.30. The court has reviewed the papers filed and hereby awards Spinal Kinetics costs in the amount of $306,980.32. The court also denies Synthes' motion for a stay of execution.

Award of Costs and Denial of Stay
No. C-09-01201

## I. TABLE SHOWING CALCULATION AND AWARD OF COSTS

| Category | Amount Awarded by Clerk | Court's Award | Explanation |
|---|---|---|---|
| Fees for printed or electronically recorded transcripts | $129,201.12 | $193,000.81 | Costs requested by Spinal Kinetics fall within 28 U.S.C. §1920 and were necessarily incurred as required by Civ. L.R. 54-1(a) and (c), with the exception that costs for expedited delivery and shipping charges and some charges listed in Exhibits 166 and 167 lack support showing that they were necessarily incurred. |
| Fees for witnesses | $23,669.12 | $15,690.74 | Adjustments made on airfare to economy rates and minor adjustments to other witness fees. |
| Fees for exemplification and the costs of making copies | $158,288.15 | $84,250.00 | Adjustments made for costs falling outside of 28 U.S.C. § 1920 or not necessarily incurred as required by Civ. L.R. 54-3(d). Some animations not reasonably necessary to assist the jury or court. |
| Compensation of court-appointed experts | $3,775.00 | $0.00 | Mediator does not qualify as a court-appointed expert under 28 U.S.C. § 1920(6). |
| Compensation of Interpreters | $18,155.43 | $14,038.77 | Parties' agreement (Lusuardi deposition) and, in addition, inadequate showing of need (Lechmann and Richter depositions). |
| **Total Costs** | $333,088.82 | **$306,980.32** | |

Spinal Kinetics is awarded costs in the amount of $306.980.32.

Award of Costs and Denial of Stay
No. C-09-01201                    2

**REQUEST FOR STAY**

Since the parties' post-trial motions have been resolved, the request for a stay is denied. No persuasive reason has been offered to justify a stay preventing Spinal Kinetics from collecting the costs awarded.

DATED:   January 9, 2013



RONALD M. WHYTE
United States District Judge

Award of Costs and Denial of Stay
No. C-09-01201                         3