SIDLEY AUSTIN LLP
JEFFREY M. OLSON (SBN 104074) *jolson@sidley.com*
MATTHEW S. JORGENSON (SBN 229131) *mjorgenson@sidley.com*
555 W. Fifth Street, Suite 4000
Los Angeles, California  90013
(213) 896-6000  phone
(213) 896-6600  fax

Attorneys for Plaintiff
SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.))

James W. Geriak (State Bar No. 32871) *jgeriak@sheppardmullin.com*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, California  92626
(714) 513-5100  phone
(714) 513-5130  fax

Robert W. Dickerson (State Bar No. 89367) *dickersonr@dicksteinshapiro.com*
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, California  90067
(310) 772-8300  phone
(310) 772-8317  fax

Attorneys for Defendant
SPINAL KINETICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)), | Case No. C-09-01201-RMW (PSG) |
| Plaintiff, | **STIPULATION AND []** **ORDER APPROVING SUPERSEDEAS BOND** |
| v. | |
| SPINAL KINETICS, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

On April 23, 2012, the Court entered judgment in favor of Spinal Kinetics, Inc. ("Spinal Kinetics") and against Synthes USA, LLC ("Synthes") that, *inter alia*, Spinal Kinetics' M6 Cervical and Lumbar Devices do not infringe claims 29-31 of U.S. Patent No. 7,429,270, that claims 29-31 of the '270 patent are invalid, and that Spinal Kinetics is the prevailing party and entitled to its costs of suit.  Dkt. 524.

Following post-trial motions, on October 17, 2012, Synthes timely appealed.  Dkt. 580.

On January 9, 2013, the Court awarded costs to Spinal Kinetics in the amount of $306,980.32.  Dkt. 589.

Synthes desires to obtain a stay of enforcement of the cost award by supersedeas bond pursuant to Fed. R. Civ. P. 62(d).

Attached hereto as Exhibit A is a supersedeas bond issued on April 3, 2013 by the Federal Insurance Company, 15 Mountain View Road, Warren, New Jersey, 07059, for the amount of the cost award.  Pursuant to L.R. 65.1-1(b)(1), this surety is authorized by the Secretary of the Treasury of the United States to act as surety on official bonds under 31 U.S.C. §§ 9301-9306.  *See* http://www.fms.treas.gov/c570/c570_a-z.html.

The parties are in agreement as to the form and terms of this supersedeas bond.

1    Accordingly, IT IS HEREBY STIPULATED by and between the parties, through their

2 counsel, that with the Court's permission:

3    1.    The supersedeas bond attached as Exhibit A hereto is approved; and

4    2.    Execution of the cost award is stayed pursuant to Fed. R. Civ. P. 62(d).

5

6 Agreed to and submitted by:

   SIDLEY AUSTIN LLP
7

8

9 Dated:  April 5, 2013        By:    /s/ Jeffrey M. Olson
                                      Jeffrey M. Olson
10                                    Attorneys for Plaintiff
                                      SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.))
11

12                            DICKSTEIN SHAPIRO LLP

13

14 Dated:  April 5, 2013       By:    /s/ Robert W. Dickerson
                                      Robert W. Dickerson
15                                    Attorneys for Defendant
                                      SPINAL KINETICS, INC.
16

17

18

19

20

21    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23

24 Dated:  _____, 2013
                                      _____
25                                    Honorable Ronald M. Whyte
                                      United States District Judge
26

27

28

1   Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty

2   of perjury that concurrence in the filing of this document has been obtained from Robert W.

3   Dickerson.

4

5   Dated:  April 5, 2013                 By:    /s/ Jeffrey M. Olson

6                                                Jeffrey M. Olson
                                                 Attorneys for Plaintiff
7                                                SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.))

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**Bond No. 82286364**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.))

                        Plaintiff,

    v.

SPINAL KINETICS, INC.

                        Defendant.

**UNDERTAKING ON APPEAL FROM
JUDGMENT DIRECTING THE
PAYMENT OF MONEY**

Index No. _____

WHEREAS, on the 11th day of January, 2013, in the above named Court, the above named Defendant, Spinal Kinetics, Inc., was awarded costs against the above named Plaintiff, Synthes USA, LLC, for the sum of $306,980.32, following entry of a final judgment of non-infringement and invalidity;

AND the Appellant feeling aggrieved thereby, has appealed the final judgment to the United States Court of Appeals for the Federal Circuit;

NOW, THEREFORE, Federal Insurance Company, having an office and place of business at 15 Mountain View Road, Warren, NJ 07059                                                                                   , does hereby, pursuant to the Statute in such case provided, undertake that:

1.  If the judgment of non-infringement or invalidity is affirmed and the time for any petition for further appellate review has run, or the appeal is dismissed, Federal Insurance Company shall pay the amount directed to be paid by the cost award; and

2.  The above sum shall be paid no later than 21 days after the occurrence of one of the events in (1) above, unless Synthes USA, LLC has already satisfied the cost award by paying the above amount.

In no event shall the maximum aggregate liability of Federal Insurance Company under this Bond exceed Three Hundred Six Thousand Nine Hundred Eighty and 32/100 Dollars ($306,980.32).

Dated:   4/3/2013

Federal Insurance Company

By: _____

                                 Jessica Iannotta, Attorney-in-Fact

## SURETY ACKNOWLEDGMENT

State of  New York)

County of New York)

On 3rd day of April, 2013 before me, Kelly O'Malley, Notary Public, personally appeared Jessica Iannotta who proved to me on the basis of satisfactory evidence to be the Attorney-in-Fact of Federal Insurance Company whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in her authorized capacity(ies), and that by her signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of New York that the foregoing paragraph is true and correct.

Signature: _____

KELLY O'MALLEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OM6267190
My Commission Expires August 13, 2016



| Chubb Surety | POWER OF ATTORNEY | Federal Insurance Company<br>Vigilant Insurance Company<br>Pacific Indemnity Company | Attn: Surety Department<br>15 Mountain View Road<br>Warren, NJ 07059 |

**Know All by These Presents**, That FEDERAL INSURANCE COMPANY, an Indiana corporation, VIGILANT INSURANCE COMPANY, a New York corporation, and PACIFIC INDEMNITY COMPANY, a Wisconsin corporation, do each hereby constitute and appoint **Vivian Carti, Debra A. Deming, Sandra Diaz, Evangelina L. Dominick, Cynthia Farrell, Jessica Iannotta, Annette Leuschner, Robert P. McDonough, Glenn Pelletiere, Sonia Rogers and Valorie Spates** of New York, New York --------------------------------------------------------------------------------------------------------------------------

each as their true and lawful Attorney- in- Fact to execute under such designation in their names and to affix their corporate seals to and deliver for and on their behalf as surety thereon or otherwise, bonds and undertakings and other writings obligatory in the nature thereof (other than bail bonds) given or executed in the course of business, and any instruments amending or altering the same, and consents to the modification or alteration of any instrument referred to in said bonds or obligations.

**In Witness Whereof**, said FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY have each executed and attested these presents and affixed their corporate seals on this **3rd** day of **November, 2011.**

Kenneth C. Wendel, Assistant Secretary

David B. Norris, Jr., Vice President

STATE OF NEW JERSEY
County of Somerset    ss.

On this **3rd** day of **November, 2011** before me, a Notary Public of New Jersey, personally came Kenneth C. Wendel, to me known to be Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY, the companies which executed the foregoing Power of Attorney, and the said Kenneth C. Wendel, being by me duly sworn, did depose and say that he is Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY and knows the corporate seals thereof, that the seals affixed to the foregoing Power of Attorney are such corporate seals and were thereto affixed by authority of the By- Laws of said Companies; and that he signed said Power of Attorney as Assistant Secretary of said Companies by like authority; and that he is acquainted with David B. Norris, Jr., and knows him to be Vice President of said Companies; and that the signature of David B. Norris, Jr., subscribed to said Power of Attorney is in the genuine handwriting of David B. Norris, Jr., and was thereto subscribed by authority of said By-Laws and in deponent's presence.

Notarial Seal



KATHERINE J. ADELAAR
NOTARY PUBLIC OF NEW JERSEY
No. 2316685
Commission Expires July 14, 2014

Notary Public

## CERTIFICATION

Extract from the By- Laws of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY:

"All powers of attorney for and on behalf of the Company may and shall be executed in the name and on behalf of the Company, either by the Chairman or the President or a Vice President or an Assistant Vice President, jointly with the Secretary or an Assistant Secretary, under their respective designations. The signature of such officers may be engraved, printed or lithographed. The signature of each of the following officers: Chairman, President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Assistant Secretaries or Attorneys- in- Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached."

I, Kenneth C. Wendel, Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY

(the "Companies") do hereby certify that

(i)    the foregoing extract of the By- Laws of the Companies is true and correct,

(ii)   the Companies are duly licensed and authorized to transact surety business in all 50 of the United States of America and the District of Columbia and are authorized by the U.S. Treasury Department; further, Federal and Vigilant are licensed in Puerto Rico and the U.S. Virgin Islands, and Federal is licensed in American Samoa, Guam, and each of the Provinces of Canada except Prince Edward Island; and

(iii)   the foregoing Power of Attorney is true, correct and in full force and effect.

Given under my hand and seals of said Companies at Warren, NJ this **3rd** day of **April, 2013.**

  

Kenneth C. Wendel, Assistant Secretary

IN THE EVENT YOU WISH TO NOTIFY US OF A CLAIM, VERIFY THE AUTHENTICITY OF THIS BOND OR NOTIFY US OF ANY OTHER MATTER, PLEASE CONTACT US AT ADDRESS LISTED ABOVE, OR BY   Telephone (908) 903- 3493   Fax (908) 903- 3656
e-mail: surety@chubb.com

Form 15-10- 0225B- U   (Ed. 5- 03)   CONSENT

# FEDERAL INSURANCE COMPANY

### STATEMENT OF ASSETS, LIABILITIES AND SURPLUS TO POLICYHOLDERS

Statutory Basis

**DECEMBER 31, 2011**

(in thousands of dollars)

| ASSETS | | LIABILITIES AND SURPLUS TO POLICYHOLDERS | |
|---|---:|---|---:|
| Cash and Short Term Investments ............... $ | 151,942 | Outstanding Losses and Loss Expenses ..... $ | 12,300,432 |
| United States Government, State and | | Unearned Premiums.................................... | 3,395,082 |
| Municipal Bonds ......................................... | 10,312,572 | Ceded Reinsurance Premiums Payable....... | 320,332 |
| Other Bonds................................................ | 4,146,378 | Provision for Reinsurance ........................... | 80,930 |
| Stocks ........................................................ | 779,367 | Other Liabilities........................................... | 922,290 |
| Other Invested Assets................................... | 1,924,895 | | |
| | | | |
| TOTAL INVESTMENTS ............................. | 17,315,154 | TOTAL LIABILITIES ................................... | 17,019,066 |
| | | | |
| Investments in Affiliates: | | Special Surplus Funds ................................ | 222,832 |
| Chubb Investment Holdings, Inc. ............... | 3,212,072 | Capital Stock............................................... | 20,980 |
| Pacific Indemnity Company........................ | 2,440,763 | Paid-In Surplus............................................ | 3,106,808 |
| Chubb Insurance Investment Holdings Ltd... | 1,237,556 | Unassigned Funds ....................................... | 10,356,926 |
| Executive Risk Indemnity Inc..................... | 1,076,901 | | |
| CC Canada Holdings Ltd............................. | 747,660 | | |
| Great Northern Insurance Company .......... | 436,665 | SURPLUS TO POLICYHOLDERS.............. | 13,707,546 |
| Chubb Insurance Company of Australia Limited | 404,315 | | |
| Chubb European Investment Holdings SLP .. | 251,756 | | |
| Vigilant Insurance Company....................... | 233,604 | | |
| Other Affiliates........................................... | 409,535 | | |
| Premiums Receivable ................................... | 1,470,010 | | |
| Other Assets ................................................ | 1,490,621 | TOTAL LIABILITIES AND SURPLUS | |
| | | TO POLICYHOLDERS........................... $ | 30,726,612 |
| | | | |
| TOTAL ADMITTED ASSETS ..................... $ | 30,726,612 | | |

Investments are valued in accordance with requirements of the National Association of Insurance Commissioners.
Investments with a carrying value of $431,309,571 are deposited with government authorities as required by law.

State, County & City of New York, — ss:

Yvonne Baker, Assistant Secretary _____ of the Federal Insurance Company
being duly sworn, deposes and says that the foregoing Statement of Assets, Liabilities and Surplus to Policyholders of said
Federal Insurance Company on December 31, 2011 is true and correct and is a true abstract of the Annual Statement of said
Company as filed with the Secretary of the Treasury of the United States for the 12 months ending December 31, 2011.

Subscribed and sworn to before me
this March 31, 2012

*Yvonne Baker*
Assistant Secretary

*Dorothy Baker*
Notary Public

DOROTHY M. BAKER
Notary Public, State of New York
No. 31-4904994
Qualified in New York County
Commission Expires Sept. 14, 2013

Form 15-10-0313A (Rev. 3/12)